UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Judine E. Slaughter
6104 Osborn Road
Cheverly, MD  20785
(301) 386-4033

VS.

The Honorable Mary E. Peters
Secretary of Transportation
1200 New Jersey Ave, SE
Washington, DC  20590

Case: 1:07-cv-02201
Assigned To : Huvelle, Ellen S.
Assign. Date : 12/7/2007
Description: Employ. Discrim.

## COMPLAINT

This complaint is filed by Ms. Judine E. Slaughter [hereafter the Plaintiff] against the

Federal Aviation Administration (FAA), U.S. Department of Transportation (DOT)

[hereafter the Agency].

The Plaintiff alleges that the Agency discriminated against her on the basis of race

(African-American) when:  (1) on May 16, 2006, she became aware that her duties

pertaining to the Automated Exemption System (AES) were being reassigned to Ms.

Nancy Trembley (Office of Rulemaking, Caucasian) GS-14 employee;[1] and (2) in April

2006, when the Plaintiff received the results of a desk audit[2] which did not support an

upgrade of her position.

---

[1] The Plaintiff also raised the following claim, which she withdrew prior to the investigation:

     Whether she was discriminated against based on race (African-American) when on June 8, 2006,
she became aware that a GS-12 employee served as a point-of-contact for a rule, and she had performed the
duties previously without any recognition.

[2] Attachment A – Plaintiff's January 25, 2006, desk audit.

Title VII of the Civil Rights Act of 1964 Sec. 2000e-2(a)(2) states it shall be an unlawful employment practice for an employer to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin. Additionally, in the Federal Wage System Operating Manual, Subchapter S1-3(b)(2) states, "There will be equal pay for substantially equal work for all prevailing rate employees who are working under similar conditions of employment in all agencies within the same local wage area."

## A. Reassignment of Duties

On May 18, 2006, the Plaintiff learned in a weekly Program Analysis staff meeting of the reassignment of the AES duties. Ms. Trembley stated that she needed the AES application installed on her desktop in order to correct data entry mistakes. It was at this time the Plaintiff realized the Phase II Integrated Rulemaking Management Information System requirements[3] included the AES duties. The Plaintiff trained the secretarial staff for the AES system in October 14, 2004, assisted the staff with troubleshooting AES concerns, and wrote the AES instructions. [4]

---

[3] Attachment B -- See page 14 of the Office of Rulemaking's FY 2005 Quality Performance Plan.
[4] Attachment C -- Emails verifying AES training, and assisting Office of Rulemaking staff, with AES Instructions.

It would reasonable to conclude the Plaintiff was a stronger candidate to research, analyze, evaluate or correct errors in the database based upon her Bachelor's degree in Organizational Management with a background in computer science, and her three years work with AES, prior to May 2006. On the other hand, Ms. Trembley's highest academic level is a high school diploma and she has been employed at the FAA in the administrative field for 75% of her career. Thus, the reason provided to communicate with the secretaries about issues concerning the database, or to provide factfinding and make recommendations on how to improve the functionality of the database are a pretext for discrimination race-based animus. See *Harley v. Department of Labor*, EEOC Appeal No. 07A30077 (September 30, 2003) and *Johnson Jr. v. Environmental Protection Agency*, EEOC Appeal No. 07A30128 (August 11, 2005).

The FAA's Permanent Internal Assignment EMP-1.14 states, "When an administrative reassignment or relocation is contemplated, the employee shall be fully informed of the reasons why the action must be taken. The personal interests and desires of the employee shall be carefully considered, but the final decision on any such proposed action shall be decided according to the needs of the FAA." Since there are no statements from Mr. Fazio that the complainant had actual or constructive knowledge of the reassignment of duties before May 2006, it is an erroneous interpretation of FAA policies to conclude the complaint was untimely. See *Webb v. United States Postal Service*, EEOC Appeal No. 01A54870 (December 21, 2005).

3

**B. Accretion of Duties**

The Plaintiff shared fungible duties with her Caucasian co-workers as part of the Program

Analysis Staff in the Office of Rulemaking.[5]  Although the Plaintiff had spent 50% of her

time on the web duties[6] for the last five years, she was not considered a subject matter

expert.  Comparatively, a Caucasian co-worker received a promotion in February 2005

from a GS-12, Transportation Regulations Analyst, to a GS-13, Program Analyst, for

performing the primary duties of the Alternate Federal Register Liaison[7] for less than one

year.  It is reasonable to conclude that Mr. Fazio rewarded the Caucasian co-worker with

familial favoritism because her husband is an SES in the Flight Standards Service within

the Aviation Safety Line of Business.

Both a description of the Aviation Safety web team duties[8] and the description of a

Program/Management Analyst (Web Project Coordinator), GS-0343-11/14 duties[9] clearly

show the Plaintiff was working at a higher grade level than a GS-11.  Additionally, it is

reasonable to conclude that Mr. Fazio was aware that the Plaintiff was performing at the

higher level work, as the Plaintiff had attended weekly web content meetings for the past

three years.  The Agency failed to offer a credible, nondiscriminatory reason for the

disparity.  See *Wimbley-Osborne v. Department of Defense*, EEOC Appeal No.

07A20098 (June 12, 2003).

---

[5] Attachment D – Office of Rulemaking and Program Analysis Staff Roles & Responsibilities
[6] Attachment E – Plaintiff's Program Analyst's Position Description from desk audit, and Plaintiff's description of duties.
[7] Attachment F – Federal Register Publication Checklist & Analyst Duties/Responsibilities
[8] Attachment G – Printout from FAA Intranet site, and Aviation Safety's Trained and Approved Web Developers.
[9] Attachment H – Web Project Coordinator's position description from the Economic Research Service.

In 29 C.F.R. part 1614(a)(1), it states, "An aggrieved person must initiate contact with a Counselor within 45 days of the date of the matter alleged to be discriminatory or, in the case of personnel action, within 45 days of the effective date of the action." The Agency failed to show that the complainant was informed of the desk audit within 45 days after the January 25, 2006 date, or that EEO posters were on display notifying the Plaintiff of the 45 day limitation period from the date of personnel action. The Plaintiff found that nothing occurred from January 2006 until April 2006 that would otherwise have created a reasonable discriminatory suspicion of the delay.[10] It is an erroneous interpretation of the law that Mr. Fazio or Ms. Eve Adams (Office of Rulemaking, Program Analyst Staff Manager) communicated the results of the audit in a timely manner. See *Bingham v. United States Postal Service*, EEOC Appeal No. 01S50221 (February 25, 2005); *Paszko v. USPS*, EEOC Appeal No. 01A40802 (February 27, 2004); and *Sangiovanni v. Department of Navy*, EEOC Appeal No. 01A31466 (March 31, 2004).

**Substantial impact on the policies, practices, or operations of the Agency.**

The FAA's Standards of Conduct ER 4.1 states that supervisors are to, "Treat their employees with dignity, respect and in a fair and equitable manner in conformance with FAA Model EEO Program. In addition, supervisors and managers will communicate to their staff that they will not tolerate or condone discrimination, or the appearance of discrimination, on the part of any employee." The record clearly shows Mr. Tony Fazio

---

[10] Attachment I – List of Plaintiff's meetings from Lotus Notes during January 2006 through April 2006.

(Office of Rulemaking, Director) questioned the Plaintiff's writing skills several times,[11] although she completed a writing exercise as a qualification for employment. In addition, when the complainant requested to be replaced on the web content team, Mr. Fazio stated the Plaintiff's duties were administrative and menial.[12] The Merriam Webster definition of menial is a domestic servant person attached or owing service to a household.

The record clearly shows Mr. Fazio's assumption that African-Americans are subservient employees is not an isolated event. From June 2000 until November 2005, Mr. Fazio encouraged his staff to hire 8% Caucasian employees (1 of 12) and 83% African-American employees (5 of 6) as administrative staff, out of 17 new hires. (Attachment P)

The Agency is liable for the harassment, since it failed to prove that the Plaintiff unreasonably failed to avail herself of preventative or corrective learning opportunities.[13] Never did the Agency provide proof that the Caucasian co-workers with similar duties were treated in the same manner as the Plaintiff. Additionally, the Plaintiff consistently received and completed assignments which required the ability to write clearly and concisely.[14] The rule on vicarious liability set forth by the Supreme Court in sexual harassment cases applies to harassment based on various protected classes. See *Whidbee v. Department of the Navy*, EEOC Appeal No. 01A40193 (March 31, 2005), *Diggs v.*

---

[11] Attachment J – 1st June 2003 entry in the Plaintiff's unofficial time line for discriminatory events.

[12] Attachment J – November 2004 entry in the Plaintiff's unofficial time line for discriminatory events.
[13] Attachment K – In Training section of the Plaintiff's initiated EEO complaint.
[14] Attachment L – Final rule written by Plaintiff; Definition of Commuter Aircraft at Ronald Reagan Washington national Airport (70 FR 29062)

*Department of the Army*, EEOC Appeal No. 01A12480 (January 9, 2003), and *Brown v. USPS*, EEOC Appeal No. 01A61098 (May 26, 2006).

Similarly, the Plaintiff listed herself as the Team Leader and Person A as the Project Coordinator in the "ARM Scanning Project Plan."[15] In August 2006, the complainant learned she was listed as the Contracting Officer Technical Representative (COTR) for the project. The record clearly states the Plaintiff was not aware of the COTR assignment in November 2004. It is reasonable to conclude that Mr. Fazio would have informed the Plaintiff of the assignment, as he was the management official at the time. It was in August 2006, after the contract had complications, someone called from the Contracts Office to notify the Plaintiff that she was listed as the COTR. With this notification, the Plaintiff listed herself as the COTR for the scanning project from November 2004 until July 2005 in the Performance Expectation Chart,[16] however the Plaintiff never signed an invoice. To the Plaintiff's knowledge, her Caucasian peers were always informed of their COTR duties.

Taken in its totality, the evidence demonstrated that the Agency, through Mr. Fazio, had subjected the Plaintiff, over a sustained period of time, to race discrimination that tainted and motivated the actions taken by agency officials towards Plaintiff because she was an African-American. The Plaintiff suffered humiliation from her peers,[17] stress that caused her to resign from her position before securing another job,[18] and devastating plummet in

---

[15] Attachment M -- ARM Scanning Project Plan, dated November 2004.
[16] Attachment K – Performance Expectation Chart section in Plaintiff's initial EEO complaint.
[17] Attachment J – 3rd June 2004 entry in the Plaintiff's unofficial time line for discriminatory events.
[18] Attachment N – Email from Plaintiff to Office of Rulemaking's Program Analysis Staff Manager.

motivation to work when her duties were assigned to higher grade employees during her detail assignment to the Center for Early Dispute Resolution.[19]  *Stansbury v. Department of Veterans Affairs*, EEOC Appeal No. 01A33842 (January 26, 2005).

**Requested Relief**

The Plaintiff seeks the following corrective actions:

- Placement in a position she would have occupied absent the discrimination, or if justified, a substantially equivalent position.

- Commitment that corrective, curative or preventive action will be taken, and measures adopted, to ensure that a violation of the law similar to the Plaintiff will not recur.

- Payment for the last three year on a make whole basis for any loss of earnings the Plaintiff may have suffered as a result of the willful discrimination.

- Expunction from the Agency's records of any adverse material relating to the discriminatory employment practice.

*Judine Slaughter*

Judine Slaughter
6104 Osborn Road
Cheverly, MD  20785
301-386-4033

December 7, 2007

---

[19] Attachment O – Email from Office of Rulemaking's Program Analysis Staff Manager.

## EVALUATION STATEMENT

**Current Position:**    Management and Program Analyst, FG-0343-11

**Proposed Position:**

**Incumbent:**    Judine Slaughter

**Location:**    Department of Transportation
Federal Aviation Administration
Associate Administrator for Aviation Safety
Office of Rulemaking
Program Analysis Staff, ARM-20

**Background:** Management has requested a review of this position to determine if an upgrade is warranted. Ms. Slaughter spends the majority of her time establishing and monitoring the official Office of Rulemaking website, registers, history files and records. This includes tracking program activities and advising management on progress of the website. Placing Notice of Proposed Rulemaking, Final Rules, Advisory Committees information, and other documents on the web. Developing and monitoring the Office of Rulemaking's website to ensure that it is in compliance with agency rules, policies, and practices. In a desk audit, conducted December 21, 2005, the incumbent indicated that her current position description needed updating to reflect her more current duties and that the workload has increased significantly in the recent year due to the growing Internet activity. The audit information was verified through discussion with Ms. Slaughter's supervisor, Ms. Eve Adams.

**Title and Series Determination:** This position requires that the incumbent have a comprehensive technical knowledge of web design and programming, as well as knowledge of and skill in records, archival and information management principles, concepts, practices and methods. Knowledge of and skill in records analysis, appraisal and disposition practices. The ability to plan, initiate, and coordinate, and execute records management studies or special projects. The incumbent must keep abreast of the management of electronic records created in an office environment and the application of computer technology to records management. The Administrative Analysis guide provides grade level criteria for non-supervisory staff administrative analytical, planning, and evaluative work, at GS-9 and above. The work covered by the guide is administrative in nature and does not require specialized subject matter knowledge and skills. While such work does not require specialized educational preparation, it does require a high degree of qualitative and/or quantitative analytical skills, the ability to research problems and issues, written and oral communication skills, and the application of mature judgment in problem solving. This position, therefore, is properly allocated to the 343 series, with the authorized title of Management and Program Analyst.

**Grade Determination:**

**Factor 1, Knowledge Required by the Position.**         FL 1-7         1250 points

Included under Factor Level 1-7 knowledge and skill in applying analytical and evaluative methods and techniques to issues or studies concerning the efficiency and effectiveness of program operations carried out by administrative or professional personnel, or substantive

FILED

DEC - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment A

administrative support functions (i.e., internal activities or functions such as supply, budget, procurement, or personnel which serve to facilitate line or program operations). This level includes knowledge of pertinent laws, regulations, policies and precedents that affect the use of program and related support resources (people, money, or equipment) in the area studied. Projects and studies typically require knowledge of the major issues; program goals and objectives work processes, and administrative operations of the organization. Knowledge required for this position includes ability to lead change and effectively communicate status of a variety of management levels. Ability to work independently, prioritize projects and manage resources. Knowledge of and skill in records, archival and information management principles, concepts, practices and methods (sufficient to advise agencies on their records management programs and management of records in all media throughout their lifecycle). Knowledge and skill in records analysis, appraisal and disposition practices. (Find common file names of both eAmendments and historical project folders.) Knowledge of and skill in the management of electronic records created in an office environment and the application of computer technology to records management. Ability to plan, initiate, coordinate, and execute records management studies or special projects of broad scope and complexity.

This position does not meet Factor Level 1-8, which describes expert analyst work has mastered the application of a wide range of qualitative and/or quantitative methods for the assessment and improvement of program effectiveness or the improvement of complex management processes and systems. In addition to knowledge of the next lower level, this level requires comprehensive knowledge of the range of administrative laws, policies, regulations, and precedents applicable to the administration of one or more important public programs. Typically, this includes knowledge of agency program goals and objectives, the sequences and timing of key program events and milestones, and methods of evaluating the worth of program accomplishments. Work requires knowledge of relationships with other programs and key administrative support functions within the employing agency or in other agencies.

Factor Level 1-7, therefore, is credited. The incumbent must have sufficient knowledge of web site and database management system. Monitors the accuracy and currency, periodically purges, updates, and validates website. Knowledge of posting proposed Rulemaking, Final Rules, Advisory Committee information, and other documents on the web. Knowledge of the theory and principles of management and organization, including the ability to conduct studies and give briefings. Ability to research and analyze based planning, controlling and analysis programs.

**Factor 2, Supervisory Controls.**                **FL 2-4**        **450 points**

Level 2-4 describes situations where the supervisor outlines overall objectives and available resources. The employee and supervisor develop mutually acceptable project plan, which typically includes identification of the work to be done, the scope of the project, and deadlines for its completion. Within the parameters of the approved project plan, the employee is responsible for planning and organizing the study, estimating costs, coordinating with staff and line management personnel, and conducting all phases of the project. In performing the work, the employee is responsible for the overall monitoring and maintenance of the Office of Rulemaking website, dockets, registers, history files and/or records. Completed projects, evaluations, reports, or recommendations are reviewed by the supervisor for compatibility with organizational goals, guidelines, and effectiveness in achieving intended objectives.

For Level 2-5, the employee is recognized as an authority in the analysis and evaluation of programs and issues, the employee is subject only to administrative and policy direction concerning overall project priorities and objectives. At this level, the employee is typically delegated complete responsibility and authority to plan, schedule, and carry out major projects concerned with the analysis and evaluation of programs or organizational effectiveness. Management officials only for potential influence on broad agency policy objectives and program goals normally review analyses, evaluations, and recommendations developed by the employee. Findings and recommendations are normally accepted without significant change.

As discussed during the audit, and confirmed by her supervisor, Level 2-4 is warranted. The supervisor provides board outlines and the employee is responsible for carrying out the work effort and interpreting policy and procedures on own initiative. Employee is considered to be authoritative and successfully accomplishes work with little or no supervisor intervention day-to-day.

**Factor 3, Guidelines.**                     **FL 3-3**       **275 points**

Factor Level 3-3 describes situations where the employee uses guidelines consist of standard reference material, texts, and manuals covering the application of analytical methods and techniques (statistical, descriptive or evaluative) and instructions and manuals covering the subjects involved (e.g., organizations, equipment, procedures, policies, and regulations). Analytical methods contained in the guidelines are not always directly applicable to specific work assignments. However, precedent studies of similar subjects are available for reference. The employee uses judgment in choosing, interpreting, or adapting available guidelines to specific issues or subjects studies.

