UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ms. Judine E. Slaughter
6104 Osborn Road
Cheverly, MD 20785

Vs.                                    CIVIL ACTION NO. 07-2201-ESH

Honorable Mary E. Peters
Secretary of Transportation
1200 New Jersey Ave, SW
Washington, DC 20590

**AFFIDAVIT OF SERVICE**

I, Judine E. Slaughter, hereby declare that on the 8th day of December, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the Honorable Mary E. Peters. Attached hereto is the certified green card acknowledging service.

Respectfully submitted,

*[signature]*

Judine E. Slaughter
6104 Osborn Road
Cheverly, MD 20785
(1) 386-4033

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Mary E. Peters
Secretary of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
INGRAM   12/10/07

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0004 0055 8141

102595-02-M-1540