UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ms. Judine E. Slaughter
6104 Osborn Road
Cheverly, MD  20785

Vs.                                              CIVIL ACTION NO. 07-2201-ESH

Honorable Mary E. Peters
Secretary of Transportation
1200 New Jersey Ave, SW
Washington, DC  20590

### AFFIDAVIT OF SERVICE

I, Judine E. Slaughter, hereby declare that on the 8th day of December, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the US Attorney for the District of Columbia. Attached hereto is the certified green card acknowledging service.

Respectfully submitted,

_Judine E. Slaughter_
Judine E. Slaughter
6104 Osborn Road
Cheverly, MD  20785
(301) 386-4033

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney for the
   District of Columbia
   501 Third Street, NW
   Washington, DC  20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): 
C. Date of Delivery: DEC 3 1 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7006 2760 0004 0055 8134

Domestic Return Receipt    102595-02-M-1540