UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Judine E. Slaughter ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-02201 |
| ) | ECF |
| The Honorable Mary E. Peters ) | |
| Secretary, Department of Transportation ) | |
| ) | |
| Defendant ) | |
| _____) | |

NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Raymond A Martinez Special Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

Raymond A Martinez
__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February I caused the foregoing Notice to be served on Plaintiff, **Judine Slaughter,** via first class mail, postage prepaid addressed as follows:

Judine Slaughter
6104 Osborn Rd.
Cheverly, MD. 20785

             Raymond A. Martinez
__/s/_____
             Raymond A. Martinez
             Special Assistant United States Attorney
             555 4th Street, NW
             Washington, DC 20530
             (202) 514-9150