UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Judine F. Slaughter** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-cv-02201(ESH) |
| | ) | (ECF) |
| **The Honorable Mary Peters** | ) | |
| **Secretary,** | ) | |
| **Department of Transportation** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION TO ENLARGE TIME
TO ANSWER THE COMPLAINT**

Defendant, United States Department of Transportation, hereby moves for a 30-day extension of time to file an answer to the Plaintiff's Complaint, through and including April 3, 2008.  Good cause exists to grant this motion.

1. Defendant's answer is due on March 3, 2007.

2. This extension is requested for the purposes of enabling undersigned counsel to coordinate efforts with the Agency. The original letter from the United States Attorney's Office informing the Department of Transportation (DOT) of this action was sent to their old address on 400 7th Street, SW. Room 10428.  The Department has a new address which is 1200 New Jersey Avenue, SE, Washington, D.C. 20590.   Thus the Department's transmittal letter to the Federal Aviation Administration (FAA), who is the Agency component charged with responding, was also delayed.  The transmittal letter from DOT to FAA informing the FAA of this action and of a need to provide a proposed answer and litigation report to this office by February 15, 2008 was received by the FAA on February 19, 2008.  The FAA needs a little more time to get information

from the client office in order to adequately respond.

    3.  This is the first enlargement request made for this deadline.

    4.  Pursuant to LCR 7(m) the defendant counsel has attempted to confer with plaintiff by making several attempted phone calls to Plaintiff's listed phone number and has received no answer.

WHEREFORE, Defendant requests that this enlargement be granted and the filing deadline be extended to April 3, 2008.  A minute order is requested.

Dated: February 26, 2008.

                                                                 Respectfully submitted,

                                                               _____/s/_____
                                                               JEFFREY A. TAYLOR, D.C. Bar No. 498610
                                                               United States Attorney

                                                               _____/s/_____
                                                               RUDOLPH CONTRERAS, D.C. BAR #434122
                                                               Assistant United States Attorney

                                                               _____/s/_____
                                                               Raymond A. Martinez
                                                               Special Assistant United States Attorney
                                                               Civil Division
                                                               555 4th Street, N. W.
                                                               Washington, D.C.  20530
                                                               (202) 3050-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2008, I caused the foregoing *Motion to Enlarge* to be served on Plaintiff Judine Slaughter, via first class mail, postage prepaid addressed as follows:

Judine Slaughter
6104 Osborn Rd.
Cheverly, MD. 20785
.

               _____/s/_____
               Raymond A. Martinez
               Special Assistant United States Attorney
               Civil Division
               555 4th Street, N. W.
               Washington, D.C.  20530
               (202) 3050-4851