REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 42:1983 Civil Rights (Employment Discrimination) | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 07-2201 | DATE REFERRED:<br>4/15/08<br><br>DISPOSITION DATE: | PURPOSE:<br>ALL PURPOSES | JUDGE:<br>ELLEN SEGAL HUVELLE | MAG. JUDGE |
| PLAINTIFF(S):<br>JUDINE E. SLAUGHTER | | DEFENDANT(S):<br>MARY E. PETERS | | |

ENTRIES: