UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDINE E. SLAUGHTER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-cv-02201 *JMF* |
| MARY E. PETERS<br>U.S. Department of Transportation | ) ECF |
| Defendant. | ) |

## RESPOND TO ORDER TO SHOW CAUSE

I, Judine Slaughter, missed the Scheduling Hearing on Friday, May 23, 2008, because I did not receive notification of the hearing by mail or by phone. My address is the same at 6104 Osborn Road, Cheverly, MD 20785.

I did not become a user of the PACER system until May 2008.

I beg the court's indulgence to set a new date for the Scheduling Conference, after June 2, 2008. I have purchased plane tickets for business travel from May 28, 2008 until June 1, 2008.

Respectfully submitted,

*Judine Slaughter*

Judine Slaughter
6104 Osborn Road
Cheverly, MD 20785
(301) 386-4033 or (301) 219-9378

**RECEIVED**

MAY 2 8 2008

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

## Certificate of Service

I certify that on this 28th day of May I caused the above and foregoing Respond to Order to Show Cause to be mailed postage paid to:

Raymond A. Martinez
Assistant United States Attorney
Judiciary Center Building, Rm E4208
555 Fourth Street, N.W.
Washington, D.C. 20530

Respectfully Submitted

*Judine Slaughter*

Judine Slaughter