Level 3-4 requires the use guidelines consist of general administrative policies and management and organizational theories, which require considerable adaptation and/or interpretation for application to issues and problems studies. At this level, administrative policies and precedents studies provide a basic outline of the results desired, but do not go into detail as to the methods used to accomplish the project.

Level 3-3 is credited for 275 points. Guidelines consist of FAA guidelines for web management, FAA guidelines for certification and the National Archive Record Administration guidelines for requirements in sending hard or soft copy of documents.

**Factor 4, Complexity.**                     **FL 4-4**       **225 points**

Level 4-4 depicts work that involves gathering information, identifying and analyzing issues, and developing recommendations to resolve substantive problems of effectiveness and efficiency of work operations in a program or program support setting. This is in addition to improving conditions of a procedural nature, which relate to the efficiency of organizations. Work at this level requires the application of qualitative and quantitative analytical techniques that frequently require modification to fit a wider range of variables. Subjects and projects assigned at this level usually consist of issues, problems, or concepts that are not always susceptible to direct observation and analysis.

In contrast, Level 4-5 assignments consists of projects and studies which require analysis of interrelated issues of effectiveness, efficiency, and productivity of substantive mission-oriented

programs. Typical assignments require developing detailed plans, goals, and objectives for the long-range implementation and administration of the program, and/or developing criteria for evaluating the effectiveness of the program. Decisions about how to proceed in planning, organizing and conducting studies are complicated by conflicting program goals and objectives, which may derive from changes in legislative or regulatory guidelines, productivity, and/or variations in the demand for program services.

Factor Level 4-4 is credited. The work involved includes assisting analysis in preparing regulatory documents. Incumbent ensures that timely regulation information is available on website. Work typically requires in-depth analysis of systems and websites. Incumbent retrieves historical data from files and advises staff members on the status of regulatory projects.

**Factor 5, Scope and Effect.**                      **FL 5-4**        **225 points**

At Level 5-4, the work is to assess the productivity, effectiveness, and efficiency of program operations or to analyze and resolve problems in the staffing, effectiveness and efficiency of administrative support and staff activities. Work involves establishing criteria to measure and/or predict the attainment of program or organizational goals and objectives. Work at this level may also include developing related administrative regulations, such as those governing the allocation and distribution of personnel, supplies, equipment and other resources, or promulgating program guidance for application across organizational lines or in varied geographical locations. The work contributes to the improvement of productivity, effectiveness, and efficiency in program operations and/or administrative support activities at different echelons and/or geographical locations within the organization.

The purpose of the work described for Level 5-5 is to analyze and evaluate major administrative aspects of substantive, mission-oriented programs. The work involves identifying and developing ways to resolve problems or cope with issues, which directly affect the accomplishment of principal program goals and objectives. Study reports typically contain findings and recommendations of major significance to top management of the agency, and often serve as the basis for new administrative systems, legislation, regulations, or programs.

Level 5-4 best characterizes the work of the incumbent. The work involves solving a variety of problems; formulating studies and establishing complex analyses, contract criteria, cost analysis, and assuring contractor compliance with contract specifications. The work is not characterized as that of a consultant or project coordinator in carrying out one-of-a-kind effort. Accomplishment of the work affects the operations within the Office of Rulemaking.

**Factor 6, Personal Contacts, and**                 **FL 3b**        **110 points**
**Factor 7, Purpose of Contacts.**

Under Level 3b, contacts are with persons outside the agency, which may include consultants, contractors, or business executives in a moderately unstructured setting. The purpose of contacts is to provide advice to managers on non-controversial organization or program related issues and concerns. Contacts typically involve such matters as: identification of decision-making alternatives; appraisals of success in meeting goals; or recommendations for resolving administrative problems.

This level is appropriate for this position. Internal contacts are with the Office of Rulemaking Policy and Planning Office, Legal Office, other organizations within FAA and Office of Secretary of Transportation. External contacts include three contract companies responsible for performing scanning and web tasks.

**Factor 8, Physical Demands.**                    **FL 8-1**        **5 points**

The work is sedentary. Some work may require walking and standing in conjunction with travel and to attendance at meetings and conferences away from the work site. Some light carrying of items such as papers, books, or binders. The work does not require any special physical effort.

**Factor 9, Work Environment.**                    **FL 9-1**        **5 points**

The work area is adequately lighted, heated, and ventilated. The work environment involves everyday risks or discomforts that require normal safety precautions. Special safety precautions are not required.

**Conclusion:** Total points credited amount to 2555, which is in the FG-11 range of 2355-2750. The position is properly classified as **Management and Program Analyst, FG-343-11**.

JOB FAMILY POSITION CLASSIFICATION STANDARD FOR ADMINISTRATIVE ANALYSIS GRADE EVALUATION GUIDE AND MANAGEMENT AND PROGRAM ANALYSIS SERIES, GS-0343, TS-98 AUGUST 1990 was used to evaluate this position.


_Agnes R Brooks_
AGNES R. BROOKS
PERSONNEL MANAGEMENT SPECIALIST
01-25-06

Attachment B

# Office of Rulemaking
## Quality Performance Plan-----FY 2005

## SAFETY

The Office of Rulemaking provides support and oversight for the agency's rulemaking agenda. Many of the agency's highest priority rulemakings directly support the strategic goal of safety. The following rulemakings will have a positive impact on the safety goal.

**Safety Goal, Performance Target 1:**
*Reduce Commercial Fatal Accident Rate*

### ARM Initiative

| Performance Activities | Performance Target | Status | Division | Code |
|---|---|---|---|---|
| Support the timely development of critical safety rules. | Improved Seats – final rule to OST by Nov 2004 | **Completed.** | ARM-200 | |
| | Widespread Fatigue Damage – NPRM to OST by Dec 2004 | **Completed.** | ARM-200 | |
| | EAPAS – NPRM to OST by Nov 2004 | **Completed.** | ARM-200 | |
| | Fuel Tank Flammability Reduction – NPRM to OST by Nov 2004 | **Completed.** | ARM-200 | |
| | Mode S – final rule to OST by Dec 2004 | Cleared ADA/AOA Approval on 09/26/05; awaiting issuance. | ARM-100 | |
| | ETOPS – final Rule to OST by Jan 2005 | Awaiting ADA/AOA Approval | ARM-100 | |
| Issue all necessary "A" rules in a timely manner | Submit 80% of rulemaking projects initiated after Oct 1, 2004, to OST no later than 90 days of the originally scheduled milestone | Awaiting completion of one more rule; currently at 100%. | All | |
| Develop performance measures to support the timely development of critical safety rules | Develop dashboard measurement by Nov 2004 | **Completed.** | ARM-20 [NT] | |

FILED

DEC - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07-2201

Docs #2
Rev. 19

Attachment B

Office of Rulemaking
Quality Performance Plan------FY 2005

**Safety Goal, Performance Target 2:**
*Reduce General Aviation Fatal Accidents*

**ARM Initiative**

| Performance Activity | Performance Target | Status | Division | Code |
|---|---|---|---|---|
| Support the timely development of critical safety rules. | UAV's -- issue NPRM by Sep 05 (to OST by May 05) | Agency decided that NPRM was not best strategy; pursuing experimental airworthiness decision. | ARM-100 | |

**Safety Goal, Performance Target 3:**
*Reduce Accidents in Alaska*

**ARM Initiative**

| Performance Activity | Performance Target | Status | Division | Code |
|---|---|---|---|---|
| Support the timely development of critical safety rules. | Redesignation of Mountainous Areas in Alaska – final rule to OST by Sep 2005 | Completed. | ARM-100 | |

**Safety Goal, Performance Target 4:**
*Reduce the Number of Runway Incursions*

No Activities

**Safety Goal, Performance Target 5:**
*Composite Safety Index*

Docs #21875
Rev. 19

Office of Rulemaking
Quality Performance Plan------FY 2005

No Activities

Office of Rulemaking
Quality Performance Plan------FY 2005

**Safety Goal, Performance Target 6:**
*Prevent Commercial Space Launch Accidents*

No Activities

**Safety Goal, Performance Target 7:**
*Reduce the Number of Serious ATC Operational Errors*

No Activities

**Safety Goal, Performance Target 8:**
*Apply NAS Safety Risk Management*

No Activities

Office of Rulemaking
Quality Performance Plan------FY 2005

## CAPACITY

**Capacity Goal, Performance Target 1:**
*Airport Daily Capacity for 35 OEP Airports*

### ARM Initiative

| Performance Activity | Performance Target | Status | Division | Code |
|---|---|---|---|---|
| Support the timely development of critical safety rules. | RNAV – final rule to OST by Jan 2005 | Still working preliminary team – Projected date to OST is early Oct 2005 | ARM-100 | |
| | PART I: Nonscheduled Operating Limitations at Chicago O'Hare Int'l Airport – NPRM/final rule to OST by Dec 2004 | **Completed.** | ARM-100 | |
| | PART II: Chicago O'Hare Int'l Airport – NPRM to OST by Nov 2004 final rule to OST by Jun 2005 | NPRM published 3/25/05. Comments close 5/24/05. RPR III with council for approval. Prelim team is 8/23. All dates are pushed back one month from original schedule. | ARM-100 | |

**Capacity Goal, Performance Target 2:**
*Airport Daily Capacity for 8 Major Metropolitan Areas*

No Activities

**Capacity Goal, Performance Target 3:**
*Annual Service Volume*

No Activities

Docs #21875
Rev. 19

Office of Rulemaking
Quality Performance Plan------FY 2005

**Capacity Goal, Performance Target 4:**
*Operational Availability*

No Activities

**Capacity Goal, Performance Target 5:**
*On-Time NAS Arrivals*

No Activities

**Capacity Goal, Performance Target 6:**
*Noise Exposure*

**ARM Initiative**

| Performance Activity | Performance Target | Status | Division | Code |
|---|---|---|---|---|
| Support the timely development of critical safety rules. | Noise Stringency Increase for Single-Engine Propeller-Driven Small Airplanes -- final rule by Sep 2005 | Rule in preliminary team concurrence; awaiting pending decision to withdraw | ARM-200 | |
| | Harmonization of Noise Certification Standards for Propeller-Driven Airplanes -- final rule by Apr 2005 | Final Rule published 8/5/05. Action completed. | ARM-200 | |

**Capacity Goal, Performance Target 7:**
*Aviation Fuel Efficiency*

Docs #21875
Rev. 19

Office of Rulemaking
Quality Performance Plan------FY 2005

No Activities

Office of Rulemaking
Quality Performance Plan------FY 2005

# INTERNATIONAL LEADERSHIP

**International Goal, Performance Target 1:**
*Environmental Standards & Practices*

No Activities

**International Goal, Performance Target 2:**
*Advance U.S. Aviation Safety Leadership in Developing Regions*

No Activities

**International Goal, Performance Target 3:**
*Enable the Transfer of Aeronautical Products, Technologies, & Services*
*to Promote Civil Aviation Safety Worldwide*

**ARM Initiative**

| Performance Activity | Performance Target | Status | Division | Code |
|---|---|---|---|---|
| Support the timely development of harmonized safety rules | Establish an FAA rulemaking process to coordinate European Aviation Safety Agency (EASA) Notice of Proposed Amendments (NPA's) by Jun 2005 | Completed. | ARM-200 | |

Docs #21875
Rev. 19

Page 8 of 14 pages

Office of Rulemaking
Quality Performance Plan------FY 2005

**International Goal, Performance Target 4:**
*Advance Global Adherence to a Shared ATM Operational Concept &
Promote Interoperability of Emerging Technologies*

No Activities

Office of Rulemaking
Quality Performance Plan-----FY 2005

# ORGANIZATIONAL EFFECTIVENESS

Organizational Effectiveness Goal, Performance Target 1:
*Employee Attitude Survey*

**ARM Initiatives**

| Performance Activity | Performance Target | Status | Division | Code |
|---|---|---|---|---|
| Initiate plan to address critical findings for Employee Attitude Survey (EAS) | Develop plan with the ARM workgroup to address EAS findings by Apr 2005 | Completed. | ARM-1 | |

Organizational Effectiveness Goal, Performance Target 2:
*Cost Control Program*

No Activities

Organizational Effectiveness Goal, Performance Target 3:
*Acquisition Cost*

No Activities

Organizational Effectiveness Goal, Performance Target 4:
*Acquisition Schedule*

No Activities

Docs #21875
pages
Rev. 19

Office of Rulemaking
Quality Performance Plan------FY 2005

**Organizational Effectiveness Goal, Performance Target 5:**
*Information Security*

No Activities

**Organizational Effectiveness Goal, Performance Target 6:**
*Increase Agency's American Customer Satisfaction Index Scores*

**ARM Initiative**

| Performance Activity | Performance Target | Status | Division | Code |
|---|---|---|---|---|
| | Grant, deny or closeout all exemptions received before 10/01/03. | 14 remain to be completed | ARM-100 ARM-200 | |
| | Process within 120 days, 85% of exemption requests received after 10/01/04 | Currently 76% | ARM-100 ARM-200 | |
| | Explore the feasibility of discontinuing disposition summaries for exemptions and petitions for rulemaking. Develop an alternative to provide this service to the public. | B project approved by Council | ARM-100 [SB] | |
| Create and maintain the rules that provide a minimum level of baseline of U.S. civil aviation safety for people, equipment, and organization | Develop baseline and target for new cost per rule efficiency measure by Sep 2005. | | Managers | |
| Implement measures to improve & effectively manage the rulemaking process | Collaborate with the new regulatory Council members from AGC and APO to improve the regulatory process and regulatory templates | Ongoing. | ARM-20 [PB] | |
| | Complete ISO-9000 registration by Aug 2005 | | All | |
| | Develop a Rulemaking Project Record training course by Apr 2005. | APO submitted recommended changes; waiting for input from AGC. | ARM-20 [NT] | |

Docs #21875
pages
Rev. 19

Page 11 of 14

Office of Rulemaking
Quality Performance Plan—FY 2005

| | | | |
|---|---|---|---|
| | Scan to electronic media the regulatory amendments by Mar 2005 | | ARM-20 [JS] |
| ✗ | Scan to electronic media one cabinet of the regulatory files by Sep 2005 | Working with Contracts to go out for bids for the remaining documents. | ARM-20 [JS] |
| | Use Stylewriter to review all documents by Sep 2005. All documents should attain a minimum score of "good." | | All |
| Manage the agency's advisory committee process in an effective and timely manner, and update the advisory committee website. | ✗ Move from a paper to web-based document management system for the advisory committees. Ensure that all advisory committee internal and external documents are electronically available by Sep 2005. | Completed. | ARM-20 [GR] |
| | Review the status of ARAC tasks initiated between 2001-2002 and either close or revise the task by Apr 2005. | Completed. | ARM-20 [GR] |
| | Take action on all ARAC recommendations that were received in 2001-2003 by Sep 2005. | Completed. | ARM-20 [GR] |
| | Evaluate the status of ARAC and ARC's by Sep 2005 | Completed. | ARM-20 ARM-200 |

**Organizational Effectiveness Goal, Performance Target 7:**
*Achieve 90% of Flight Plan Performance Targets*

No Activities

Docs #21875
pages
Rev. 19

Office of Rulemaking
Quality Performance Plan------FY 2005

**Organizational Effectiveness Goal, Performance Target 8:**
*Relate Employee Performance Plans to FAA Strategic Goals*

**ARM Initiative**

| Performance Activity | Performance Target | Status | Division | Code |
|---|---|---|---|---|
| Expedited hiring of analyst. | Develop a recruitment plan to expedite hiring of new analyst by Apr 2005. | **Completed.** | ARM-20 [GR] | |
| Enhance employee knowledge | Continue to enhance rulemaking team knowledge of industry practices through site visits. | | All | |
| | Support one person in the Council for Excellence in Government Program | | ARM-100 [CN] | |

**Organizational Effectiveness Goal, Performance Target 9:**
*Cost Reimbursable Contracts*

No Activities

Docs #21875
pages
Rev. 19

Office of Rulemaking
Quality Performance Plan------FY 2005

# OTHER ARM INITIATIVES

**ARM Initiative**
*Support miscellaneous ARM initiatives*

| Performance Activity | Performance Target | Status | Division | Code |
|---|---|---|---|---|
| Enhance automated rulemaking database systems to enhance tracking and processing of documents | Implement Phase I IRMIS for programmer-dependent functions by Dec 2004 | **Completed.** | ARM-20 [NT] | |
| | [1]Implement Phase II IRMIS for exemptions and petitions for rulemaking by Sep 2005 | SOW for Phase II IRMIS enhancements completed by AVS-11 on 07/13/05. | ARM-20 [NT] | |
| | [2]Establish connectivity between the RMS II and IRMIS systems by Mar 2005 | Cannot meet this target. We are on hold until the current gap analysis (between RMS II and FHA's & FAA's systems) is completed. | ARM-20 [NT] | |
| Establish reporting requirements with OST | Establish RMS roles and responsibility for various OST reporting requirements, i.e., agenda, various quarterly reports | Ongoing. | ARM-20 [JA] | |
| | Conduct Occupational Safety & Health Review by Sep 2005. | | Managers | |
| Acquire additional contracting sources | Identify additional regulatory contract sources and identify how to access these sources by Sep 30, 2005. | **Completed.** | ARM-20 [CB] | |

[1] Deadline for the Phase II upgrade may be impacted by the RMS/IRMIS connectivity effort.
[2] The March deadline is contingent on when OST provides the RMS II software to developers for integration of the two systems, and is also contingent on no software compatibility issues.

Docs #21875
pages
Rev. 19

**Judine Slaughter/AWA/FAA**
10/08/2004 05:42 PM

To  pan@netdes.com

cc  Florence Hamn/AWA/FAA@FAA

bcc

Subject  AES Database

Hi Pan,

The Office of Rulemaking will have training for the AES Database in the ARM Conference Room, on October 14, at 11am.

Please install the AES data entry software on the computer in the conference room, so we can have hands on training.
I am out of the office on Tuesday, October 12, but will return on the 13th.

If you have any questions before that time, please contact Florence.

Bringing safety to America's skies,
Judine Slaughter
(202) 493-4698

Thought for the day:
Each of us must please our neighbor for the good
purpose of building up the neighborhood.

~ Paul from Romans 15:2

**Judine Slaughter/AWA/FAA**
10/25/2004 10:30 AM

To  Timothy R Adams/AWA/FAA@FAA

cc

bcc

Subject  Re: Rulemaking Management System Trouble🗋

Tim,

I verified with John L., and we have the paper copies in the brown folders.

Bringing safety to America's skies,
Judine Slaughter
(202) 493-4698

Thought for the day:
What do we live for if not to make
the world less difficult for each other?

~ George Eliot, Novelist
Timothy R Adams



**Timothy R Adams**
10/25/2004 09:10 AM

To: Judine Slaughter/AWA/FAA@FAA
cc:
Subject: Re: Rulemaking Management System Trouble🗋

Judine,

I am unable to assist in finding the documents requested.  AES is the only place electronically that these exemptions are located.

Timothy R. Adams
Transportation Industry Analyst
FAA, Office of Rulemaking
202-267-8033
Judine Slaughter

**Judine Slaughter**
10/25/2004 09:01 AM

To: pan@netdes.com, Timothy R Adams/AWA/FAA@FAA
cc:
Subject: Rulemaking Management System Trouble

Pan:  Please check on AES.  See Below.

Tim:  Until the Internet is up, please help the customer below.

Bringing safety to America's skies,
Judine Slaughter
(202) 493-4698

Thought for the day:
The illiterate of the 21st century will not be those who cannot
read and write, but those who cannot learn, unlearn and relearn.

~ Alvin Toffler

----- Forwarded by Judine Slaughter/AWA/FAA on 10/25/2004 08:29 AM -----

| | |
|---|---|
| WebmasterAVR | To: Judine Slaughter/AWA/FAA@FAA |
| 10/25/2004 07:59 AM | cc: |
| | Subject: Rulemaking Management System Trouble |

Thanks,
WebmasterAVR
----- Forwarded by WebmasterAVR/AWA/FAA on 10/25/2004 07:59 AM -----

| | |
|---|---|
| Warren Gillette | To: webmasteravr@faa.gov <webmasteravr@faa.gov> |
| 10/21/2004 05:38 PM | cc: |
| | Subject: Rulemaking Management System Trouble |

On the Regulation and Rulemaking intranet, I click on the Rulemaking Management System to get to the Exemptions Database, and it closes Internet Explorer, booting me off of the internet. From the Intranet, the pages are not loading properly, and even if I do get the exemption number and listing up, it won't let me get a copy of the exemption. I am looking for No. 4594 and 4594A to General Electric.

Thank you.

Warren Gillette
FAA Office of Environment and Energy
202 267 8367

# Automated Exemption System (AES) Instructions

Detach the word file into a designated folder. Print a copy, if necessary so you can see the information to enter. Save as "Text Only With Line Breaks (*.txt), in the same folder with the original disposition letter.

*General Information Tab*

1.  Exemption No. –
    -   If this is only a four-digit number, then it is a new exemption. There will be a prompt asking if this is a new exemption number. Click yes. You will have to fill in all of the necessary fields.

    -   If this exemption number has a letter after it, then AES will prompt and ask "There are no Exemption Number XXXX. Would you like to add this Exemption Number?" You will click Yes. Most of the fields will be pre-filled. But, always check the information to make sure it is correct.

2.  Objective Paragraph –A brief action description, usually in second paragraph.
3.  Docket No. – Find at the top of disposition letter.
4.  Project No. – Usually at the bottom of the first page of the letter.
5.  Disposition -- Look for these key words
    a.  Grant
    b.  Partial Grant
    c.  Denial of Reconsideration
    d.  Denied (Usually in the last paragraph.)
    e.  Letter Extension
    f.  Letter Extension and Amendment
    g.  Grant of Reconsideration
6.  Category – Aviation Standards
7.  Region – See "FAA Regional Boundaries."
8.  Browse – Attach the .txt file, View to make sure you attached correct document.

*Chronological Information Tab*

1.  Petition Date – This is the date the petition, usually in second paragraph. If no date is mentioned, leave blank. (Enter all date fields as XX/XX/XX.)
2.  Submit Date – Date you are entering data
3.  Completed Date – Date letter was signed
4.  Issue Office – Look to see who signed the letter. Although the project number may be AFS, ARM-1 might have signed the letter. Use AFS-1, ARM-1, AIR-1, etc.
5.  Issue Date – Date letter was signed.
6.  Effective Date – Date letter was signed OR Look in the grant paragraph.
7.  For a new exemption or amended exemption, then the effective date is the same as the Issue Date.
8.  For an extended exemption, the effective date is the date of the expiration date of the previous exemption (or date being extended).
9.  No effective date with denied exemptions.

CyberDocs #19418

10. Expiration Date – Or Termination Date.
    *If there is no expiration date, then click the "Exemption Never Expired" box.

*Additional Information Tab*
1. Regulations – Right click and chose "Add regulation"
   Find CFR Parts in grant paragraph. Enter each part separately. If not there, then look in the Objective.
2. Petitioners – Name and Company letter addressed.
   - Petitioner – Name of the company affected.
   - Petioner's Type
     o Petitioner if company asking for itself
     o User if a law firm is asking for the company. In this case, you would enter two Petitioners boxes, one for law firm and one for the company affected.
     o Contactor's Name – Name of person who sent the petition
     o Company's Name – Name of the contactor's company
3. Equipment – Brief description of equipment affected.

Attachment D

## OFFICE OF RULEMAKING
## PROGRAM ANALYSIS STAFF
## ROLES AND RESPONSIBILITES
## AS OF NOVEMBER 30, 2004

| EMPLOYEE | POSITION | PRIMARY DUTIES | GRADE | RACE |
|---|---|---|---|---|
| Nancy Trembley | Program Analyst | IRMIS Administrator & Unofficial Acting Manager | GS-14 | Caucasian |
| Patrick Boyd | Program Analyst | Rulemaking & Plain Language | GS-14 | Caucasian |
| Joan Allen | Program Analyst | Rulemaking & Federal Register | GS-14 | Caucasian |
| Charlene Brown | Program Analyst | Budget & Training | GS-13 | African-American |
| Geraldine Robinson | Program Analyst | ARAC & Council | GS-13 | Caucasian |
| Judine Slaughter | Program Analyst | Web & AES | GS-11 | African-American |

**FILED**

DEC - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment D



| | | QPM # | Revision |
|---|---|---|---|
| **AVS**<br>**Quality Management System** | | **ARM 001-b** | 1 |
| Title: ARM's QMS Roles & Responsibilities | | Date: 07/05/06 | Page 1 of 6 |

# ARM 001-b

# Office of Rulemaking
# Roles & Responsibilities

**Purpose & Scope:**

This procedure supports the higher level G-5, AVS QMS Roles and Responsibilities, by providing additional details on how these requirements are met within the Office of Rulemaking.

**Approval:**

_____

**Acting Director, Office of Rulemaking**

UNCONTROLLED COPY WHEN DOWNLOADED
Check The Master List To Verify That This Is The Correct Revision Before Use

Tab 3- 1



| AVS Quality Management System | QPM # ARM 001-b | Revision 1 |
|---|---|---|
| Title: ARM's QMS Roles & Responsibilities | Date: 07/05/06 | Page 2 of 6 |

| REVISION HISTORY | | |
|---|---|---|
| **Rev** | **Description of Change** | **Effective Date** |
| 0 | Not used; ARM matches Revision # to CyberDocs version # | --- |
| 1 | On 05/30/06, ARM adopted the higher, system-level procedures for Roles & Responsibilities (See AVS QMS Roles & Responsibilities). | 07/05/06 |
| | | |
| | | |

Tab3- 2

| | AVS Quality Management System | QPM # ARM 001-b | Revision 1 |
|---|---|---|---|
| Title: ARM's QMS Roles & Responsibilities | | Date: 07/05/06 | Page 3 of 6 |

The following roles and responsibilities have been defined for the Office of Rulemaking (ARM):

## Director, Office of Rulemaking
The Director, Office of Rulemaking, is responsible for:

- Providing leadership to all personnel within ARM;
- Providing advice and assistance to the Associate Administrator for Aviation Safety;
- Developing and recommending national policies on rulemaking procedures and priorities;
- Providing support to effectively manage the agency's rulemaking program, the Aviation Rulemaking Advisory Committee, and select Aviation Rulemaking committees.
- Planning, developing, and maintaining the ARM Quality Performance Plan;
- Defining the goals and objectives of ARM in alignment with the overall Quality Management System; and
- Communicating to ARM personnel the importance of meeting the requirements of stakeholders.

## Division Managers
The ARM Division Managers are responsible for:

- Serving as the principal focus within ARM for regulatory projects pertaining to the FAA;
- Assisting the Director in developing and recommending national policies on rulemaking procedures and priorities for issuance by the Administrator, and developing procedures and program plans consistent with these policies;
- Assisting the Director in establishing and maintaining a system of priorities for rulemaking activity and scheduling regulatory projects; ensuring accuracy of status information, and ensuring the efficacy of the scheduling of those rules;
- Providing all necessary support to the Director for arranging and chairing hearings and formal or informal meetings, including advisory committees;
- Planning, developing, and maintaining the ARM Quality Performance Plan;
- Processing exemption requests;
- Assisting the Offices of Primary Responsibility in the development of rulemaking documents, and ensuring that the documents are consistent with the FAA goals and objectives;
- Serving as liaison with the Office of Chief Counsel and Office of Aviation Policy and Plans, DOT, and other internal and external offices;

UNCONTROLLED COPY WHEN DOWNLOADED
**Check The Master List To Verify That This Is The Correct Revision Before Use**

Tab 3-3

| | AVS Quality Management System | QPM # ARM 001-b | Revision 1 |
|---|---|---|---|
| Title: ARM's QMS Roles & Responsibilities | | Date: 07/05/06 | Page 4 of 6 |

- Addressing work environment issues within the scope of his/her responsibility within timeframes prescribed by and in accordance with laws, regulations, negotiated agreements, FAA and/or organizational policies; and
- Developing, in collaboration with each employee, performance plans that align with Agency and organizational goals within prescribed timeframes;
- Identifying, submitting, justifying to the appropriate level of the organization resource needs based on Agency and/or organizational requirements within required timelines;
- Developing, processing, and managing EEO, human relations, contracts, budget, automation, labor management relations, and staffing processes associated with regulatory issues and general office management.

## ISO Management Representative  *(ISO9001:2000 Ref. 5.5.2)*
The ARM Management Representative is responsible for:

- Ensuring that the processes needed for QMS are established, implemented, and maintained;
- Reporting on the performance of the quality system and any need for improvement through the Management Review process;
- Ensuring all matters pertaining to quality are resolved;
- Managing the Internal Audit Program;
- Coordinating the document control program;
- Coordinating the ARM Management Review process;
- Gathering information and reports for management regarding the performance of the quality system, including continual improvement needs;
- Communicating with team leader to determine internal audit scope and direction under ISO-9000:2000;
- Managing the Feedback, Corrective Action, and Preventive Action Processes;
- Serving as a liaison with external parties on issues related to quality; and
- Maintaining ISO/QMS files and work records in both hardcopy and electronic formats.

## Transportation Industry Analyst
The ARM Transportation Industry Analysts are responsible for:

- Developing, reviewing, analyzing, and evaluating aviation related regulatory documents and programs;
- Establishing goals, milestones, and a regulatory schedule to ensure that the goals are met;
- Managing regulatory projects through assessment and evaluation;

| | AVS | QPM # | Revision |
|---|---|---|---|
| | **Quality Management System** | **ARM 001-b** | 1 |
| Title: ARM's QMS Roles & Responsibilities | | Date: 07/05/06 | Page 5 of 6 |

- Informing management of the status of all regulatory projects through either written documents or oral presentations;
- Writing national regulatory documents which effect the entire aviation industry;
- Communicating technical information to a diversity of audiences orally and in writing; and
- Facilitating meetings.

## Program Analyst



The ARM Program Analysts are responsible for:
- Conducting complex studies;
- Analyzing, synthesizing, and correlating data;
- Establishing goals, milestones, and a regulatory schedule to ensure that the goals are met;
- Informing management of the status of all regulatory projects through either written documents or oral presentations;
- Writing national regulatory documents which effect the entire aviation industry;
- Communicating technical information to a diversity of audiences orally and in writing;
- Possessing knowledge of regulatory, technical and administrative practices and procedures; and
- Facilitating meetings.

## Secretaries
The ARM secretaries are responsible for:

- Providing administrative support to the office:
  - o Word Processing
  - o Faxing
  - o Filing
  - o Xeroxing
  - o Tracking controlled correspondence
  - o Scheduling meetings/conference rooms
  - o Maintaining Director's and Division Managers' calendars
  - o Timekeeping
  - o Answering and directing telephone calls; and
- Having knowledge of grammar, spelling, punctuation, required directives and correspondence formats, and Government style manual.
- Having knowledge of the programs, operations, and processes of the office.
- Having skills in interpersonal relations in answering telephones, greeting visitors, and working as a team member of the office.

Tab 3-5

| | AVS Quality Management System | QPM # ARM 001-b | Revision 1 |
|---|---|---|---|
| Title: ARM's QMS Roles & Responsibilities | | Date: 07/05/06 | Page 6 of 6 |

- Having knowledge of office management.

**The ARM Management Team** – This team is comprised of the three ARM Division managers and the Director.

## Program Analyst
### FG-343-11

### I. Position Summary

This position is located in the Office of Rulemaking, Associate Administrator for Regulation and Certification, Federal Aviation Administration, Department of Transportation. The incumbent provides administrative services, assists with regulatory documents, and prepares presentations and reports, under the direct supervision of the staff manager or senior analyst.

### II. Major Duties and Responsibilities

*50 %*

Establishes and monitors the official Office of Rulemaking web site, dockets, registers, history files, and/or records. Tracks program activities and advises manager on progress of the web site. Monitors the accuracy and currency, periodically purges, updates, and validates web-site. Places Notice of Proposed Rulemaking, Final Rules, Advisory Committees information, and other documents on the web. Attends periodic meetings and provides support to these proceedings by gathering specific data, some of which is not readily available and which must be developed or solicited from other offices.

*18 %*

Conducts research and routine analyses in support of the staff, managers, and supervisors' efforts and prepares statistical overviews and data presentations. Prepares a variety of special and routine reports. Researches, gathers, assembles, analyzes and consolidates administrative and/or programmatic information and data ensuring overall accuracy and consistency. Consolidates data into specified formats, develops statistical charts and graphs and edits textual material for clarity. Makes recommendations as to appropriate courses of action for routine procedural activities. Drafts briefing materials, reports and similar documents for use as background by the supervisor, or for presentation to senior management on various issues.

*30 %*

Assists analysts in preparing regulatory documents. Ensures that the office files and archives are properly maintained. Files regulatory documents as requested by analysts. Organizes electronic files as requested. Assists analysts with a variety of administrative tasks. Utilizes and updates automated information systems.    *1 to 2 %*

Knowledge of web site and database management system. Monitors the accuracy and currency, periodically purges, updates, and validates website. Places Notices of Proposed Rulemaking, Final Rules, Advisory Committee information, and other documents on the web. Develops and monitors the Office of Rulemaking website and ensures that it is in compliance with agency rules, policies, and practices. Attends periodic meetings and provides support to these proceedings by gathering specific data, some of which is not available and must be developed or solicited from other offices. Monitors and updates the dockets, registers, history files, and/or records, and makes recommendations of records management solutions.

Performs other duties as assigned.

**FILED**

DEC - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Attachment E*

### III.  Factors

#### 1. Knowledge Required by the Position

Knowledge of the theory and principles of management and organization, including the ability to conduct studies and give briefings to staff. Ability to maintain, use and adapt program analysis systems and tools, including those, which involve the operation of computer based planning, controlling and analysis programs.  Ability to research and analyze information. Ability to effectively communicate information to a diversity of audiences orally and in writing.  Knowledge of and skill in design, implementation, and evaluation of web sites systems and integration with office systems and programs

#### 2. Supervisory Controls

The incumbent is directly supervised by the Division Manager, who assigns specific areas of responsibility and provides general instructions regarding work expectations, organizational policies describing work assignments in terms of goals and objectives.  Additional instructions are provided for new or unusual assignments.  The incumbent is expected to plan and accomplish his/her work independently recognizing and referring unusual, sensitive or potentially controversial issues to the supervisor for review prior to implementation. Completed work is reviewed to verify correctness of methodology, soundness of conclusions and appropriateness of recommendations.

#### 3. Guidelines

Guidelines provide a general framework in which the individual is expected to exercise initiative and judgment in completing his/her duties. Issues, which depart from established guidelines for which no precedent guidance exists, are referred to the supervisor for resolution.

#### 4. Complexity

Incumbent assists analyst in preparing regulatory documents.  Incumbent ensures that timely regulatory information is available on web site.  Assignments consist of independent accomplishment of several stages in the automation of each process, such as defining requirements and problems, designing and modifying systems, and testing and implementing changes.  Such work typically requires in-depth analysis of systems and websites, or a similar broad specialty area and the need to collaborated and integrate the work of others.  Incumbent retrieves historical data from files and advises staff members on the status of regulatory projects.  In addition, the employee is faced with a rapidly changing environment in information systems, which places a demand to keep up with the state-of-the-art in the rulemaking arena.

#### 5. Scope and Effect

The purpose of the work is to ensure regulatory material is processed accurately, in a timely manner, and appropriate office are apprised of new and proposed regulations.  The impact of the work extends to the public and the aviation industry.

#### 6. Personal Contacts

Continuing and frequent contacts are with the managers throughout the organization, the private sector, and the general public to obtain, receive or provide information.

**7. Purpose of Contacts**

To receive instructions; to identify issues and problems; to coordinate actions; to evaluate, study or analyze programs or projects.

**8. Physical Demands**

The work is primarily sedentary but may involve periods of stress.

**9. Work Environment**

Work is normally performed in a well lighted, temperature controlled office setting.

Web Content
- o Background in web design and programming. (HTML/Dreamweaver training and 3yrs hands on experience)
- o Ability to lead change and effectively communicate status with a variety of management levels. (example: 2005 Web redesign meeting with managers and ARAC program manager – ARM Web Brief June 17.ppt, ARMs Top 40 Most Requested Pages.doc)
- o Detail oriented with exceptional writing, editing, organizational and project management skills. (Judine's web memo to Tony, Tonys web memo to Randy, Questions and Answers to FAQs, List of ARM web pages)
- o Ability to work independently, prioritize projects and manage resources (other projects, RMS, FAQs, Rules)
- o Strong interpersonal, presentation, verbal and written communication skills with sound business judgment and insight to effective website usability. (Temporary remove ARAC site.)

  -- Make independent decisions go to Jan 2003 and Jan 2004
  http://personalweb.about.com/gi/dynamic/offsite.htm?site=http://www.archive.org

  -- Create consolidated PDFs for ARAC with cover page, and divider sheets.

  -- Assignments from Randy and management.

Archival Specialist -- NARA

- o Knowledge of and skill in records, archival and information management principles, concepts, practices and methods (sufficient to advise agencies on their records management programs and management of records in all media throughout their lifecycle.) – (Worked as rule statistician for print and web)
- o Knowledge of and skill in records analysis, appraisal and disposition practices. (Find common file names for both eAmendments and historical project folders)
- o Knowledge of and skill in the management of electronic records created in an office environment and the application of computer technology to records management.
- o Ability to plan, initiate, coordinate, and execute records management studies or special projects of broad scope and complexity. (Project plan, SOW, – folder Scanning project plan.)

o  Ability to communicate effectively orally and in writing to staff, management officials, federal agency officials, and others. (eAmendment training)

-- Make decisions about terms of SOW, and file names.  Process to organize electronic with paper.

-- Report to ARM-20 management.

Rulemaking Analyst

o  Ability to present information to various audiences.
o   Ability to apply analytical techniques.
o  Ability to manage a project/program within an assigned organization in accordance with milestones and goals.
o  Ability to facilitate meetings and communicate technical information orally to various audiences.

RMS/IRMIS/AES


o  Analyzing needs and project requirements.
o  Teaching others how to do something.
o  Communicating effectively in writing as appropriate for the needs of the audience.
o  Using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions or approaches to problems.
o  Identifying complex problems and reviewing related information to develop and evaluate options and implement solutions.
o  Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate.
o  Experience with Windows network environments, including server and resource security.
o  Using mathematics to solve problems.
o  Understanding written sentences and paragraphs in work related documents.
o  Understanding of the organization's supported business processes.
o  Experience with software application troubleshooting.
o  Experience conducting end user training.
o  Basic understanding of file storage strategies.
o  Help desk experience.

Plain Language Teacher

- o  Writing or designing a set of standard letters;
- o  Designing or revising a set of forms;
- o  Writing a policy document;
- o  Writing a set of regulations.

Attachment F

# Federal Register Publication Checklist
## Analyst Duties/Responsibilities

1) Ensure pages are numbered.

2) Be sure the issuance date is listed on the signature page.

3) Check that the correct RIN is listed on document (from 60-Day List response).

4) Call DMS for a docket number at extension 6-1918 and insert into document.

5) For Notice/SFAR/Amendment numbers, call the Alternate Federal Register Liaison (Joan- x77037); in her absence, call a Certifying Officer (Caren- x78199 or John C- x79783). Notice numbers (doc #21981) and SFAR numbers (docs #21982) are also listed in the FR Notebook at Joan's desk; Amendment numbers are at docs #18215.

6) If the document is an emergency publication or for immediate display, provide the Alternate Federal Register Liaison with a written statement of justification.

7) Copy the document onto a blank floppy disk (spares located in supply closet); be sure to appropriately label the disk with the agency name and document name.

8) Give the Alternate Federal Register Liaison the following:

   a) The original signed document
   b) 3 photocopies of the original signed document
   c) The labeled floppy disk

**FILED**

DEC - ? ?

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07-2201

Docs# 18176

Attachment F

9/19/2007 1:16:49 PM

Attachment G i)



MYFAA
Employee Site

# Aviation Safety (AVS)

Updated: 12:41 pm ET September 18, 2007

## Web Team

We provide for the development, operations, and update of AVS web content and services that are available to the public and employees. The team consists of one member from each AVS Office and Service and the AVS Web Program Manager. Key functions include:

- Guiding content owners on effective methods for communicating information
- Providing content owners with the process for requesting web postings
- Creating webpage layouts from content provided by the owners
- Evaluating and approving new webpages, websites, and web-based applications

## Team Members

| Name | Representing | Telephone |
|------|-------------|-----------|
| Brown, Caprice | Aerospace Medicine | 202-267-9881 |
| Carter, Randy | Aviation Safety – Team Lead | 202-267-8923 |
| Douglas, Alicia | Aircraft Certification | 817-222-5379 |
| Mooney, Joe | Accident Investigation | 202-267-3279 |
| Slaughter, Judine | Rulemaking | 202-493-4698 |
| Wilcox, Joel | Flight Standards | 202-493-4876 |

- AVS Web Program Manager
- Policy & Procedures [A]
  - ○ AVS Procedures
  - ○ Agency Web & Section 508 Policy



Federal Aviation
Administration

This page can be viewed online at:
https://intranet.faa.gov/faaemployees/org/linebusiness/avs/it/info_tech/avs/

**FILED**

DEC - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

01.2601

FAA Employees: Aviation Safety (A...

Attachment G

Updated 9-13-07

## AVS Trained and Approved Web Developers

The following Web Developers are approved to post websites and webpages to the test and production servers as indicated.

### Public Website

| Name | Approved to Develop for the Following *Static* Websites |
|---|---|
| **Aviation Safety (AVS) Developers:** | |
| The Office of Communications - Steven Nichols is the primary contact | Any AVS webpage |
| Stout, Craig | AFS-600 |
| Ingerson, Scott | AFS-600 |
| | |
| **Flight Standards Service (AFS) Developers:** | |
| Singh, Inderbir | All AFS websites. |
| Bartomeo, Anthony | AFS field offices & AFS region pages - AEA Region |
| Copeland, Kelvin | AFS-700, Flight Standards Registry |
| Han, Jun | AFS field offices & AFS region pages - ASO Region |
| Sherryl Hulett and Nancy McDaniel | AFS field offices & AFS region pages - AWP Region |
| Napolitano, Joann | AFS field offices - AEA Region (ANE Area) |
| Nguyen, Tommy V. | AFS field offices & AFS region pages - ASW Region |
| Parsons, Stuart | AFS field offices for ACE Region |
| Pyles, James | FAA Safety Team |
| Slauson, Ken (ARC Employee) | AFS field offices & AFS region pages - AAL Region |
| Wright, Cary | AFS-700, Flight Standards Registry |
| | |
| **Aircraft Certification Service (AIR) Developers** | |
| Manav, Manu | All AIR websites |
| | |
| **Office of Rulemaking (ARM) Developers** | |
| The Office of Communications - Steven Nichols is the primary contact | All ARM websites |
| Slaughter, Judine | ARM websites (for emergency postings) |
| | |
| **Office of Aviation Medicine (AAM) Developers** | |
| Nelms, David | All AAM websites |
| The Office of Communications - Steven Nichols is the primary contact | All AAM websites |
| | |
| **Office of Accident Investigation (AAI) Developers** | |
| The Office of Communications - Steven Nichols is the primary contact | All AAI websites |
| Mike Keast | The AAI preliminary accident/incident database |
| Roberta Toth | The AAI preliminary accident/incident database |
| | |
| **Office of Air Traffic Oversight (AOV)** | |
| The Office of Communications - Steven | All AOV static websites |

Updated 9-13-07

| Nichols is the primary contact | |
|---|---|

The following developers are approved to post public websites and webpages as indicated, but to the test server only.

| Aircraft Certification Service (AIR) Developers | Approved to Develop for the Following *Static* Websites |
|---|---|
| Barnett, Eric | ASW Directorate websites |
| Desar, Lucien | ANE Directorate websites |
| Young, Glen Devenport, Jill | ANM Directorate websites |
| Douglas, Alicia Howdeshell, Christopher | All AIR websites |
| Carpenter, Michelle | AIR-500 websites |
| Mutchler, Mark | ACE Directorate websites |

## Employee's Website

| Name | Approved to Develop for the Following *Static* Sites |
|---|---|
| **Aviation Safety (AVS) Developers:** | |
| The Office of Communications - Steven Nichols is the primary contact | Any AVS webpage |
| Stout, Craig | AFS-600 websites |
| Ingerson, Scott | AFS-600 websites |
| | |
| **Flight Standards Service (AFS) Developers:** | |
| Singh, Inderbir | All AFS websites. |
| Bartomeo, Anthony | AFS field offices & AFS region pages - AEA Region |
| Copeland, Kelvin | AFS-700, Flight Standards Registry |
| Han, Jun | AFS field offices & AFS region pages - ASO Region |
| Sherryl Hulett and Nancy McDaniel | AFS field offices & AFS region pages - AWP Region |
| Napolitano, Joann | AFS field offices - AEA Region (ANE Area) |
| Nguyen, Tommy V. | AFS field offices & AFS region pages - ASW Region |
| Parsons, Stuart | AFS field offices for ACE Region |
| Pyles, James | FAA Safety Team |
| Slauson, Ken (ARC Employee) | AFS field offices & AFS region pages - AAL Region |
| Wierbersch, Jan | AFS field offices & AFS region pages - ANM Region |
| Wright, Cary | AFS-700, Flight Standards Registry |
| | |
| **Aircraft Certification Service (AIR) Developers** | |
| Manav, Manu | All AIR websites |
| | |
| **Office of Rulemaking (ARM) Developers** | |
| The Office of Communications - Steven Nichols is the primary contact | All ARM websites |

Updated 9-13-07

| Office of Aviation Medicine (AAM) Developers | |
|---|---|
| Nelms, David | All AAM websites |
| The Office of Communications - Steven Nichols is the primary contact | All AAM websites |
| | |
| **Office of Accident Investigation (AAI) Developers** | |
| The Office of Communications - Steven Nichols is the primary contact | All AAI websites |
| | |
| **Office of Air Traffic Oversight (AOV)** | |
| The Office of Communications - Steven Nichols is the primary contact | All AOV websites |

The following developers are approved to post Employee's websites and webpages as indicated, to the test server only.

| Aircraft Certification Service (AIR) Developers | Approved to Develop for the Following *Static* Websites |
|---|---|
| Barnett, Eric | ASW Directorate websites |
| Desar, Lucien | ANE Directorate websites |
| Tessicini, Carole | |
| Young, Glen | ANM Directorate websites |
| Devenport, Jill | |
| Douglas, Alicia | All AIR websites |
| Howdeshell, Christopher | |
| Carpenter, Michelle | AIR-500 websites |
| Mutchler, Mark | ACE Directorate websites |
| **Flight Standards Service (AFS) Developers** | |
| Crawford, Kelli | AFS QMS website |

Economic Research Service
Information Services Division
Office of the Director
**Program / Management Analyst (Web Project Coordinator), GS-0343-11**

Position No. _____

I.    INTRODUCTION

The Economic Research Service (ERS) conducts broad programs of economic and other social science research and analysis relating to agriculture, food, natural resources, and rural America for use by public and private decision makers. ERS' clients are the executive and legislative branches; environmental, consumer and public interest groups, including farm and industry groups; and the general public.

The Information Services Division provides technical leadership, guidance, training, coordination, and other assistance in computing, editing, and disseminating information in support of the economic research and analysis mission of ERS.

This position is located in the Office of the Director (OD) which has responsibility for coordinating and managing the functions and services performed by the Division and providing administrative, management, and clerical support for the branches. This position is subject to the provisions of the Fair Labor Standards Act (FLSA).

The incumbent serves as an Agency specialist and project manager for web product development and in this capacity coordinates efforts closely with the Web Manager and Web Editor-in-Chief. The incumbent assists in planning, organizing, and leading projects that involve high-level policy and program impacts, and require highly sophisticated web development and design processes to meet changing customer needs by effectively communicating agency research.

II.    DUTIES AND RESPONSIBILITIES

1.    Assists with web product development and web project management for the Division team that is responsible for development and maintenance of the ERS Web site, extranets and employee intranet. This includes a high degree of coordination with program division managers and staff to facilitate effective utilization of utilization of electronic methodologies, including the ERS Web site, in a manner that meets the Agency's strategic objectives for information and data dissemination.

2.    Serves as a web project manager and in this capacity coordinates the work of interdisciplinary teams assigned to web projects to ensure that objectives are met and a high degree of effectiveness is maintained. Assists in determining assignments, helps set priorities, monitors progress, and reports on progress in meeting established milestones and deadlines.

3.    Independently researches and evaluates new and emerging methods for web product development and web project management. Assesses these methods with respect to their suitability for: (a) communicating the Agency's research outputs; (b) leveraging use of ERS materials; (c) potential costs and benefits; and (d) adaptability to Agency requirements.

4.    Consults with the ERS Web Team to identify ERS priorities for web product development and opportunities to improve the Agency's performance of this function. Uses this information to develop new or improved methods, prepares and presents concept and strategy papers and/or presentations, trains Agency staff as needed, and demonstrates and communicates the effectiveness of selected methods in meeting agency goals.

**FILED**

DEC - 7 2007

**NANCY MAYER WHITTINGTON, C**
**U.S. DISTRICT COURT**

Attachment H

5.  Coordinates web product development plans and schedules, and advises Agency staff on product planning, development, design, and implementation. In this capacity, incumbent works closely with the Web Editor-in-Chief to manage the web product development process and associated activities. Prepares process marketing and outreach efforts, and ensures a smooth, consistent and transparent product development process by providing comprehensive support documentation. Provides technical direction and assistance to program division staff who are assigned to develop products for web and electronic information delivery. Reviews final products submitted by Agency Product Development Teams for adherence to Agency web policies, procedures, and guidelines.

6.  Assists in developing annual and long-range plans to realize the web and electronic product development components of the Agency's strategic goals for information technology, communication, and customer service, and provides project management and leadership for activities that are part of these plans. Provides Agency insight into "best practices" for web and electronic information product development based on research and analysis of these practices in and out of government. Supports the ERS Web Team in developing new web product development and web project management policies, procedures, and guidelines as needed. Serves as an advocate for web product development and web project management techniques and best practices.

7.  Provides Agency liaison with other Federal agencies, universities, task forces, and other groups and organizations on issues related to the development, operation, and management of web and electronic information dissemination programs.

8.  Researches technical capabilities of contractors, develops estimated costs, drafts technical requests for proposals, assesses capability of contract experts, and provides advice to the Web Manager on final selection.

9.  Assists in developing estimates and monitoring budgets for diverse web projects as needed. Controls expenses to stay within budget guidelines. Identifies and provides for development of generalized systems and structures to achieve economic savings across Agency-wide projects.

10. Incumbent performs other duties as assigned.


III.  EVALUATION FACTORS

Factor 1.  Knowledge Required by the Position          Level 1 - 7     1250 pts

Broad knowledge of Agency direction and program outputs, electronic information and data dissemination, web project management, information architecture, usability, content management, Web systems technologies, and system design, including an in-depth knowledge of a particular web design and development specialty area; to serve as the technical authority on the web and electronic product development process. In-depth knowledge of program analysis and Web systems methodology is used to develop an environment that includes approaches, standards, procedures, and guidelines for the ongoing improvement of ERS web products and their integration into the Agency electronic information dissemination program. Position requires the ability to deal effectively with Agency representatives and users to assist in the development of dissemination methods that meet the needs of ERS customers. Proposals and decisions must be justified, and if necessary defended concerning the overall design environment.

2

Factor 2.  Supervisory Controls                          Level 2 - 4          450 pts

The incumbent is under the general supervision of the Web Manager, who provides supervisory, administrative, and policy oversight and helps the incumbent devise plans, work methods, and other aspects of the assignment.  The incumbent exercises some latitude in the planning and execution of assignments.  The results are reviewed prior to release, publication or discussion with management officials.

Factor 3.  Guidelines                                    Level 3 - 3          275 pts

Guidelines consist of Government, Departmental, and Agency regulations on information dissemination, ADP, and communications as well as specified Agency goals.  Available studies and vendor manuals are also used.  Guidelines are general in nature and may be difficult to interpret or apply.  The incumbent must select and interpret the appropriate material and establish guidance that assures conformance to the pertinent areas.  Trends and patterns in areas such as workload, types of information, customer needs and usage, research directions, and technological advances must be prepared to develop plans and solutions to maintain an effective web product development program.

Factor 4.  Complexity                                    Level 4 - 4          225 pts

The work involves an unusual depth of analysis in an area where approaches, customer needs, and technology change at a rapid pace and implementation of improvements can cause extensive changes in Agency practices and procedures. In determining implementation and optimization approaches, decisions must be made over lengthy time periods during which assumptions about research directions, customer needs, system usage, major new system implementations, project funding, and advances in technology could change considerably.

Possibilities for change are developed as a result of exploratory studies that generally involve a wide range of Agency outputs that include intermediate and long-term research, reports and indicators, data, and staff analysis, as well as a wide range of technologies and computer software. These studies require extensive coordination with management, research and technical staff, and vendor representatives; and the evaluation of new approaches and methods is clouded by the lack of similar operational systems available to conduct appropriate studies. Extensive testing, evaluation of results, and incorporating customer feedback vary the pace of implementation.

Factor 5.  Scope and Effect                              Level 5 - 2          150 pts

The work involves improvements in existing systems and operations and development of new approaches to match effective electronic dissemination techniques with customer needs.  The incumbent assists in the design and management of complex information dissemination systems, specializing in developing methods and approaches for use of Web information delivery and its integration with related dissemination systems. The work affects the basic design and use of automated systems that provide for the efficient and effective delivery of Agency products and the collection and delivery of information and services at the Department level.  Advice and guidance provided by the incumbent affects the work of professional staff and management officials throughout the Agency and in other Agencies in the Department.

Factor 6.  Personal Contacts and Factor 7.Purpose of Contacts    Level 6 - 3          60 pts

In addition to contacts within the Agency, contacts also take place with computer personnel and officials of the Department, representatives of vendors and contractors, and with Agency customers.

Factor 7.  Purpose of Contacts                    Level 7 - 2        120 pts

Contacts are to present requirements, gather and obtain information, and identify and resolve problems.  Considerable tact and diplomacy are required in convincing and securing cooperation of parties that may have different points of view.

Factor 8.  Physical Demands                       Level 8 - 1        5 pts

The work is sedentary.  It occasionally requires the carrying of light office equipment and materials.

Factor 9.  Work Environment                       Level 9 - 1        5 pts

The work is primarily conducted in a typical office environment.

Economic Research Service
Information Services Division
Office of the Director
Program / Management Analyst (Web Project Coordinator), GS-0343-12

Position No. _____

I.     INTRODUCTION

The Economic Research Service (ERS) conducts broad programs of economic and other social science research and analysis relating to agriculture, food, natural resources, and rural America for use by public and private decision makers. ERS' clients are the executive and legislative branches; environmental, consumer and public interest groups, including farm and industry groups; and the general public.

The Information Services Division provides technical leadership, guidance, training, coordination, and other assistance in computing, editing, and disseminating information in support of the economic research and analysis mission of ERS.

This position is located in the Office of the Director (OD) which has responsibility for coordinating and managing the functions and services performed by the Division and providing administrative, management, and clerical support for the branches. This position is subject to the provisions of the Fair Labor Standards Act (FLSA).

The incumbent serves as an Agency specialist and project manager for web product development and in this capacity coordinates efforts closely with the Web Manager and Web Editor-in-Chief. The incumbent plans, organizes, and leads projects that involve high-level policy and program impacts, and require highly sophisticated web development and design processes to meet changing customer needs by effectively communicating agency research.

II.    DUTIES AND RESPONSIBILITIES

1.     Specialist on web product development and web project management for the Division team that is responsible for development and maintenance of the ERS Web site, extranets and employee intranet. This includes a high degree of coordination with program division managers and staff to facilitate effective utilization of utilization of electronic methodologies, including the ERS Web site, in a manner that meets the Agency's strategic objectives for information and data dissemination.

2.     Serves as a web project manager, and in this capacity plans, directs, and coordinates work of the interdisciplinary teams assigned to web projects to ensure that objectives are met and a high degree of effectiveness is maintained. Assists in determining appropriate assignments, setting priorities, monitoring progress, and reporting on progress in meeting established milestones and deadlines.

3.     Independently researches and evaluates new and emerging methods for web product development and web project management. Assesses these methods with respect to their suitability for: (a) communicating the Agency's research outputs; (b) leveraging use of ERS materials; (c) potential costs and benefits; and (d) adaptability to Agency requirements.

4.     Consults with the ERS Web Team and the division management team to identify ERS priorities for web product development and opportunities to improve the Agency's performance of this function. Uses this information to develop new or improved methods, prepares and presents concept and strategy papers and/or presentations, trains Agency staff as needed, and demonstrates and communicates the effectiveness of selected methods in meeting agency goals.

Factor 7.  Purpose of Contacts                              Level 7 - 3         120 pts

Contacts are to present requirements, gather and obtain information, and identify and resolve problems.  Considerable tact and diplomacy are required in convincing and securing cooperation of parties that may have different points of view.

Factor 8.  Physical Demands                                Level 8 - 1         5 pts

The work is sedentary.  It occasionally requires the carrying of light office equipment and materials.

Factor 9.  Work Environment                                Level 9 - 1         5 pts

The work is primarily conducted in a typical office environment.

4

*List of Complainant's meeting from*
*Lotus Notes*

| | Meeting Time | Subject |
|---|---|---|
| | 01/25/2006 11:00 AM | Queen Carolina's Going-Away Lunch at the District Chop House [Chair: Judine Slaughter] |
| | 01/30/2006 09:00 AM | Re: Fw: Section 508 Awareness Sessions [Chair: Judine Slaughter] |
| | 02/01/2006 08:00 AM | TWO Mentor Program -- Presentation Skills -- 5ABC Owner: Judine Slaughter |
| | 02/02/2006 01:00 PM | Fw: Federal Register publication - RIN 2120-AI72 Owner: Judine Slaughter |
| | 02/06/2006 11:30 AM | Accepted: Jundine Lunch [Chair: Patricia Swenor] |
| | 02/07/2006 10:30 AM | Membership Meeting [Chair: Judine Slaughter] |
| | 02/07/2006 01:00 PM | Notice of a reception for Carolina Forrester [Chair: Judine Slaughter] |
| | 02/07/2006 02:00 PM | Fw: Federal Register publication information Owner: Judine Slaughter |
| | 02/09/2006 02:00 PM | Delegation of duties  [Chair: Judine Slaughter] |
| | 02/10/2006 04:59 PM | Out Of Office Owner: |
| | 02/13/2006 09:00 AM | Leadership Skills for Non-Supervisors -- USDA Owner: Judine Slaughter |
| | 02/13/2006 11:30 AM | TWO Workshop 8ABC -- Lunch and Learn with EAP [Chair: Judine Slaughter] |
| | 02/15/2006 09:00 AM | NARA Training Owner: Judine Slaughter |
| | 02/15/2006 02:00 PM | Confirmation of Live Event Registration [Chair: Judine Slaughter] |
| | 02/27/2006 02:00 PM | TWO Meeting with Rita E-C -- IDP  [Chair: Judine Slaughter] |
| | 02/28/2006 08:00 AM | check with Charlene about ISN contract number Owner: Judine Slaughter |
| | 02/28/2006 12:00 PM | Judine Slaughter is out of the office. [Chair: Judine Slaughter] |
| | 03/01/2006 12:00 PM | Stress Reliever -- 5 AB [Chair: Judine Slaughter] |
| | 03/03/2006 09:00 AM | What sounds like an excellent (free) training opportunity [Chair: Judine Slaughter] |
| | 03/07/2006 12:00 PM | Membership Meeting -- 8A [Chair: Judine Slaughter] |
| | 03/08/2006 01:45 PM | Introductions Owner: Judine Slaughter |
| | 03/09/2006 02:00 PM | FYI ... Staff Meeting Change for Next Week! [Chair: Judine Slaughter] |
| | 03/10/2006 10:00 AM | Fw: PAR-05-007 - DMS process -- Team room B [Chair: Judine Slaughter] |
| | 03/13/2006 11:00 AM | Accepted: [Chair: Patricia Swenor] |
| | 03/13/2006 01:00 PM | Lunch Owner: Judine Slaughter |
| | 03/13/2006 04:30 PM | Conversation with Tony [Chair: Judine Slaughter] |
| | 03/14/2006 12:00 PM | Jr. Achievement Tuesday March 14 @ 11am in FAA MacCracken Room 1010 [Chair: Judine Slaughter] |
| | 03/14/2006 12:00 PM | TODAY, MARCH 14, JUNIOR ACHIEVEMENT FUNCTION - PLEASE READ BELOW [Chair: Judine Slaughter] |
| | 03/15/2006 09:30 AM | Web Content Mtg Owner: Judine Slaughter |
| | 03/15/2006 10:00 AM | Our Field Trip to the Command March 15, 2006 [Chair: Judine Slaughter] |
| | 03/16/2006 11:30 AM | ALL HANDS MEETING [Chair: Judine Slaughter] |
| | 03/16/2006 01:30 PM | Operating Limitations at Chicago O'Hare International Airport Owner: Judine Slaughter |
| | 03/21/2006 12:15 PM | AFS meeting in room 833 to explain 14 CFR Sharepoint Site [Chair: Judine Slaughter] |
| | 03/21/2006 01:00 PM | my Aunt Patsy tribute speech... [Chair: Judine Slaughter] |
| | 03/21/2006 02:00 PM | Fw: Extension of comment periods documents to the Federal Register.  Owner: Judine Slaughter |
| | 03/21/2006 02:00 PM | Fw: Notice "Aviation Rulemaking Advisory Committee; Transport Airplane and Engine Issue Area - New Task" Owner: Judine Slaughter |
| | 03/22/2006 09:00 AM | TWO Mentor Program -- Myers Briggs Type -- 2AB [Chair: Judine Slaughter] |
| | 03/30/2006 09:00 AM | Junior Achievement (JA) in a Day at Clermont Elementary School [Chair: Judine Slaughter] |
| | 03/31/2006 11:00 AM | Fw: NPRM "Experimental Permits for Reusable Suborbital Rockets" RIN 2120-AI56 Owner: Judine Slaughter |

**FILED**

DEC - 7 2007

NANCY MAYER WHITTINGTON, CLEI
U.S. DISTRICT COURT

*Attachment F*

| | Meeting Time | Subject |
|---|---|---|
| | 03/31/2006 01:00 PM | Fw: NPRM "Experimental Permits for Reusable Suborbital Rockets" RIN 2120-AI56 Owner: Judine Slaughter |
| | 03/31/2006 01:15 PM | Fw: Notice of Order "Operating Limitations at Chicago O'Hare Intl Airport" and final rule, extension of expiration date "Reservation System for Unscheduled Arrivals at Chicago's |
| | 04/03/2006 09:00 AM | Fw: Notice "Reduction of Fuel Tank Flammability in TCA's" RIN 2120-AI23 Owner: Judine Slaughter |
| | 04/03/2006 09:00 AM | Fw: Notice " Membership in the National Parks Overflight Advisory Group Aviation Rulemaking Committee" Owner: Judine Slaughter |
| | 04/03/2006 10:00 AM | Fw: NPRM, "Fire Penetration Resistance of Thermal Acoustic Insulation Installed on TCA's" RIN 2120-AI75 Owner: Judine Slaughter |
| | 04/04/2006 10:00 AM | EEO COUNSELOR'S MEETING [Chair: Judine Slaughter] |
| | 04/04/2006 10:30 AM | ALL HANDS MEETING [Chair: Judine Slaughter] |
| | 04/04/2006 12:00 PM | ARM-20 Staff Meeting at Jaleo [Chair: Judine Slaughter] |
| | 04/05/2006 08:00 AM | Fw: final rule, delay of compliance date "Antidrug and Alcohol Misuse Prevision Programs for Personnel Engaged in Specified Aviation Activities" Owner: Judine Slaughter |
| | 04/06/2006 08:00 AM | AVS Journey to Excellence Registration Notification [Chair: Judine Slaughter] |
| | 04/11/2006 08:00 AM | Final rule "Safety Standards for Flight Guidance Systems" RIN 2120-AI41 Owner: Judine Slaughter |
| | 04/11/2006 10:00 AM | Belinda Bender - Honoree for 29th EEO Award Ceremony Owner: Judine Slaughter |
| | 04/11/2006 10:00 AM | Fw: 29th Annual Administrator's Awards for Excellence in EEO Owner: Judine Slaughter |
| | 04/12/2006 10:30 AM | Accepted: Mid-year Discussion [Chair: Eve Adams] |
| | 04/13/2006 09:00 AM | Accepted: Mentor program Telcon to discuss May Derby [Chair: Patricia Swenor] |
| | 04/13/2006 12:00 PM | FACF Communion Service -- 3rd floor auditorium [Chair: Judine Slaughter] |
| | 04/18/2006 12:00 PM | Lunch and Learn -- 8B -- Smart Women Finish Rich Owner: Judine Slaughter |
| | 04/18/2006 01:30 PM | Accepted: Designation List/RMS Discussion [Chair: Eve Adams] |
| | 04/19/2006 12:00 PM | Lunch and Learn -- Nassif 4438 -- Eight Steps to Auto buying Owner: Judine Slaughter |
| | 04/19/2006 12:00 PM | KM Conference at Ronald Reagan Center Owner: Judine Slaughter |
| | 04/21/2006 12:00 PM | Fw: NPRM "Damage Tolerance Data for Repairs and Alterations" and Proposed AC, RIN 2120-AI32 Owner: Judine Slaughter |
| | 04/25/2006 12:00 PM | TWO Workshop -- Goals & Dreams -- Room 5A [Chair: Judine Slaughter] |
| | 04/25/2006 02:00 PM | RightNow user group meeting change [Chair: Judine Slaughter] |
| | 04/26/2006 02:00 PM | ARM Staff Meeting Change for this week... [Chair: Judine Slaughter] |
| | 04/27/2006 10:30 AM | Re: Fw: Internet Report Updates Owner: Judine Slaughter |
| | 04/27/2006 10:30 AM | Re: Internet Report Updates Owner: Judine Slaughter |
| | 04/27/2006 12:45 PM | Meet Sarah in the lobby Owner: Judine Slaughter |
| | 04/27/2006 01:00 PM | March and April Birthday Celebration [Chair: Judine Slaughter] |

Judine Slaughter's unofficial time line for discriminatory events**

- June 2000: Judine Slaughter accepted position as full-time temporary Transportation Regulations Assistant, FG-0303-7.  Position not to exceed two years; expiration June 2002.  Under ARM-1, her performance expectations are:
  - Demonstrate effective administrative skills.  This includes, preparing exemption response letters as requested by analysts.  She is never given this assignment.
  - Office Files/Administrative Support.  This includes, maintaining regulatory archives.  She performs this permanent assignment.
  - Automation.  This includes placing documents on the web, and acting as ARM webpage liason.  She performs this permanent assignment.
- Jan 2001: Denise Emrick hired as secretary for ARM-100.
- Jan/2001 ~ Jul/2001:  Serve as ARM representative on FAA web redesign team.
- Aug/2002 ~ present: Attend AVR Web Team meetings with Joel Wilcox, Steven Nichols, Caprice Brown, Roberta Katson and Gerhardt ???.
- April 2001: Ms. Slaughter received cash award for automation support.
- April 2001: Ms Slaughter's performance expectations are*:
  - Demonstrate effective administrative skills.  This includes, preparing exemption response letters as requested by analysts.  She is never given this assignment.
  - Office Files/Administrative Support.  This includes, maintaining regulatory archives.  She performs this permanent assignment.
  - Automation.  This includes placing documents on the web, and acting as ARM webpage liason.  She performs this permanent assignment.
- July 2001: Announcement for Program Support Specialist, FG-0301-9, full-time temporary.  Position not to exceed 13 months.  Ms. Slaughter applied, however she did not qualify.
- July 2001: Attend Section 508 Training.
- July 2001: Attend ARM Plain Language Training.
- August 2001 ~ present: Serve as Freedom of Information Act specialist.
- August 2001 ~ present: Ms Slaughter serves as IRMIS Administrator.  Ms Trembley and Gerri Robinson also serve in this role.
- August 2001: Attend Section 508 Point of Contact Meeting.
- Aug 2001: Ms. Slaughter received cash award for assisting with Steering Committee meeting.
- Sept ~ Oct 2001: Announcement for permanent Transportation Regulations Assistant, FG-0303-7, for AVS employees only.  Ms. Slaughter unable to qualify because she is a temporary employee.
- Aug ~ Sept 2001: Ms Emrick begins to prepare exemption response letters as requested by analysts.
- Sept 2001: Attend Regulatory Course.
- Sept/2001 ~ 10/2004: Serve as Automated Exemption System (AES) Administrator.  This includes working with contractor on AES requirements and any updates.  May 2006, Nancy Trembley assigned as AES Administrator.

F'

FILED

DEC - 7 2007

NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

- Oct 2001: Ms. Emrick accepted full-time permanent position as Transportation Regulations Assistant. One of her performance expectations is:
  - Prepare exemption response letters as requested by analysts. She is given this assignment. This prepares her for a Transportation Regulations Analyst position.
- Oct/2001 ~ present: Serve as ARM rep on AVS web team.
- Dec/2001 ~ Feb 2002: Serve as ARMs CFC Cookbook team lead.
- April 2002: Ms. Slaughter position is reassigned to ARM-20.
- April 2002: Ms. Slaughter prepares IDP, which indicates her short-range goal is to obtain a permanent position. Ms. Florence Hamn signs the IDP.
- May 2002: ARM extended Ms. Slaughter's full time temporary position for three more years; expiration June 2005. A few of her performance expectations are*:
  - Demonstrate effective administrative skills. This includes, preparing exemption response letters as requested by analysts. She is never given this assignment.
  - Office Files/Administrative Support. This includes, maintaining regulatory archives. She performs this permanent assignment.
  - Automation. This includes placing documents on the web, and acting as ARM webpage liasion. She performs this permanent assignment.
- Sept ~ Nov 2002: ARM announced full-time permanent Transportation Regulations Analyst position. Ms Slaughter bids on the announcement, and places on the certification list. Ms Emrick chosen for this position.
- Oct 2002: Attend Federal Register liaisons meeting.
- Oct/2002 ~ Jan/2003: Serve as ARMs CFC Cookbook Project manager.
- Nov 2002: Attend Writing for Web training.
- Nov 2002: Attend ARAC meeting with Tony and Gerri.
- Dec 2002: Ms Slaughter receives her Bachelor's of Science in Organizational Management.
- Jan 2003: Begin TWO mentor program as mentee.
- Jan/2003 ~ Oct/2005: Serve as ARM web developer.
- Jan ~ Feb 2003: ARM announced full-time permanent Transportation Regulations Analyst position. Ms Slaughter did not bid on this announcement.
- March 2003: Ms Slaughter competed for the temporary full-time Program Support Specialist position, FG-0301-9; position not to exceed 2 years. This position description is similar to her current functions. She asks Florence Hamn, Manager of the Program Analysis staff, why this position is not permanent. Ms Florence replied the duties are permanent, but Ms Slaughter would remain temporary.
- Apr 2003: ARM hires John Chescavage and Tim Adams as full-time permanent Transportation Regulations Analysts.
- April 2003: Ms Slaughter accepted the temporary full-time Program Support Specialist position, FG-0301-9; position not to exceed 2 years. Her performance expectations are*:
  - Regulatory Administrative Support. This includes
    - Demonstrating the ability to write clearly and to organize material so that it is logical and understandable.

- Serving as the ARM liaison to the Department of Transportation's Rulemaking Management System.
  - o Automation issues and the Web
    - Establishes and monitors the official Office of Rulemaking website, registers, history files, and/or records.
    - Serving as ARM web content liaison.
    - Researching for new technology or innovative methods for improving office automation.
  - o Office files
    - Ensures that the office files and archives are properly maintained.
    - Organizes electronic files as requested.
  - o Research and Reports
    - Researches, gathers, assembles, analyzes and consolidates information and response to public inquires.
    - Conducts research in support of staff and managers, and makes appropriate recommendations.
- April 2003: AHR specialist informed ARM of a problem with a previous personnel action.
- April ~ August 2003: Serve on ARAC Clean-up Meeting and Web Usability Team.
- June 2003: Ms. Slaughter requests a permanent position from Tony Fazio. He asks if she "knows how to write?" She replies that she has written a book "Clear Skinned." He remarks that it is formatted nicely, but does not acknowledge her writing skills, although this is one of her performance expectations.
- June 2003: Ms Slaughter attends RMS training.
- June 2003: Ms. Slaughter requests and is granted a part-time position.
- August 2003: ARM hires Caren Waddell, John Linsenmeyer, and Jim Crotty as full-time permanent Transportation Anaysts.
- August 2003: Ida Klepper asks Ms Slaughter to return as full-time, and requests AHR to convert Ms Slaughter's position as permanent.
- Attend Answering Frequently Asked Questions Training for AVS web team.
- Oct 2003 ~ Dec 2005: Scanning project; Members Carolina, Judine, and Sue
- Nov 2003: Nancy Trembley presents IRMIS 3.0.
- Dec/2003 ~ Feb/2004: Ms Slaughter serves as ARM web support for on-line pubic forum. Ms Trembley served as ARM web support for first 2 on-line public forums in 2002.
- Feb 2004: Ms Slaughter's position is converted to full-time permanent. Appointment is subject to completion of 1-year trial period.
- Feb 2004: Attend RMS and 60-day (designation) list meeting with Carolina and Joan. When Joan goes on a detail in June 2006, she recommends Caren Waddell to take over 60-day (designation) list duties.
- March 2004: AHR specialist informed ARM that the April 2003 issue is resolved.
- March 2004: Attend Web Based Applications training.
- March 2004: Attend "Right Now" training for FAA Frequently Asked Questions.
- April 2004: Attend RMS training.
- May/2004 ~ July/2004: Testing for Hummingbirds DM with NDI contractors.

- May 2004: Mr Boyd reviewed the Electronic Records Management Software Applications (RMA) Requirement. This is a document Ms Slaughter edited using plain language techniques. Mr Boyd left a message on my voice mail saying, "His blood pressure started to rise, and he had to stop reading after the second paragraph. It also increased his stress levels." When Ms Slaughter told him she forwarded his voice message to Florence Hamn, he immediately calmed down to say I (Judine) was the only one who was supposed to hear the message. Then he apologized by admitting maybe he was too harsh in his comments. He then gave good advice to improve the document. (I mention this as an example of how my peers felt it was okay to discriminate against me, because they saw Mr Fazio do the same thing.)
- June 2004: Gave Florence Hamn documents supporting grade increase.
- June/2004 ~ Dec/2004: Attend ARM Automation meetings with Carolina, Doug, Todd Keller, and Nancy Trembley. These include RMS/IRMIS connectivity.
- June 2004: In a web content meeting, Joel Wilcox casually joked "Judine, you slut," When we talked about how the customers reply back with my name in their email from the Frequently Asked Questions. She did not say anything during the meeting, because she really didn't know what to say. Ms Slaughter was hoping noone else heard it. She went to talk to Joel, at his desk, about what he said. He told me that it was "in jest" and he didn't think of me that way. He called me at the office on his cell phone to reference the incidence to Saturday Night Live with Dan Akrod and Jane Curtain where Dan says "Jane, you slut." This reminded him of how Judine and Jane both start with a J. Ms Slaughter knows Roberta Katson heard the remark, because she talked to her about it also. (I mention this as an example of how my peers felt it was okay to discriminate against me, because they saw Mr Fazio do the same thing.)
- July 2004: Ms Slaughter's performance expectations are*:
  - ○ Facilitation/Communication (Core objectives for office)
  - ○ Writing (Core objectives for office)
  - ○ Program Management (Core objectives for office)
  - ○ Individual expectations
    - ▪ Revise and issue ARMs Rulemaking Handbook by March 04.
    - ▪ Update DOTs Rulemaking Management System (RMS) monthly.
    - ▪ Serve as ARMs Web Content manager on a daily basis.
    - ▪ Respond to Broad Daylight generated questions within five days.
    - ▪ Provide administrative support to the scan to electronic media project by Sept 04.
    - ▪ Serve as the AFSCME Representative for the AVR Helpdesk Committee through Dec 03.
- August 2004: Ms Hamn made me aware of a Management and Program Analyst, GS-11 job announcement within the Office of Rulemaking, because this position was similar to my tasks. Ms Slaughter asked why it did not have a ladder. She gave no response. Ms Slaughter applied and was converted in October 2004. The HR specialist said it had been approved one month ago; she didn't know what took them so long to give the documents to her. Ms Hamn then accepted a job outside the agency. My SF50 has the title of Program Analyst. Ms Slaughter asked Ms.

Trembley, my acting manager the in Nov 2004, why the Management part of the title was truncated. This issue was never resolved.

- Oct 2004: Attend ISO Committee Manual meeting.
- Oct 2004: Attend Aerospace Safety Information Management Mtg with Tony Fazio, Patrick Murphy, Janice Duskin, Nancy Trembley, Fred Sapp, and Allen ??? (I represent RMS contact.)
- Oct 2004: Trained 4 secretaries on AES.
- Nov 2004: Ms Slaughter talks to Mr. Fazio about AVS Web Lead, Randy Carter, giving her development duties to the contractor. At this time, ARM would be the only office in AVS without a web developer. As a result, Ms Slaughter suggests giving her web duties to Pat Boyd, since he is a GS-14, which will be similar to the other web team member's salary. Mr. Fazio thanks Ms Slaughter for performing the "menial work" in the office, and says the conversation is really about salary. Ms Slaughter told him she did not visit for that purpose, but let's discuss it. He says, he considers the web content mgr position administrative. And he again asks me, "Do you know how to write?" Ms Slaughter explained that she worked with Mr Boyd to revise the Rulemaking Manual. The contractor begins to perform the development work, and he is promoted to a full-time permanent government employee in June 2006.
- Dec 2004: Ms Slaughter nominates herself for an award because of the work she had done with the Electronic Document Requirements. Annetta Cheek cannot give me an award, but suggests she become a Plain Language Instructor.
- Dec 2004: Ms Trembley gives Ms Slaughter a new assignment to write a final rule. Ms Slaughter exclaims, "Write the rule?" This is because the ARM analysts generally edit the content; the Office of Primary Responsibility writes the rules. When Ms Slaughter stops by to say hello to Mr. Fazio, he asks if she got her new writing task. The rule is published in Feb 2005 with Ms Slaughter as the Point of Contact. Ms Slaughter is never given any recognition, as this is the first time an analyst in ARM is listed as the POC. This is also her first rule.
- Feb 2005: Attend Web Services workshop.
- Feb 2005: Attend ARM/AGC/APO meeting for ARM staff analysts.
- April 2005: Attend EEO counselors training.
- May 2005: Performance evaluation with Mr Fazio and Eve Adams. Ms Trembley was unofficially the acting manager from October 2004 thru April 2005.
- Oct 2005: Ms Slaughter's end of year performance evaluation with Ms Adams. Ms Slaughter requests a promotion. Ms Adams tells her she has to wait until next year. Ms Slaughter requests a desk audit. Ms Adams signs Ms Slaughter's evaluation that she is comfortable with the level of work that Ms Slaughter performs is at a GS-11.
- Jan 2006: Agnes Brooks gives the desk audit. The audit returns that Ms Slaughter is a high GS-11.
- Mar 2006: Mr Boyd recommends Ms Slaughter to take his place on the ARM Template team, because she has worked with him on the templates and the rulemaking manual. (Ms Slaughter gives kudos to Mr Boyd for this action.)
- April 2006: Ms Slaughter develops and implements the eAmendments Sharepoint Site. This site is of tremendous value to the AVS community because it has the rule preambles in electronic format, which were only available in hardcopy. This site has

been instrumental for Hop Potter and others, because they can readily access the background of previous rule amendments. I presented the site to AFS-200 and the at an ARM All Hands meeting.

- May 2006: Ms Trembley announces at a staff meeting that she will be taking care of AES, because there were so many mistakes. Then in June 2006 in a staff meeting, she mentions that she is working with AES, and there are so many mistakes in IRMIS.

- May 2006: Noreen Hannigan, who mentored Ms Slaughter on the first rule, gives a good report to Ms Adams a good report on Ms Slaughter's performance.

- May 2006: Joan Allen mentions in a staff meeting that she is going on detail, and Caren Waddell will take over her designation list duties.

- June 2006: Ms Slaughter learns that Tim Adams is the POC on a new rule. Ms Slaughter feels as if management will use this opportunity for Mr Adams so he can get a promotion to a GS-13.

- June 15, 2006: Mr Fazio is aware of the EEO complaint. Ms Slaughter had scheduled a web meeting to discuss ARAC web documents. After Mr Fazio met with Ms Adams about the EEO complaint, he cancelled the web meeting. Ms Slaughter feels Mr Fazio is angry about the EEO compliant. Ms Slaughter wants Mr Fazio to know that the EEO compliant is strictly business – nothing personal.

*Performance Evaluations are available upon request.

**My Daytimer notes are available upon request.

Attachment K

Date: June 12, 2006

Aggrevied:    Judine Slaughter
              6104 Osborn Road
              Cheverly, MD 20785

Management Official:    Tony Fazio
                        800 Independence Ave, Suite 810
                        Washington, DC 20591

About:  Alleged discrimination against race

Since I was hired in the Office of Rulemaking, I feel Tony Fazio has discriminated against me because of my race.  I've listed the areas of alleged discrimination in the following ways:

- I remained a temporary employee for 4 years, while I performed permanent tasks. See #s 3, 4, 5, 7, 8, 9, 12 of Performance Expectation Chart (the Chart)
- I worked side-by-side with my white peers while they received a higher salary for the same tasks.  See #s 1, 2, 3, 4, 8, 9 of the Chart.
- I worked as a team lead with my white peers while they received a higher salary for the same tasks.  See #s 3, 4, 10 of the Chart.
- I have been given the opportunity for promotion, or I have the equivalent or more training, however task was assigned to my white peers. See #s 4, 5, 7, 12, 13 of the Chart.
- I have performed the tasks as my white peers, and then the job is not available for promotion when I only have the task.  See #s 1, 10 of the Chart.

I feel the alleged discrimination has affected the way my white peers treat me.  Although I may have performed as a backup for a task, they have recommended another white peer to fill in for the task while they were away on leave or a detail.  I receive cash awards, while my peers receive promotions.  I have not been adversely reprimanded because of my performance in my annual evaluations.

How I have been discriminated outside of job performance:

- I've been denied 9 days sick leave to take care of a parent, while my peers were afforded the opportunity to take 3 weeks sick leave to help a parent.

FILED

DEC - 7 2007

NANCY MAYER WHITTINGTON, CLER
U.S. DISTRICT COURT

07-2201

Attachment K

Performance Expectation Chart

| | Judine Slaughter GS-7/9/11 | Nancy Trembley GS-13/14 | Gerri Robinson GS-13 | Joan Allen GS-11/12/13 | Pat Boyd GS-14 | Steven Nichols (contractor)/??? |
|---|---|---|---|---|---|---|
| 1. DOT Automation | RMS[1] & ROCIS 05/03 thru present | RMS 2002 thru 06/03 | n/a | RMS & ROCIS 05/03 thru 06/03 | n/a | n/a |
| 2. Rulemaking[2] | 05/03 thru 05/04 POC 02/05 | n/a | n/a | Always POC never | Always POC never | n/a |
| 3. Web Content[7] | Internet/Intranet 06/01 thru present and Public forum 2003 | Dashboard ??? thru present | 12/00 thru present | n/a | n/a | n/a |
| 4. Web Development | Primary Internet/Intranet 10/03 thru 11/05 - Secondary 11/05 thru present - Sharepoint 2006 | 2002 public online forums | n/a | n/a | n/a | Primary Internet/Intranet 01/03 thur 01/04 Secondary 01/04 thru 11/05 Primary 11/05 thur present[4] |
| 5. Exemptions/ AES[3] | 09/01 thru 05/06 | 05/06 thru present | n/a | n/a | n/a | n/a |
| 6. CyberDocs/DM | 05/04 thru 12/04 | 05/06 thru present | n/a | n/a | n/a | n/a |
| 7. Rulemaking Manual | 03/03 thru 04/04 | 01/02 thru 03/03 04/04 thru present | n/a | n/a | 03/03 thru 04/04 | n/a |
| 8. Federal Register[5] | Certifying Officer 08/02 thur 02/05 | Certifying Officer 02/05 thru present | n/a | FR liaison 05/03 – 06/06 | n/a | n/a |
| 9. ARAC/Steering Committee | 08/01 thru present | ??? thru present | 11/00 thru present | n/a | n/a | n/a |
| 10. Scanning | Team Lead 06/04 thru present COTR 11/04 to 07/05 | n/a | n/a | n/a | n/a | n/a |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11. Plain Language Instructor | 06/04 thru 04/05 | n/a | n/a | n/a | Always | n/a |
| 12. Designation List[6] | Support Staff 02/04 thru 06/06 | n/a | n/a | Team Lead 02/04 thru 06/06 | n/a | n/a |
| 13. IRMIS | Administrator 08/01 – present | Administrator ??? - present | Administrator ??? - present | | | |

[1] NDI contract support -- 2002 thru 05/03; Rhonda Underwood serve as backup -- RMS 06/06
[2] Tim Adams -- POC rulemaking 06/06
[3] Denise Emrick exemption support 10/01 thur 2002
[4] Steve Nichols promoted to full-time government employee -- 06/06
[5] Tim Adams FR -- 02/05 thur present
[6] Caren Waddell Designation List and ROCIS in ARM -- 06/06
[7] All the other AVS Web Content team members are GS-15.

## Training

- 2001 – Section 508 Training.
- 2001 – ARM Plain Language Training.
- 2001 – Section 508 Point of Contact Meeting.
- 2001 – Regulatory Course.
- 2001 – Getting Through the Paper Screen
- 2002 – Federal Register liaisons meeting.
- 2002 – Writing for Web training.
- 2002 – Complete Competent Toastmasters Certificate from FAA Speechmasters
- 2003 -- Section 508 Web-Based Internet and Intranet Information and Application Course
- 2003 – History and Application of Section 508
- 2003 – Document Management and Automation for the Federal Enterprise Training
- 2003 – Writing Letters That Work
- 2003 – RMS training.
- 2003 – Complete TWO Mentor program
- 2003 -- Fast Track to Dreamweaver

- 2003 -- Answering Frequently Asked Questions Training for AVS web team.
- 2004 – Web Based Applications training.
- 2004 – RMS training.
- 2004 – Security Awareness Virtual Initiative Training
- 2004 – Team Building Workshop
- 2004 – Systems Thinking Course
- 2004 – Document Management and Automation Training
- 2004 – Plain Language Workshop for Web Content Mgrs.
- 2004 – Writing for the Web
- 2004 – Facilitator Workshop
- 2005 – Web Services workshop.
- 2005 – Document Management and Enterprise Content Management Training
- 2005 – Building Better Work Relationships
- 2005 – Attend EEO counselors training.
- 2006 -- Document Management and Automation for the Government Enterprise Training
- 2006 – Leadership Skills for Non-supervisors
- 2006 – Developing a Strategic Plan for Your Website

## DEPARTMENT OF TRANSPORTATION

### Federal Aviation Administration

**14 CFR Part 93**

**[Docket No. FAA–2005–21249; Amendment No. 93–84]**

**RIN 2120–AI58**

### Definition of Commuter Aircraft at Ronald Reagan Washington National Airport

**AGENCY:** Federal Aviation Administration, DOT.

**ACTION:** Final rule.

**SUMMARY:** The Federal Aviation Administration (FAA) is amending the regulations for aircraft permitted to operate in commuter slots at Ronald Reagan Washington National Airport (DCA). This change is necessary to conform the regulations to amendments set forth in the Vision 100—Century of Aviation Reauthorization Act of 2003 (Vision 100) Section 426, which increases the maximum seating capacity for aircraft used in commuter slots at DCA.

**DATES:** This final rule is effective May 19, 2005.

**FOR FURTHER INFORMATION CONTACT:** Judine Slaughter, Federal Aviation Administration, Office of Rulemaking, 800 Independence Avenue, SW., Washington, DC 20591; telephone (202) 493–4698; e-mail *judine.slaughter@faa.gov.*

**SUPPLEMENTARY INFORMATION:**

### Availability of Final Rule

You can get an electronic copy using the Internet by:

(1) Searching the Department of Transportation's electronic Docket Management System (DMS) Web page (*http://dms.dot.gov/search*);

(2) Visiting the Office of Rulemaking's Web page at *http://www.faa.gov/avr/arm/index.cfm*; or

(3) Accessing the Government Printing Office's Web page at *http://www.gpoaccess.gov/fr/index.html.*

You can also get a copy by sending a request to the Federal Aviation Administration, Office of Rulemaking, ARM–1, 800 Independence Avenue, SW., Washington, DC 20591, or by calling (202) 267–9680. Make sure to identify the docket number, notice number, or amendment number of this rulemaking.

### Small Business Regulatory Enforcement Fairness Act

The Small Business Regulatory Enforcement Fairness Act (SBREFA) of 1996 requires FAA to comply with small entity requests for information or advice about compliance with statutes and regulations within its jurisdiction. Therefore, any small entity that has a question regarding this document may contact their local FAA official, or the person listed under **FOR FURTHER INFORMATION CONTACT.** You can find out more about SBREFA on the Internet at our site, *http://www.faa.gov/avr/arm/sbrefa.cfm.*

### Authority for This Rulemaking

The FAA's authority to issue rules regarding aviation safety is found in Title 49 of the United States Code. Subtitle I, Section 106 describes the authority of the FAA Administrator. Subtitle VII, Aviation Programs, describes in more detail the scope of the agency's authority.

The FAA publishes this rulemaking under the authority described in Subtitle VII, Part 93, Subpart K, Section 93.123—High Density Traffic Airports. Under that section, the FAA designates high-density traffic airports and air traffic rules for operating aircraft, other than helicopters, to or from those airports. This regulation is within the scope of that authority.

### Background

The FAA published the High Density Traffic Airports Rule, 14 CFR part 93, subpart K, in 1968 to reduce delays at five congested airports: JFK International Airport, LaGuardia Airport, O'Hare International Airport, Ronald Reagan National Airport, and Newark International Airport (33 FR 17896; December 3, 1968).

On December 12, 2003, the president signed Vision 100—Century of Aviation Reauthorization Act, Public Law 108–176 (Vision 100). Section 426 of Vision 100 amended 49 U.S.C 41718 by adding:

(f) Commuter Defined.—For purposes of aircraft operations at Ronald Reagan Washington National Airport under subpart K of part 93 of title 14, Code of Federal Regulations, the term 'commuters' means aircraft operations using aircraft having a certificated maximum seating capacity of 76 or less.''

This amendment to part 93 as a final rule incorporates changes mandated by the Vision 100 legislation.

### Discussion of the Amendment

Ronald Reagan National (DCA) is designated as a high-density traffic airport in 14 CFR 93.123(a). The number of slots allocated to the commuter category, as used in paragraph (a) of this section, refers to the number of operations conducted by aircraft with:

- Turboprop aircraft having a certificated maximum passenger seating capacity of less than 75; or
- Turbojet aircraft having a certificated maximum passenger seating capacity of less than 56; or
- Any aircraft having a maximum payload capacity of less than 18,000 pounds, if used for cargo service in air transportation.

This rule amends § 93.123(c)(2), by removing the distinction at DCA between turbojet aircraft and turboprop aircraft. The amendment permits the operation of any aircraft in commuter slots that have a maximum passenger seating capacity of 76 or less. This amendment does not change the restrictions on maximum payload capacity for cargo operations using commuter slots at DCA or any other High Density Traffic Airports.

### Paperwork Reduction Act

There are no new requirements for information collection associated with this amendment.

### International Compatibility

In keeping with U.S. obligations under the Convention on International Civil Aviation, it is FAA policy to comply with International Civil Aviation Organization (ICAO) Standards and Recommended Practices to the maximum extent practicable. The FAA determined that there are no ICAO Standards and Recommended Practices that correspond to these proposed regulations.

### Good Cause for Immediate Adoption

Section 553(b)(3)(B) of the Administrative Procedures Act (APA) (5 U.S.C. Section 553(b)(3)(B)) authorizes agencies to dispense with certain notice procedures for rules when they find "good cause" to do so. Under this section, good cause exists if the notice and opportunities for comment are "impracticable, unnecessary, or contrary to the public interest."

The FAA finds that notice and public comment to this final rule are impracticable, unnecessary, and contrary to the public interest, because this final rule adopts a Congressional mandate.

### Regulatory Analyses

Executive Order 12866, Regulatory Planning and Review, directs the FAA to assess both the costs and benefits of a regulatory change. We do not propose or adopt a regulation unless we make a reasoned determination that the benefits of the intended regulation justify its costs. Our assessment of this rule indicates that its economic impact is

**FILED**

DEC – 7 2007

**NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

Attachment L

Case 1:07-cv-02201-JMF    Document 1-2    Filed 12/07/2007    Page 62 of 82

minimal. Since its costs and benefits do not make it a "significant regulatory action" as defined in the Order, we have not prepared a "regulatory impact analysis." Similarly, we have not prepared a "regulatory evaluation," which is the written cost/benefit analysis ordinarily required for all rulemaking proposals under the DOT Regulatory and Policies and Procedures. We do not need to do the latter analysis where the economic impact of a proposal is minimal.

## Regulatory Flexibility Act

The Regulatory Flexibility Act (RFA) of 1980, 5 U.S.C. 601–612, directs the FAA to fit regulatory requirements to the scale of the business, organizations, and governmental jurisdictions subject to the regulation. We determine whether a proposed or final action will have a "significant economic impact on a substantial number of small entities" as defined in the Act. If we find that the action will have a significant impact, we complete a "regulatory flexibility analysis."

This final rule increases the maximum seating capacity for aircraft operated in commuter slots at DCA. Its economic impact is minimal. Therefore, we certify that this action will not have a significant economic impact on a substantial number of small entities.

## Trade Impact Assessment

The Trade Agreements Act of 1979 prohibits Federal agencies from engaging in any standards or related activities that create unnecessary obstacles to the foreign commerce of the United States. Legitimate domestic objectives, such as safety, are not considered unnecessary obstacles. The statute also requires consideration of international standards and where appropriate, that they be the basis for U.S. standards. The FAA has assessed the potential effect of this rulemaking and has determined that it will not have any impact on international entities and thus has no international trade impact.

## Unfunded Mandates Assessment

The Unfunded Mandates Reform Act of 1995 (the Act), enacted as Public Law 104–4 on March 22, 1995, is intended, among other things, to curb the practice of imposing unfunded Federal mandates on State, local, and tribal governments. Title II of the Act requires each Federal agency to prepare a written statement assessing the effects of any Federal mandate in a proposed or final agency rule that may result in a $100 million or more expenditure (adjusted annually for inflation) in any one year by State, local, and tribal governments, in the aggregate, or by the private sector; such a mandate is deemed to be a "significant regulatory action."

This final rule does not contain such a mandate. Therefore, the requirements of Title II of the Unfunded Mandates Reform Act of 1995 do not apply.

## Executive Order 13132, Federalism

The FAA has analyzed this final rule under the principles and criteria of Executive Order 13132, Federalism. We determined that this action will not have a substantial direct effect on the States, or the relationship between the national Government and the States, or on the distribution of power and responsibilities among the various levels of government. Therefore, we determined that this final rule does not have federalism implications.

## Environmental Analysis

FAA Order 1050.1E identifies FAA actions that are categorically excluded from preparation of an environmental assessment or environmental impact statement under the National Environmental Policy Act in the absence of extraordinary circumstances. The FAA has determined this rulemaking action qualifies for the categorical exclusion identified in paragraph 312(f) and involves no extraordinary circumstances.

## Energy Impact

The energy impact of the notice has been assessed in accordance with the Energy Policy and Conservation Act (EPCA Pub. L. 94–163), as amended (42 U.S.C. 6362) and FAA Order 1053.1. It has been determined that the final rule is not a major regulatory action under the provisions of the EPCA.

## List of Subjects in 14 CFR Part 93

Air traffic control, Airports, Alaska Navigation (air), Reporting and recordkeeping.

## The Amendments

■ In consideration of the foregoing the Federal Aviation Administration amends chapter I of title 14 Code of Federal Regulations as follows:

## PART 93—SPECIAL AIR TRAFFIC RULES

■ 1. The authority citation for part 93 continues to read as follows:

**Authority:** 49 U.S.C. 106(g), 40103, 40106, 40109, 40113, 44502, 44514, 44701, 44719, 46301.

■ 2. Revise § 93.123(c)(2) to read as follows:

### § 93.123  High density traffic airports.

\*      \*      \*      \*      \*

(c) \* \* \*

(2) The number of operations allocated to scheduled commuters, as used in paragraph (a) of this section, refers to the number of operations conducted by air carriers with turboprop and reciprocating engine aircraft having a certificated maximum passenger seating capacity of less than 75 or by turbojet aircraft having a certificated maximum passenger seating capacity of less than 56, or if used for cargo service in air transportation, with any aircraft having a maximum payload capacity of less than 18,000 pounds. For purposes of aircraft operations at Ronald Reagan Washington National Airport, the term "commuters" means aircraft operations using aircraft having a certificated maximum seating capacity of 76 or less.

\*      \*      \*      \*      \*

Issued in Washington, DC, on May 11, 2005.

**Marion Blakey,**
*Administrator.*

[FR Doc. 05–9828 Filed 5–18–05; 8:45 am]

**BILLING CODE 4910–13–P**



# Project Plan

*Scanning Amendment Parts and Historical Project Folders*

U.S. Department of Transportation,
Federal Aviation Administration
Office of Rulemaking

November 2004

FILED

DEC - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment M

## Revision Sheet

| Release No. | Date | Revision Description |
|---|---|---|
| Rev. 0 | 11/29/04 | |
| | | |
| | | |
| | | |
| | | |
| | | |



| Project Plan Authorization Memorandum |
| --- |

I have carefully assessed the Project Plan for the Scanning Project. This document has been completed in accordance with the requirements of the Federal Aviation Administration.

Management Certification – Please check the appropriate statement.

_____    The document is accepted.

_____    The document is accepted pending the changes noted.

_____    The document is not accepted.

We fully accept the changes as needed improvements and authorize initiation of work to proceed. Based on our authority and judgment, the continued operation of this system is authorized.

_____          _____
Program Management Analyst                                       Date

_____          _____
Acting Manager, Program Analysis Staff                         Date

_____          _____
Director, Office of Rulemaking                                     Date

# Project Plan

# Table of Contents

| | | | |
|---|---|---|---|
| 1.0 | General Information | ......................... | 5 |
| | 1.1 Purpose, Scope, and Objectives | ......................... | 5 |
| | 1.2 System Overview | ......................... | 5 |
| | 1.3 Contacts | ......................... | 6 |
| | 1.4 Project References | ......................... | 6 |
| | 1.5 Relationship to Other Projects | ......................... | 6 |
| | 1.6 Organization Interfaces | ......................... | 6 |
| | 1.7 Acronyms and Abbreviations | ......................... | 7 |
| 2.0 | Planned Activities, Events, and Deliverables | ......................... | 8 |
| 3.0 | Resources | ......................... | 11 |
| | 3.1 Roles and Responsibilities | ......................... | 11 |
| | 3.2 Estimated Labor Hours | ......................... | 12 |
| | 3.3 Budget Conversion Costs | ......................... | 12 |

Appendixes

| | | |
|---|---|---|
| Appendix A – Project Schedule | ......................... | 13 |
| Appendix B – Lessons Learned Report Outline | ......................... | 14 |

# 1.0 GENERAL INFORMATION

## 1.1 Purpose, Scope, and Objectives

As part of the Federal Aviation Administration's (FAA) electronic government (E-Gov) initiative and the Government Paperwork Elimination Act (GPEA) of 1998, the Office of Rulemaking (ARM) has requirements for converting scanned paper documents to electronic format. Our vision to become a paperless office supports the Federal government's effort to reduce the burden of paperwork on the public.

These requirements provide conversion requirements for:

- Title 14 Code of Federal Regulation (CFR) Final rule amendment parts converted into embedded Portable Document File (PDF) and Hypertext Markup Language (HTML);
- Special Federal Aviation Regulations (SFARs) converted into embedded PDF and HTML;
- Historical Project files converted into embedded PDF.

ARM expects the project to be a 24-month, 2-phase development effort, which began September FY2003 and will have useful technology life of at least 5 years from September FY2005. The first phase involves scanning to electronic media the amendments parts; estimated completion by March 200. The second phase involves scanning to electronic media one cabinet of historical project files; estimated completion by September 2005. ARM has designed the project to achieve the following business objectives:

- Access amendment parts and historical project files electronically.
- Convert paper amendment part documents into Portable Document Format (PDF) and Hypertext Markup Language (HTML) for FAA employees and the public.
- Convert paper historical project folders into PDF for FAA employees and Freedom Of Information Act Requests (FOIA).
- Manage a CD-Rom library of all documents.

The scope of this project extends from the Scanning Statement of Work (SOW).

## 1.2 Project Overview

The Office of Rulemaking at FAA Headquarters is responsible for administering this scanning process. The Regulations and Certification's (AVR) line of business will give guidance for the integration of the finished documents into a data management software system. This system will be a major application

designed to support AVR's Electronic Records Management Software
Applications (RMA) Requirements.

## 1.3    *Contacts*

For more information, contact the following persons:
- Nancy Trembley, Project Manager
- Doug Priest, Development Computer Specialist
- Charlene Brown, Project Leader
- Judine Slaughter, Task Leader
- Sue Lender, Sr. Project Analyst
- Todd Keller, Electronic Data Processor

## 1.4    *Project References*

- Federal Acquision Streamling Act (FASA) of 1994
- Office of Federal Procurement Policy Act (OEPPA) of 1988
- Government Paperwork Elimination Act (GPEA) of 1998
- Office of Federal procurement Policy Act Amendment of 1988 (Public Law 100-679)
- HUD System Development Methodology (SDM)
- The current scanning Statement of Work (SOW)
- The current Electronic Records Management Software Applications (RMA) Requirements
- Procedure for Developing the Software Development Plan
- Procedure for Estimating the Size of the Project Software Work Products
- Procedure for Assessing the Project Critical Computer Resources
- Procedure for Deriving the Project Schedule
- Procedure for Revising the Software Development Plan
- Procedure for Reviewing External Project Commitments and Changes to Commitments with Senior Management
- Powerscript Coding Standards and Naming Conventions
(ARM has the option of developing the procedures.)

## 1.5    *Relationship to Other Projects*

The project will integrate with ARM's current electronic document management
system, Hummingbird's CyberDocs. AVR will determine if ARM will upgrade
to use Hummingbird's DM as an office or throughout the AVR line of business.

## 1.6    *Organization Interfaces*

The following organizations will perform the following activities to ensure the
successful development and deployment of the electronic documents:

- Office of Rulemaking (ARM)
- Office of Procurement and Contracts (OPC)
- ARM Contractors

| Organization | Coordination Activities | Associated Schedule |
|---|---|---|
| ARM | Planning, Project Management | 09/FY2003 – 09/FY2005 |
| OPC | Contract Coordination | 06/FY2004 – 09/FY2005 |
| ARM Contractors | System Integration and Testing | 02/FY2005 – 05/FY2005 |
| ARM, ARM Contractors | Installation, Deployment and Training | 06/FY2005 – 09/FY2005 |

## 1.7   Acronyms and Abbreviations

| Acronym/Abbreviation | Definition |
|---|---|
| ARM | The Office of Rulemaking |
| AVR | Regulation and Certification |
| CFR | Code of Federal Regulations |
| e-Gov | Electronic Government |
| ERM | Electronic Records Management |
| FAA | Federal Aviation Administration |
| FOIA | Freedom of Information Act |
| HTML | Hypertext Markup Language |
| NARA | National Archives and Records Administrations |
| OPC | Office of Procurement and Contracts |
| PDF | Portable Document Format |
| QA | Quality Assurance |
| QAI | Quality Associates, Incorporated |
| SDM | System Development Methodology |
| SFAR | Special Federal Aviation Regulation |
| SOW | Statement of Work |
| WBS | Work breakdown structure |

# 2.0 PLANNED ACTIVITIES, EVENTS, AND DELIVERABLES

### A. Project Initiation/Planning

| *1.1.1 Schedule Project* | | | |
|---|---|---|---|
| Planned Start Date | 09/17/FY2003 | Duration | 3 months |
| Actual Start Date | 09/17/FY2003 | | |
| Planned End Date | 01/FY2004 | | |
| Actual End Date | 01/FY2004 | Variance | N/A |
| Deliverables | • Finalize ARM Contractor<br>• Estimate for Copyroom Workstation | | |
| Details | • Attend Document Management and Automation for the Government Enterprise<br>• Interview 3 contractors – Quality Associates Incorporated (QAI), Communications Resource, Inc. (CRI), A-Tek | | |
| Resources | Project Manager, Project Leader, Task Leader | | |

### B. Requirements Definition

| *2.1.1 Identify Requirements* | | | |
|---|---|---|---|
| Planned Start Date | 11/FY2003 | Duration | 2 months |
| Actual Start Date | 11/FY2003 | | |
| Planned End Date | 12/FY2003 - SOW 03/FY2004 | Variance | |
| Actual End Date | 04/FY2004 -SOW 06/FY2004 | Variance | 4 months – SOW 3 months |
| Deliverables | • Scanning Statement of Work<br>• RMA Requirements | | |
| Resources | • National Archives and Records Administration's (NARA) Electronic Records Management (ERM) Initiative<br>• DoD 5015.2 – STD, Design Criteria Standard for Electronic Records Management Software Application<br>• Task Leader, Team Member | | |

### C. System Design

| *3.1.1 Identify and Analyze Integration of Index Fields* | | | |
|---|---|---|---|
| Planned Start Date | 11/FY2003 | Duration | 3 months |
| Actual Start Date | 11/FY2003 | | |
| Planned End Date | 03/FY2004 | | |
| Actual End Date | 03/FY2004 | Variance | |
| Deliverables | • System Specification Document<br>• Updated SOW | | |
| Resources | • ARM Contractor, Project Leader | | |

| 3.1.2  Process Paper Documents | | | |
|---|---|---|---|
| Planned Start Date | 12/FY2003 | Duration | 8 months |
| Actual Start Date | 12/FY2003 | | |
| Planned End Date | 08/FY2004 | | |
| Actual End Date | 10/FY2004 | Variance | 2 months |
| Deliverables | • Historical project files sorted. | | |
| Resources | • Paper Data Processor | | |
| 3.1.2  Analyze Electronic Data | | | |
| Planned Start Date | 03/FY2004 – CFR Parts 09/FY2005 – Historical Folders | Duration | 6 months 3 months |
| Actual Start Date | TBD | | |
| Planned End Date | 09/FY2005 – CFR Parts 12/FY2005 – Historical Folders | | |
| Actual End Date | TBD | Variance | |
| Deliverables | • Electronic Records | | |
| Resources | • QAI | | |
| 3.1.3 Design Database – Pending AVR database determination (See details in D.) | | | |
| 3.1.4 Develop System – Pending AVR database determination  (See details in D.) | | | |

**D.    Software Acquisition**

| 4.1.1  Purchase Customized Package – Pending AVR database determination | |
|---|---|
| 4.1.2  Purchase Licenses and Development Tools – Pending AVR database determination | |
| Details | • ARM/AVR has the key code to upgrade Hummingbird's CyberDocs to Hummingbird's DM.  AVR will determine if we will use the upgrade.<br>• Purchase Adobe Capture to convert new documents. |

**E.    Hardware Acquisition**

| 5.1.1  Purchase Development  Servers – Not Applicable | |
|---|---|
| Details | • FAA consolidated all servers to the Tech Center in NJ. |

### F.    New Development/Unit Testing/Documentation

| 6.1.1 Prototype System | | | |
|---|---|---|---|
| Planned Start Date | 06/FY2004 | Duration | 2 months |
| Actual Start Date | 06/FY2004 | | |
| Planned End Date | 08/FY2004 | | |
| Actual End Date | TBD | Variance | Stopped testing until further notice |
| Deliverables | • Updated System Specification Documentation (Regardless of which database system.) | | |
| Resources | • ARM Contractor, AVR-11B Management | | |
| 6.1.2 Develop System – Pending AVR database determination | | | |
| Deliverables | • Updated System Specification Documentation | | |
| Resources | • ARM Contractor, AVR-11B Management | | |

### G.    System Integration and Testing

| 7.1.1 Conduct Verification and Validation Testing | | | |
|---|---|---|---|
| Planned Start Date | 02/FY2005 | Duration | 3 months |
| Actual Start Date | TBD | | |
| Planned End Date | 05/FY2005 | | |
| Actual End Date | TBD | | |
| Deliverables | • Test Results and Evaluation Reports (System and Integration Test) | | |
| Resources | • ARM Contractor, AVR-11B Management | | |

### H.    Installation, Deployment and Training

| 8.1.1 Document and Deploy System | | | |
|---|---|---|---|
| Planned Start Date | 06/FY2005 | Duration | 3 months |
| Actual Start Date | TBD | | |
| Planned End Date | 09/FY2005 | | |
| Actual End Date | TBD | | |
| Deliverables | • Database User Guide | | |
| Resources | • Team Leader, ARM Contractor, Sr. Program Analyst | | |
| 8.1.2 Conduct Training | | | |
| Planned Start Date | 07/FY2005 | Duration | 2 months |
| Actual Start Date | TBD | | |
| Planned End Date | 09/FY2005 | | |
| Actual End Date | TBD | | |
| Deliverables | • Database Training Manual (Optional) | | |
| Resources | • Team Leader, ARM Contractor, Sr. Program Analyst | | |

# 3.0  RESOURCES

## 3.1  *Roles and Responsibilities*

| Team Member Role/Category | Responsibilities |
|---|---|
| Nancy Trembley/<br>Project Coordinator | - monitor and manage the overall status of the project<br>- assign responsibility for specific work products and tasks<br>- interface with QAI and Contract Officer to discuss project requirements and schedules<br>- validate all work performed in accordance with SDM guidelines<br>- user support of all the systems |
| Doug Priest/<br>Development Computer Specialist | - analyze project procedures<br>- recommend database systems<br>- ensure compliance to SDM guidelines<br>- quality assurance<br>- user support of all the systems |
| Charlene Brown/<br>Project Leader | - coordinate SOW<br>- negotiate project commitments<br>- quality assurance<br>- facilitate user assistance |
| Judine Slaughter/<br>Team Leader | - lead data processing team<br>- develop and analyze user requirements<br>- assist in developing and updating all SDM documents<br>- quality assurance<br>- user support of all the systems |
| Sue Lender/<br>Sr. Project Analyst | - assist in developing and updating all SDM documents<br>- assist Project Coordinator in managing the project<br>- quality assurance |
| Britany Young/<br>Paper Data Processor | - assist in analyzing and processing paper data<br>- quality assurance |
| Todd Keller/<br>ARM Contractor, Electronic Data Processor | - assist in analyzing, designing, developing and implementing<br>- provide technical and user support<br>- perform system testing<br>- user support of all the systems |
| Chris Swidersky and Adam Ringold/<br>QAI | - implement electronic documents<br>- provide technical and user support |

## 3.2    *Estimated Labor Hours*

| Category | Estimated Hours |
|---|---|
| Project Coordinator | 200 |
| Development Computer Specialist | 300 |
| Project Leader | 300 |
| Team Leader | 600 |
| Sr. Project Analyst | 200 |
| Paper Data Processor | 1360 |
| ARM Contractor | 600 |
| QAI | 800 |

## 3.3    *Estimated Conversion Costs*

| Conversion Requirements | Total Costs |
|---|---|
| Document Prep | $528 |
| Scanning | $1056 |
| Indexing | $70 |
| PDF Conversion | $132 |
| HTML Conversion | $660 |
| CD Rom Mastering | $75 |
| Engineering/Onsite Installation Fee | $10,000 |
| QAI Project Manager | $3740 |
| QAI Quality Assurance Manager | $9690 |
| QAI Production Control Specialist | $15,620 |
| QAI Imaging Specialist | $13,520 |
| On-Site Commuting Costs | $1000 |
| **Estimated Total Costs $56,091** | |

Scanning Project Plan

12

Appendix A – Project Schedule

The following is a high level project schedule (using standard Work Breakdown Structure (WBS)) for the lifecycle of the scanning development and deployment activities during FY2003 through FY2005.

| WBS ID | Planned Task | Planned Start Date | Planned End Date |
|--------|--------------|--------------------|------------------|
| 1.0 | Initiate/Plan Project | 09/2003 | 01/2004 |
| 2.0 | Define Requirements | 11/2003 | 03/2004 |
| 3.0 | Design System | 11/2003 | 12/2005 |
| 4.0 | Acquire Software | TBD | TBD |
| 5.0 | Acquire Hardware | N/A | N/A |
| 6.0 | Develop, Test and Document System | 06/2004 | 08/2004 |
| 7.0 | Integrate and Testing System | 02/2005 | 05/2005 |
| 8.0 | Install, Deploy and Train | 06/2005 | 09/2005 |

Lessons Learned to apply for this project:

- Conduct regular project milestone meetings
- Create minutes to document meeting actions and next steps
- Document status of all deliverables
- Document project issues and communicate regularly with all team members
- Review/update Project Plan regularly
- Assess performance variances regularly



**YAHOO!** MAIL
Classic

Search: [                    ]  **Web Search**

Mail   Addresses   Calendar   Notepad          Mail For Mobile - Mail Upgrades - Options

**Check Mail**   **Compose**          [            ]   **Search Mail**   **Search the Web**

See your credit score - free

**Folders**   [Add - Edit]

**Inbox (17)**
Draft
**Sent**
Bulk        [Empty]
Trash       [Empty]

**My Folders**   [Hide]

**save (1)**

**Search Shortcuts**

My Photos
My Attachments

Netflix
Only $4.99/mo.

Online Degree
Programs

$200K fixed as
low as $1,183/mo. *

Earn credits online
Top schools

Previous | Next | Back to Search Results

**Delete**   **Reply** ▾   **Forward** ▾   **Move...** ▾

This message is not flagged. [ Flag Message - Mark as Unread ]        Printable View

**Date:**   Mon, 5 Feb 2007 20:13:02 -0800 (PST)

**From:**   "Judine Slaughter" <judineandassoc@yahoo.com>  📷 Add to Address Book  📱 Add Mobile Alert

**Subject:**   Judine's resignation

**To:**   eve.adams@faa.gov

Hi Eve,

Please accept this email as written notification of me asking for my job back. I was emotionally stressed, and prematurely quit out of frustration.

Any way, I have to laugh, because my family asked which "unwelcome" is better -- with a job and a safe roof, or no job and put out into the street.

I'm asking for annual leave tomorrow to take care of myself. Please call me if you don't want to grant it, and I'll just be late.

Judine

---

Food fight? Enjoy some healthy debate
in the Yahoo! Answers Food & Drink Q&A.

**Delete**   **Reply** ▾   **Forward** ▾   **Move...** ▾

Previous | Next | Search Results                    Save Message Text | Full Headers

**Check Mail**   **Compose**          [            ]   **Search Mail**   **Search the Web**

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

FILED

DEC - 7 200?

NANCY MAYER WHITTINGTON
U.S. DISTR...

Attachment N

| Eve Adams/AWA/FAA | To | Pam Hamilton/AWA/FAA@FAA, Rhonda |
|---|---|---|
| 10/03/2007 12:51 PM | | Underwood/AWA/FAA@FAA, Adrian D |
| | | Wright/AWA/FAA@FAA, Cindy Nordlie/AWA/FAA@FAA, Ida |
| | cc | MaryCarolyn Thies/AWA/FAA@FAA |
| | bcc | |
| | Subject | ARM-20 News |

Good afternoon,

As you may be aware, the Center for Early Dispute Resolution (CEDR) is in place at FAA to provide training in constructive conflict management and to help resolve conflicts that might otherwise result in formal EEO complaints. A third cornerstone of the CEDR's mission is to quantify the direct and indirect cost of conflict.

In accomplishing much of its work, CEDR presently draws from talent within the agency through Detail assignments. With plans to launch a new system, CEDR issued an Detail Announcement and, with support from Pam & me, Judine Slaughter of my ARM-20 staff applied. After a successful interview, CEDR leadership enthusiastically offered an assignment to Judine. They look forward to welcoming her to their team, effective Monday, October 15th.

While you will still see Judine at her ARM desk when she is not directly involved in CEDR team meetings, please keep in mind that she will be fully dedicated to CEDR work until the system is up & running; i.e., possibly up to 90 days. I have made the following alternate assignments during this period: Gerri Robinson - FOIAs; Karen Thornton - Web publishing and FAQs; and Gregg Hollinger - RMS and the agenda. Of course, I remain available to assist you as needed.

*Eve*

*Eve Taylor Adams, Manager*
*ARM-20 Program Analysis Staff*
*(202) 267-3625*

07-220l

**FILED**

DEC - 7 2007

**NANCY** MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment O

## OFFICE OF RULEMAKING NEW HIRES
## FROM JUNE 2000 UNTIL NOVEMBER 2005

| NAME | POSITION | RACE |
|---|---|---|
| Judine Slaughter | Transportation Regulations Assistant | African-American |
| Shirley Stroman | Transportation Regulatory Analyst | African-American |
| Joan Allen | Transportation Regulatory Analyst | Caucasian |
| John Linsenmeyer | Transportation Regulatory Analyst | Caucasian |
| Britany Young | Secretary/Clerk | African-American |
| Ebone Gaskins | Secretary/Clerk | African-American |
| Pamela Curtis | Secretary/Clerk | African-American |
| Elizabeth Johnson | Secretary/Clerk | African-American |
| Caren C. Waddell | Transportation Regulatory Analyst | Caucasian |
| Susan Lender | Transportation Regulatory Analyst | Caucasian |
| Alicia Douglas | Transportation Regulatory Analyst | Caucasian |
| Michael Brown | Transportation Regulatory Analyst | Caucasian |
| Tim Adams | Transportation Regulatory Analyst | Caucasian |
| Jim Crotty | Transportation Regulatory Analyst | Caucasian |
| John Chescavage | Transportation Regulatory Analyst | Caucasian |
| Patrick Boyd | Program Analyst | Caucasian |
| Bonnie Fritts | Program Analyst | Caucasian |

07-2201

**FILED**

DEC · ? ??

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment P



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P. O. Box 19848
Washington, D.C. 20036

Judine E. Slaughter,
Complainant,

v.

Mary E. Peters,
Secretary,
Department of Transportation,
Agency.

Request No. 0520080029

Appeal No. 0120073050

Agency No. 2006-20595-FAA-02

## DENIAL

Complainant timely requested reconsideration of the decision in *Judine E. Slaughter v. Department of Transportation*, EEOC Appeal No. 0120073050 (September 7, 2007). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. *See* 29 C.F.R. § 1614.405(b).

After reconsidering the previous decision and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(b), and it is the decision of the Commission to deny the request. The decision in EEOC Appeal No. 0120073050 remains the Commission's final decision. There is no further right of administrative appeal on the decision of the Commission on this request.

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0900)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the

**FILED**

DEC - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2                                                    0520080029

person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

### RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File a Civil Action").

FOR THE COMMISSION:

*Carlton M. Hadden*
_____
Carlton M. Hadden, Director
Office of Federal Operations

NOV 2 2007
_____
Date

3                                    0520080029

## CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed.** I certify that this decision was mailed to the following recipients on the date below:

Judine E. Slaughter
6104 Osborn Rd
Cheverly, MD 20785

Mary Jones, Deputy Director, Civil Rights
Department of Transportation
400 7th St., SW #10215
Washington, DC 20590

_____
Date

_____
Equal Opportunity Assistant

**JS-44**
**(Rev.1/05 DC)**

## CIVIL COVER SHEET

---

**I (a) PLAINTIFFS**

Judine Eleanor Slaughter

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

6104 Osborn Road
Cheverly, MD 20785 301-386-4033

**DEFENDANTS**

Honorable Mary E. Peters

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**ATTORNEYS (IF KNOWN)**

Case: 1:07-cv-02201
Assigned To : Huvelle, Ellen S.
Assign. Date : 12/7/2007
Description: Employ. Discrim.

---

**II. BASIS OF JURISDICTION**

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
    Plaintiff

☐ 3 Federal Question
    (U.S. Government Not a Party)

☒ 2 U.S. Government
    Defendant

☐ 4 Diversity
    (Indicate Citizenship of Parties
    in item III)

**III CITIZENSHIP** OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
    Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or
    defendant
☐ 871 IRS-Third Party 26
    USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of
    Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
    Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
    Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt
    Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
    Exchange
☐ 875 Customer Challenge 12 USC
    3410
☐ 900 Appeal of fee determination
    under equal access to Justice
☐ 950 Constitutionality of State
    Statutes
☐ 890 Other Statutory Actions (if not
    administrative agency review or
    Privacy Act

③

| ☐ **G. Habeas Corpus 2255** | ☐ **H. Employment Discrimination** | ☐ **I. FOIA/PRIVACY ACT** | ☐ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K. Labor/ERISA (non-employment)** | ☐ **L. Other Civil Rights (non-employment)** | ☐ **M. Contract** | ☐ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

42 USC 2000

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Title VII of the Civil Rights Act of 1964, — To limit segregate or classify employees in any way which would deprive employment

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** _____   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY** V.S.F.   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 12/07/07   SIGNATURE OF ATTORNEY OF RECORD   *Judine Slaughter*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd