UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDINE E. SLAUGHTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-02201 *JmF* |
| | ) |
| MARY E. PETERS | ) ECF |
| U.S. Department of Transportation | ) |
| | ) |
| Defendant. | ) |

SUPPLEMENTAL INFORMATION and
OBJECTION TO DEFENDANT'S MOTION TO DISMISS

### INTRODUCTION

Plaintiff alleges that the agency discriminated against her on the basis of race (African

American) when: (1) she became aware that her duties pertaining to the Automated Exemptions

System (AES) were being reassigned to Ms. Nancy Trembly (Office of Rulemaking, Caucasian,

GS-14 employee), and (2) when the Plaintiff received the results of a desk audit which did not

support an upgraded position. (See Complaint p.1, Ct Doc . 1)

### OBJECTION TO THE DEFENDANT'S MOTION TO DISMISS

The Agency has erroneous statements or documents involving their Motion to Dismiss.

1.  The Plaintiff was listed as the Contracting Officer Technical Representative on the

    scanning contract DTFAWA-04-F-00074, (See Ex. 1).  This is not consistent with the

    Declaration of Nancy Trembley.  (See Motion to Dismiss, Ex. 12, p 2, Ct Doc 13).

2.  The Plaintiff's roles were not largely administrative.  The Plaintiff's role was as a

    Management and Program Analyst. (See Ex. 2).

**RECEIVED**

MAY 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3.  A document has an attachment icon on the second subject line, however there are no attachments. (See Motion to Dismiss, Ex. 10, Ct. Doc. 13).

4.  At the Scheduling Hearing on April 15, 2008, the Defendant asked Judge Ellen S. Huvelle, for 30 additional days to submit the Motion to Dismiss. The Defendant submitted the Motion to Dismiss on May 22, 2008, 37 days of the Scheduling Hearing. Judge Ellen S. Huvelle had already denied the Defendant an extension. (See Ex 3).

## FACTS

1.  The Plaintiff has a Bachelor's degree in Organizational Management, with a background in computer science. (See Ex. 4 and 4a).

2.  The Plaintiff had worked with the development of the Automated Exemption System (AES) since September 2001. (See Ex. 5 and 5a from pages 14 and 15 of the Plaintiff's written notes).

3.  On May 5, 2005, Mr. Tony Fazio was the Plaintiff's Supervisor during from November 2004 to the end of March 2005. (See Ex. 2, page 1). By signing the Performance Plan, Mr. Fazio took responsibility for the reassignment of the AES duties to Ms. Nancy Trembley, while she served as the Acting Manager of the Program Analysis Staff. There are no statements from Mr. Fazio that the Plaintiff had actual or constructive knowledge of the reassignment before May 2006.

4.  In November 2005, the Plaintiff worked with the Office of Rulemaking helpdesk staff to resolve a functional problem with the Automated Exemption System. (See Ex. 6).

5.  On January 26, 2006, the Plaintiff read two documents related to the review of the desk audit conducted by Agnes Brooks. On February 27, 2006, the Plaintiff sent

another email to Ms. Brooks, with additional information for the final review. (<u>See</u> Ex. 7).

6.    The performance expectation of the Plaintiff was to serve as the ARM's Web Content Manager on a daily basis. (See Ex. 2, p 6).

7.    The Office of Rulemaking Headquarters Web Publishing document (ARM 020-004) outlines part of the role of the ARM Web Content Manager. (See Ex. 8).

8.    Mr. Fazio submitted a memorandum to Randy Carter certifying that "ARM's website will meet the FAA web standards and requirements with current and accurate public web pages." And that he "verified a detailed list of ARMs web pages, maintained by Judine Slaughter." (See Ex. 9).

## CONCLUSION

For the above reasons, Plaintiff requests her Complaint not be dismissed with prejudice.

Respectfully submitted,

Judine Slaughter
6104 Osborn Road
Cheverly, MD  20785
(301) 386-4033 or (301) 219-9378

# QUALITY ASSOCIATES, INC.

## INVOICE

**Purchase Order No. DTFAWA-04-F-00074**    **INVOICE #: 4667**

**QAI TAX I.D #: 52-148-2791**

Net Terms: 30 days

**ATTN:  FAA AWA**
**DOT/FAA AFM-220**
**800 Independence Avenue, SW**
**Room 533**
**Washington, DC 20591**

**Send Payment To:**  QUALITY ASSOCIATES, INC.
9017 Red Branch Road, Suite 102
Columbia, MD 21045

**Period: April, 2005**                    Acct #: 300 – 003/004
                                           Date: May 24, 2005
--------------------------------------------------------------------------------

**FAA Contact:** Judine Slaughter
Tel: 202-493-4698

**Product Description:**  Scanning & Conversion (Office of Rulemaking)

Description of work:

See attached Work Description

## TOTAL AMOUNT DUE = $5,307.21

### Please make check payable to: Quality Associates, Inc.

-------------------------------------------
Scott Swidersky, Manager ISD
Authorized Representative

QUALITY ASSOCIATES, INC. 9017 Red Branch Rd, Suite 102. Columbia, MD 21045
410-884-9100

*2 pages*

EXHIBIT 1

**Work Description , April 2005**



**Quality Associates, Inc.**

**9017 Red Branch Rd., Suite 102**

**Columbia, MD  21045**

**Fax: 410-884-9122**

**Tel: 410-884-9100**

**GSA Contract No. GS-25F-0003N**

**Expiration Date: 10/09/07**

**DUNS# 024966595**

SMALL BUSINESS

**Tax ID # 52-1482791**

**Reference QAI Invoice #: 4667**

**Order Number: DTFAWA-04-F-00074**

| | | | |
|---|---|---|---|
| | | Date: | 5/24/2005 |
| Bill To: | FAA AWA | FAA Contact: | Judine Slaughter |
| | DOT/FAA AFM-220 | Project: | Scanning & Conversion (Office of Rulemaking) |
| | 800 Independence Avenue, SW | Agency: | FAA - AWA |
| | Room 533 | FAA Contact Phone: | 202-493-4698 |
| | Washington, DC 20591 | Email: | sswidersky@qualityassociatesinc.com |
| | Order Number: DTFAWA-04-F-00074 | Prepared By    Name: | Scott Swidersky |
| | | Phone: | 410-884-9100 |

| ITEM # | Description | Quantity | Unit Price | Total Price |
|---|---|---|---|---|
| 1 | Document Preparation | 11,656 | $        - | $        - |
| 2 | Scanning | 11,656 | $        - | $        - |
| 3 | Indexing | 2202 | $        - | $        - |
| 4 | PDF Conversion | 11,656 | $        - | $        - |
| 5 | HTML Conversion | 1,101 | $        - | $        - |
| 6 | CDROM MASTERING | 0 | $        - | $        - |
| 7 | PROJECT ENGINEERING/ON-SITE TRAINING FEE | 0 | $        - | $        - |
| 8 | PROJECT MANAGER | 0 | $        - | $        - |
| 9 | QUALITY ASSURANCE MANAGER | 0 | $        - | $        - |
| 10 | PRODUCTION CONTROL SPECIALIST | 109 | $    48.69 | $    5,307.21 |
| 11 | IMAGING SPECIALIST | | | |
| | | SUBTOTAL | | $    5,307.21 |
| | | Total Order | | $    5,307.21 |

**Notes:**

- Payment terms are net 30 days.

Order Number: DTFAWA-04-F-00074

Thank you for your order,

Scott Swidersky, Director

# QUALITY ASSOCIATES, INC.

## INVOICE

**Purchase Order No.  DTFAWA-04-F-00074**     **INVOICE #: 4667**

**QAI TAX I.D #: 52-148-2791**

Net Terms: 30 days

**ATTN:  FAA AWA**
**DOT/FAA AFM-220**
**800 Independence Avenue, SW**
**Room 533**
**Washington, DC 20591**

**Send Payment To:  QUALITY ASSOCIATES, INC.**
9017 Red Branch Road, Suite 102
Columbia, MD 21045

**Period: April, 2005**

Acct #: 300 – 003/004
Date: May 24, 2005

--------------------------------------------------------------------------------

**FAA Contact:** Judine Slaughter
Tel: 202-493-4698

**Product Description:**  Scanning & Conversion (Office of Rulemaking)

**Description of work:**

See attached Work Description

## TOTAL AMOUNT DUE = $5,307.21

**Please make check payable to: Quality Associates, Inc.**

----------------------------------------
Scott Swidersky, Manager ISD
Authorized Representative

QUALITY ASSOCIATES, INC. 9017 Red Branch Rd, Suite 102. Columbia, MD 21045
410-884-9100

*2 pages*

EXHIBIT 1

## Work Description , April 2005



**Quality Associates, Inc.**
9017 Red Branch Rd., Suite 102
Columbia, MD 21045
Fax: 410-884-9122
Tel: 410-884-9100

GSA Contract No. GS-25F-0003N
Expiration Date: 10/09/07
DUNS# 024966595
SMALL BUSINESS
Tax ID # 52-1482791

**Reference QAI Invoice #: 4667**                        Order Number: DTFAWA-04-F-00074

| | | |
|---|---|---|
| Bill To: | FAA AWA | |
| | DOT/FAA AFM-220 | |
| | 800 Independence Avenue, SW | |
| | Room 533 | |
| | Washington, DC 20591 | |
| | Order Number: DTFAWA-04-F-00074 | |

| Field | Value |
|---|---|
| Date: | 5/24/2005 |
| FAA Contact: | Judine Slaughter |
| Project: | Scanning & Conversion (Office of Rulemaking) |
| Agency: | FAA - AWA |
| FAA Contact Phone: | 202-493-4698 |
| Email: | sswidersky@qualityassociatesinc.com |
| Prepared By Name: | Scott Swidersky |
| Phone: | 410-884-9100 |

| ITEM # | Description | Quantity | Unit Price | Total Price |
|---|---|---|---|---|
| 1 | Document Preparation | 11,656 | $ - | $ - |
| 2 | Scanning | 11,656 | $ - | $ - |
| 3 | Indexing | 2202 | $ - | $ - |
| 4 | PDF Conversion | 11,656 | $ - | $ - |
| 5 | HTML Conversion | 1,101 | $ - | $ - |
| 6 | CDROM MASTERING | 0 | $ - | $ - |
| 7 | PROJECT ENGINEERING/ON-SITE TRAINING FEE | 0 | $ - | $ - |
| 8 | PROJECT MANAGER | 0 | $ - | $ - |
| 9 | QUALITY ASSURANCE MANAGER | 0 | $ - | $ - |
| 10 | PRODUCTION CONTROL SPECIALIST | 109 | $ 48.69 | $ 5,307.21 |
| 11 | IMAGING SPECIALIST | | | |
| | SUBTOTAL | | | $ 5,307.21 |

| Total Order | $ 5,307.21 |
|---|---|

**Notes:**

- Payment terms are net 30 days.

Order Number: DTFAWA-04-F-00074

Thank you for your order,

Scott Swidersky, Director

Quality Associates, Inc.

1

**PERFORMANCE MANAGEMENT SYSTEM**
**PERFORMANCE PLAN**

**Employee's Name:** Judine Slaughter
                    (Type or Print)

**Position Title/Level:** Management and Program Analyst, FG-343-11

**Organization & Routing Symbol:** ARM-26

**Supervisor's Name:**
                     (Type or Print)

**Performance Cycle:** From 10/1/2004 to 9/30/2005

**Performance Standards:**        Generic: ( )        Customized:    ( ) Individual
                                                                    (X) Blend

=================================================================

| | | | | |
|---|---|---|---|---|
| **Initial Discussion:** | Employee: | *Judine Slaughter* | Signature | 10/22/04 Date |
| | Supervisor: | *[signature]* | Signature | 10/22/04 Date |
| **Check-in Meeting:** | Employee: | | Signature | Date |
| | Supervisor: | | Signature | Date |
| **Feedback Discussion:** | Employee: | *Judine Slaughter* | Signature | 05/05/05 Date |
| | Supervisor: | *Tony* | Signature | 5/5/05 Date |
| **Final Discussion:** | Employee: | *Judine Slaughter* | Signature | 10/07/05 Date |
| ✱ ✱ | Supervisor: | | Signature | Date |

**NOTE:** A minimum of one feedback session is required.

✱ – Eve Adams too new to perform mid-year discussion.

✱✱ – I am satisfied that Judine is performing well at the GS-11 level. Feeling she is working at a higher level, Judine has requested a desk audit.   E.J.G.

EXHIBIT 2
6 pages

October 7, 2005

Judine Slaughter met performance expectations during this FY 2005 rating period. She continues to provide excellent support as ARM's web content manager. Judine keeps ARM management well informed in this and other areas. During this fiscal year, Judine worked closely with staff/contractor personnel in the Office of Public Affairs (APA) on ARM's input to agency-wide initiatives to streamline and better manage web pages. Judine's contributions to this effort were critical to the timeliness of the preliminary work completed on time for ARM web pages.

In closing out a problematic contract for scanning work and effecting a new one to better address additional needs, I relied upon Judine's good technical input and oversight. In further supporting ARM's FY-2005 quality management plan, Judine developed a historical projects plan for the office. She also took initiative in working with me to develop and complete an Individual Development Plan, which included monthly feedback meetings with me and took good advantage of e-learning experiences in a number of program management/other worthwhile areas. Additionally, she enrolled in classroom training to support the organization's goal for continual improvement toward consistently good working relationships and effective interpersonal interactions. She readily shared with ARM management and ARM-20 highlights from her training experiences.

During the course of her work, Judine has effectively supported timely rulemaking work and ISO 9000 quality management initiatives. A senior ARM-100 analyst made it a point to provide me with written input on effective work by Judine, conducted before I came on board in April as the new ARM-20 manager. She praised Judine for her work on a Commuter rule titled "Definition of Commuter Aircraft at Ronald Reagan Airport," expressing she had done a "fantastic job" largely on her own. Last but now least, Judine has enthusiastically supported the agency's Technical Women's Organization and, in May, she was trained to serve as an EEO Counselor. She continues in this role, as a collateral duty on a voluntary basis, with my full support.

## OUTCOMES AND EXPECTATIONS
### No. <u>1</u> of <u>4</u>

CORE: **Facilitation/Communication**

NAME: <u>Judine Slaughter</u>                    ROUTING SYMBOL: <u>ARM-26</u>

PERFORMANCE CYCLE: From <u>10/1/2004</u> to <u>9/30/2005</u>

---

**ORGANIZATIONAL GOALS/OBJECTIVES:** (Link outcomes to this)

Create, maintain, and assist in office/team communications and cohesiveness.

---

**OUTCOME:** (An intended product, result, accomplishment, or objective for which expectations are established. May be established at the individual or team level.)

Serves as the facilitator/problem solver in team and individual projects and programs.

---

**EXPECTATION:** (The criteria that measure an outcome in terms of quality, quantity, timeliness, or manner of performance.)

Creates innovative approaches and solutions when needed.

Deals effectively with people in team working groups, with the public, with FAA management personnel, and as a team member of this office.

Assesses communications problems, suggests possible solutions, and facilitates resolutions to conflicts when needed.

Applies appropriate facilitative techniques when dealing with individual and team projects and deadlines.

**OUTCOMES AND EXPECTATIONS**
No. 2 of 4

| CORE: Writing |
|---|
| **NAME:** Judine Slaughter    **ROUTING SYMBOL:** ARM-26 |
| **PERFORMANCE CYCLE:** From 10/1/2004 to 9/30/2005 |

**ORGANIZATIONAL GOALS/OBJECTIVES:** (Link outcomes to this)

Improve the quality of all written documents within the scope of the Office of Rulemaking

**OUTCOME:** (An intended product, result, accomplishment, or objective for which expectations are established. May be established at the individual or team level.)

Drafts, edits, and revises documents as necessary to ensure the quality of all written documents.

**EXPECTATION:** (The criteria that measure an outcome in terms of quality, quantity, timeliness, or manner of performance.)

Understands the issues of each project and its relationship to the appropriate regulations, standards, and/or policies.

Writes clearly, concisely, and to the appropriate audience.

Organizes material so that it is logical and understandable in accordance with agency writing requirements.

Identifies issues with assigned projects and determines and implements appropriate solutions.

Ensures the accuracy and quality of completed projects and work assignments.

Uses Stylewriter to review all documents. Achieve at least a minimum score of "good".

OUTCOMES AND EXPECTATIONS
No. 3 of 4

CORE: Program Management

NAME: Judine Slaughter          ROUTING SYMBOL: ARM-26

PERFORMANCE CYCLE: From 10/1/2004 to 9/30/2005

**ORGANIZATIONAL GOALS/OBJECTIVES:** (Link outcomes to this)

Support all the projects and assignments within the scope of the Office of Rulemaking.

**OUTCOME:** (An intended product, result, accomplishment, or objective for which expectations are established. May be established at the individual or team level.)

Effectively establish, manage, and meet goals and milestones to accomplish the agency regulatory program.

**EXPECTATION:** (The criteria that measure an outcome in terms of quality, quantity, timeliness, or manner of performance.)

Provides oversight, technical review, and tracks and monitors all assigned projects.

Uses database programs for maintaining a regulatory control system.

IRMIS tracking and reporting system is kept current (Real-time as milestones or significant events occur).

Manages projects and considers the priorities of the regulatory program of the agency, with timely completion of project work to established schedules.

Assesses the needs of assigned regulatory projects to determine deficiencies, and anticipates problems and takes appropriate actions to resolve issues.

OUTCOMES AND EXPECTATIONS
No. <u>4</u> of <u>4</u>

| CORE:  Office Objectives for Year |
|---|
| **NAME:** <u>Judine Slaughter</u>          **ROUTING SYMBOL:** <u>ARM-26</u> |
| **PERFORMANCE CYCLE:** From <u>10/1/2004</u>  to  <u>9/30/2005</u> |

**ORGANIZATIONAL GOALS/OBJECTIVES:**  (Link outcomes to this)

Support 2004 ARM Business Plan, Office Performance Goals, and Other ARM Fiscal Year Initiatives

**OUTCOME:**  (An intended product, result, accomplishment, or objective for which expectations are established. May be established at the individual or team level.)

To successfully complete all the Program Analysis Staff items as listed on the ARM Business Plan and other office objectives for the year

**EXPECTATION:**  (The criteria that measure an outcome in terms of quality, quantity, timeliness, or manner of performance.)

Update DOT's Rulemaking Management System (RMS) monthly.

Provide Web support for the ISO-9000 registration by September 2005.

Serve as ARM's Web Content manager on a daily basis.

Update ARAC website to reflect events within two days of receiving information.

Respond to the "Right Know" generated questions within five days.

Provide support for the scan to electronic media project (selected files) by September 05.

Provide support for scanning selected ARAC files to the Web by September 2005.

Train the secretaries on the Automated Exemption System by October 2004.


# COLUMBIA UNION COLLEGE
## ACADEMIC TRANSCRIPT

7600 Flower Ave.
Takoma Park, Maryland 20912-7796



EXHIBIT 4

2 pages

Judine Slaughter
6104 Osborn Road
Cheverly, MD 20785

NAME: Judine Slaughter
SSN: 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
ID: 0052560
BIRTH: 12/07/1962
PRINTED: 03/24/2008

## UNDERGRADUATE TRANSFER COURSE LISTING

| SCHOOL | ACCEPTED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|
| BOWIE STATE UNIVERSITY | 90.00 | 90.00 | 90.00 | 301.00 | 3.34 |

## CUC UNDERGRADUATE COURSE LISTING

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Spring 2001 | SOSC-315 | Systems Mgmt & Organ Behavior | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| Spring 2001 | SOSC-330 | Career Assessment & Planning | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| | | Spring 2001 Summary: | | 6.00 | 6.00 | 6.00 | 21.00 | 3.50 |

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Summer 2001 | SOSC-349 | Research Methods | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Summer 2001 | SOSC-350 | Statistical Methods | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Summer 2001 | SOSC-355 | Communication Management | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| Dean's List | | | | | | | | |
| | | Summer 2001 Summary: | | 9.00 | 9.00 | 9.00 | 33.00 | 3.67 |

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Fall 2001 | SOSC-375 | Effective Interpersonal Relat | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| Fall 2001 | SOSC-415 | Dynmcs of Group & Organ Behav | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| | | Fall 2001 Summary: | | 6.00 | 6.00 | 6.00 | 21.00 | 3.50 |

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Spring 2002 | INTD-327 | Issues in Religion & Culture | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Spring 2002 | SOSC-420 | Multicultural Dimensions | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| Spring 2002 | SOSC-425 | Mgmt Techniques & Supervision | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Dean's List | | | | | | | | |
| | | Spring 2002 Summary: | | 9.00 | 9.00 | 9.00 | 33.00 | 3.67 |

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Summer 2002 | INTD-315 | Ethics in Modern Society | C | 3.00 | 3.00 | 3.00 | 6.00 | |
| Summer 2002 | SOSC-430 | Human Resources Administration | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| | | Summer 2002 Summary: | | 6.00 | 6.00 | 6.00 | 18.00 | 3.00 |

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Fall 2002 | COMM-105 | Intro to Human Communication | P | 3.00 | 0.00 | 3.00 | 0.00 | |
| Fall 2002 | LITR-225 | American Literature I | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Fall 2002 | SOSC-499 | Guided Indep Research Project | A | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | Fall 2002 Summary: | | 6.00 | 3.00 | 6.00 | 12.00 | 4.00 |

## CUC UNDERGRADUATE TRANSCRIPT SUMMARY

| | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|



Registrar



# COLUMBIA UNION COLLEGE
## ACADEMIC TRANSCRIPT

00 Flower Ave.
Takoma Park, Maryland 20912-7796

| | | | | | |
|---|---|---|---|---|---|
| CUC | 42.00 | 39.00 | 42.00 | 138.00 | 3.54 |
| TRANSFER | 90.00 | 90.00 | 90.00 | 301.00 | 3.34 |
| TOTAL | 132.00 | 129.00 | 132.00 | 439.00 | 3.40 |

12/20/2002 Graduated: BS-Organizational Managemnt
First Enrolled: Spring 2001
Last Enrolled: Fall 2002

It is the general policy of the Records Office of Columbia Union College not to send official transcripts directly to students. However, this policy has been waived in this particular case at the student's request. This transcript is to be received at the discretion of the receiving office.

Registrar

```
COCO-COL315           S T U D E N T     I N Q U I R Y                    11/24/03
```

Judine Bishop Slaughter                    NAME ID---SLAU/JUD    ID NO---578881200
                                           LAST ID---SLAUGHTE

6104 Osborn Rd                             <----SECURITY---->    <-CURRENT  REGIS->
                                           *MAIL LIMIT----  *    *SESSION-----A210*
Cheverly, MD  20785                        *PASSCODE----*****    *LOAD HRS--- 3.00*
3013864033          WK:2024934698          *RESTRICT------  *    *DATE----08/06/02*
CAMPUS-02 Adult Evening Program     EV*                     *    *YR IN SCHOOL--SR*
                                           *---------------*    *----------------*

CITIZENSHIP-----US    RES STATUS--         REGION----------
COUNTRY-------        COUNTRY----------16  STATE RES-------MD   MARITAL---------M
 US                    PRINCE GEORGE'S      MARYLAND             MARRIED
SEX-----------F       ETHNIC----------B    HANDICAP--------     BIRTHDATE-12/07/62
CUR STAT SESS-9930    FIRST SESSION-A020   LAST SESSION- A210   PROSPECT SRC--MR
ADMIT STATUS----AC    ADMIT LEVEL-----TR   GOAL------------BS   ACADEMIC STATUS-
 Accepted              Transfer>=24 cr.     BACHELOR OF SCIEN    STUDENT IN GOOD S
SESS APPLIED--9930    ACCEPTED--07/17/00   ORIG ADMIT STAT-AC   ENROLL LEVEL----
FIN AID-              VA BEN-              GRADUATION---12/02
BILLING CODE--        NEW BILL CODE-       EFF DATE--           DORM-     RM--
 ADDED-----06/07/00    UPDATED---10/02/02  OPER----------ASag   ACHIEVE INDEX-
CHURCH--------OTHR                                              ACADEMY/GROUP-BSOM


              A L T E R N A T E     A D D R E S S E S
CODE-BILL     BILLING ADDRESS
              Ms. Judine Slaughter               NAME ID-      /
              6104 Osborn Rd                      LAST ID-
              Cheverly, MD  20785                  TELEPHONE-3013864033


              A C A D E M I C     T O T A L S

      <----- SESSION HOURS/UNITS ----->   <---- CUMULATIVE HOURS/UNITS ---->
          ATTEMPTED                           ATTEMPTED
SESS  NO-CRD  CREDIT  EARNED  POINTS   GPA   NO-CRD  CREDIT  EARNED  POINTS   GPA   EL
A020    .00    6.00    6.00   21.00   3.50     .00    6.00    6.00   21.00   3.50
A030    .00    9.00    9.00   33.00   3.67     .00   15.00   15.00   54.00   3.60
A110    .00    6.00    6.00   21.00   3.50     .00   21.00   21.00   75.00   3.57
A120    .00    9.00    9.00   33.00   3.67     .00   30.00   30.00  108.00   3.60
A130    .00    6.00    6.00   18.00   3.00     .00   36.00   36.00  126.00   3.50
A210   3.00    3.00    6.00   12.00   4.00    3.00   39.00   42.00  138.00   3.54
MISC    .00     .00     .00     .00    .00     .00   90.00   90.00  301.00   3.34
                      CUMULATIVE TOTALS       3.00  129.00  132.00  439.00   3.40


              A D V I S O R S  /  M A J O R S
DEGR CURRIC CAT ED      A D V I S O R          STAT FRST  LAST  ACTIVITY   SQ
BS    881     A010  Eisele, Herbert                 A020  A210  12/20/02   GR


              E D U C A T I O N
SCHOOL   NAME                           DEGREE    TYPE     MAJOR    GRAD YR   ADM
         RANK/SIZE  LAST ATTND  CMPLTD  ACCPTD    ATTMPT   EARNED   POINTS    GPA
1712     BOWIE STATE UNIVERSITY                                              BA
                    12/15/86                      114.00   102.00   309.00   2.71
         Public High Schools                      FINAL                1980
```

EXHIBIT 4a
2 Pages

COCO-COL315           S T U D E N T     I N Q U I R Y            11/24/03

dine Bishop Slaughter          NAME ID---SLAU/JUD   ID NO---578881200
                               LAST ID---SLAUGHTE

                          T R A N S C R I P T
COURSE    SECT SESS GRDE HOURS ST AU IN RP RM ABSN CORE DATE BEG DATE END   IN

T R A N S F E R   FROM 1712    -BOWIE STATE UNIVERSITY

| COURSE | SECT | SESS | GRDE | HOURS | ST | DATE BEG | DATE END | CORE | IN |
|--------|------|------|------|-------|----|----------|----------|------|----|
| CHEM ### | | 8010 | A | 2.00 | TR | | | CHEM 170 | 02 |
| CHEM 151 | | 8010 | B | 3.00 | TR | | | CHEM 107 | 02 |
| ENGL 101 | | 8010 | A | 3.00 | TR | | | ENGL 101 | 02 |
| MATH ### | | 8010 | A | 3.00 | TR | | | MATH 104 | 02 |
| PEAC ### | | 8010 | A | 1.00 | TR | | | PHEC 119 | 02 |
| SOCI 105 | | 8010 | B | 3.00 | TR | | | SOCI 101 | 02 |
| CHEM ### | | 8020 | A | 2.00 | TR | | | CHEM 180 | 02 |
| CPTR ### | | 8020 | A | 3.00 | TR | | | MATH 109 | 02 |
| ENGL 102 | | 8020 | B | 3.00 | TR | | | ENGL 102 | 02 |
| MATH 126 | | 8020 | A | 4.00 | TR | | | MATH 105 | 02 |
| ELECTIVE | | 8110 | A | 3.00 | TR | | | IDIS 200 | 02 |
| MATH ### | | 8110 | B | 3.00 | TR | | | MATH 130 | 02 |
| MATH 151 | | 8110 | A | 4.00 | TR | | | MATH 201 | 02 |
| PHYS 271 | | 8110 | B | 4.00 | TR | | | PHYS 203 | 02 |
| HMNT ### | | 8120 | B | 3.00 | TR | | | HUMA 201 | 02 |
| MATH 110 | | 8120 | A | 3.00 | TR | | | MATH 230 | 02 |
| MATH 252 | | 8120 | B | 4.00 | TR | | | MATH 202 | 02 |
| PHYS 272 | | 8120 | B | 4.00 | TR | | | PHYS 204 | 02 |
| CPTR ### | | 8210 | B | 3.00 | TR | | | MATH 151 | 02 |
| TH ### | | 8210 | B | 4.00 | TR | | | MATH 203 | 02 |
| S ### | | 8210 | B | 3.00 | TR | | | PHYS 205 | 02 |
| SPAN 101 | | 8210 | A | 3.00 | TR | | | SPAN 101 | 02 |
| HIST 275 | | 8220 | C | 3.00 | TR | | | HIST 201 | 02 |
| MATH 260 | | 8220 | B | 3.00 | TR | | | MATH 232 | 02 |
| MATH 288 | | 8220 | B | 3.00 | TR | | | MATH 220 | 02 |
| PHYS 3## | | 8220 | B | 4.00 | TR | | | PHYS 309 | 02 |
| SPAN 102 | | 8220 | A | 3.00 | TR | | | SPAN 102 | 02 |
| MATH 3## | | 8230 | A | 4.00 | TR | | | MATH 316 | 02 |
| ELEC 3## | | 8320 | B | 3.00 | TR | | | THEA 304 | 02 |
| SOSC 315 | S47A | A020 | B | 3.00 | | CR | 01/24/01 | 02/28/01 | 02 |
| SOSC 330 | S47A | A020 | A | 3.00 | | CR | 03/07/01 | 04/21/01 | 02 |
| SOSC 349 | S47A | A030 | A | 3.00 | | CR | 05/30/01 | 07/11/01 | 02 |
| SOSC 350 | S47A | A030 | A | 3.00 | | CR | 04/18/01 | 05/23/01 | 02 |
| SOSC 355 | S47A | A030 | B | 3.00 | | CR | 07/18/01 | 09/05/01 | 02 |
| SOSC 375 | S47A | A110 | B | 3.00 | | CR | 09/12/01 | 10/17/01 | 02 |
| SOSC 415 | S47A | A110 | A | 3.00 | | CR | 10/24/01 | 12/05/01 | 02 |
| INTD 327 | S47A | A120 | A | 3.00 | | CR | 12/12/01 | 01/30/02 | 02 |
| SOSC 420 | S47A | A120 | B | 3.00 | | CR | 02/06/02 | 03/13/02 | 02 |
| SOSC 425 | S47A | A120 | A | 3.00 | | CR | 03/20/02 | 04/24/02 | 02 |
| INTD 315 | S47A | A130 | C | 3.00 | | CR | 05/01/02 | 06/05/02 | 02 |
| SOSC 430 | S47A | A130 | A | 3.00 | | CR | 06/12/02 | 07/17/02 | 02 |
| COMM 105 | | A210 | P | 3.00 | | | 08/26/02 | 12/20/02 | 02 |
| INSY 110 | | A210 | P | 3.00 | WV | | AAC1092002 | | 02 |
| LITR 225 | D1 | A210 | A | 3.00 | | CR | 09/08/02 | 11/03/02 | 24 |
| C 499 | 03 | A210 | A | .00 | | CR | 08/27/02 | 12/20/02 | 02 |

**AT-A-GLANCE QuickNotes**                                              Date

| ority | Activity | Complete |
|-------|----------|----------|

Weekly Meeting  09/05/01

- Final rule template changes
- ?. Make a date for a presentation
- Shirley's Peer Award - Pat and Linda?

Charlene - Attorney vacancy (2 weeks)
   because things are now getting stuck - AGC
Nick - concerned about IRMIS errors
Pat - NPRM - SNPRM - ANPRM  template changes

Nancy - got a visit from House Committee on Science and
   made a copy of 2 disk.

Gerri - Room 9AB  for Green Book   FOB10B
      AVR - Cookbook
   They can submit venues, but it will still be a ARM cookbook.

ACS Meeting   09/05/01

- Data entry, printing of the application.
- * Making sure the fields are expandable
   and easy to use.
- * Change certain fields upon management request

**QuickNotes®**

EXHIBIT 5

1 page

Printed on Recycled Paper with 30% Post-Consumer Waste

E405-16

| Priority | Activity | Complete ✓ |
|---|---|---|

Kathy Perfetti and Andy Nordlee:

~~Avia~~ Terminal Area Operations (TAO ~~A~~RC)
Proposed Aviation Rulemaking Committee
(in progress) Draft

Draft → ✓ ACF          · Minutes          paragraph
         · Calendar      · Reports          under name.
Proposed ✓· Charter  and · Briefing documents
         · Meetings
         · Membership

Under ACF
~~Date~~ Posted   Action   Title   View Document

Email URL to Kathy
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

ACF mtg 09-26-01
   -- Add [illegible] [illegible]
      [illegible]

   - [illegible] [illegible]
   - [illegible]
the [illegible]
   - [illegible]

Exhibit 5a

1 page    (1P)



Judine Slaughter/AWA/FAA      To  Ida Klepper/AWA/FAA@FAA
03/25/2005 10:52 AM           cc  Nancy Trembley/AWA/FAA@FAA
                             bcc
                         Subject  Re: Fw: AES printing

This is what Todd and I found out.

We don't need to change the way the documents are uploaded into AES.
When you print the document using the "print" in AES, the text does not print correctly.
When you download the document, and print from the desktop, it prints correctly.

If you like, I can ask Pan to remove the print button in AES, so the user only has the option to download.

Bringing safety to America's skies,
Judine Slaughter
(202) 493-4698

Thought for the day:
Time is a dressmaker
specializing in alterations.

~ Faith Baldwin
Ida Klepper/AWA/FAA



Ida Klepper/AWA/FAA
03/25/2005 09:32 AM           To  Judine Slaughter/AWA/FAA@FAA, Nancy
                                  Trembley/AWA/FAA@FAA
                              cc
                         Subject  Fw: AES printing

Judine/Nancy
Whatever happened with this issue.    Did we change the way we put them in  or were the guys able to do
a global change to fix the problem.

----- Forwarded by Ida Klepper/AWA/FAA on 03/25/2005 09:31 AM -----



Judine Slaughter/AWA/FAA
11/19/2004 10:49 AM           To  9-AWA-ARM-HELPDESK/AWA/FAA@FAA
                              cc  Ida Klepper/AWA/FAA@FAA
                         Subject  Re: AES printing

Todd,

We don't change the fonts.  Currently the letters are in New Times Roman -- size 12.
If we have to change the fonts before saving to AES, then I'll let everyone know.

Bringing safety to America's skies,
Judine Slaughter



Exhibit 6
2 pages

(202) 493-4698

Thought for the day:
"Because I said so."
~ Your mother

9-AWA-ARM-HELPDESK



9-AWA-ARM-HELPDES
K
Sent by: Todd D-CTR
Keller

11/19/2004 10:44 AM

To: Judine Slaughter/AWA/FAA@FAA
cc:
Subject: AES printing

Judine,
After speaking with Pan and Greg about the issue with the printing they have asked that I confirm with you
that the documents were saved with the correct formatting, ie: font type courier and size 10. Greg feels
that this may be the issue that is causing the documents to print outside of the margins.
Let me know what you find.
Thanks,
Todd

Todd Keller
ARM HelpDesk
(202) 267-8466

| | | |
|---|---|---|
| Judine Slaughter/AWA/FAA<br>ARM-020, Program Analysis<br>Staff<br><br>04/14/2008 10:52 AM | To | expressyourselfbooks@yahoo.com |
| | cc | |
| | bcc | |
| | Subject | Re: Additional consideration for desk audit. 🗎 |

Judine Slaughter/AWA/FAA



| | | |
|---|---|---|
| Judine Slaughter/AWA/FAA<br>ARM-020, Program Analysis<br>Staff<br><br>02/27/2006 09:56 AM | To | Agnes Brooks/AWA/FAA |
| | cc | Eve Adams/AWA/FAA@FAA |
| | Subject | Additional consideration for desk audit. 🗎 |

Hi Agnes,

If you are considering additional input for the desk audit, I have new information concerning my web activities.

At the time we met, I did not know I was concerned as a trained web developer.
As I mentioned in the audit, I have the specialized skills, Dreamweaver and HTML, but there was a misunderstanding about my role.

In the attached document, Appendix 3 or page 6, I am listed as one of ARM's web developers.

Moving America safely. It's what we do.

Judine Slaughter with the Office of Rulemaking
(202) 493-4698

Judine Slaughter/AWA/FAA



| | | |
|---|---|---|
| Judine Slaughter/AWA/FAA<br>ARM-020, Program Analysis<br>Staff<br><br>01/04/2006 10:23 AM | To | Tony Fazio/AWA/FAA, Eve Adams/AWA/FAA, Brenda Courtney/AWA/FAA, Ida Klepper/AWA/FAA |
| | cc | Gerri Robinson/AWA/FAA@FAA |
| | Subject | Web Content Mtg 01/04/06 |

Summary of our discussion:

- Customer Service Requests
- AVS content management system
- AVS Web Standard Operating Procedure -- See attached



AVS Web Standard Operating Procedure.pdf

EXHIBIT 7

1 page

| | FAA Office of Rulemaking Quality Management System | QPM # ARM 020-004 | Revision 3 |
|---|---|---|---|
| Title: | Office of Rulemaking Headquarters Web Publishing | Date: 5/03/05 | Page 1 of 4 |

# ARM 020-004

# Web Publishing

**Purpose & Scope:**

ARM intends to use this procedure to describe the process of publishing ARM's content from headquarters to the Internet and Intranet.

**Approval:**

**Division Manager:** /S/ Eve Adams

**Director, Office of Rulemaking:** /S/ Tony Fazio

UNCONTROLLED COPY WHEN DOWNLOADED
**Check The Master List To Verify That This Is The Correct Revision Before Use**


EXHIBIT 8

| FAA Office of Rulemaking Quality Management System | QPM # ARM 020-004 | Revision 3 |
|---|---|---|
| **Title:** Office of Rulemaking Headquarters Web Publishing | Date: 5/03/05 | Page 2 of 4 |

| REVISION HISTORY | | |
|---|---|---|
| **Rev** | **Description of Change** | **Effective Date** |
| 1 | Original | 1/26/05 |
| 2 | Revised paragraph 2.5 to reflect guidance received from AVS-11 in November 2004. | 2/25/05 |
| 3 | Revised header to reflect FAA logo | 5/03/05 |
| | | |

UNCONTROLLED COPY WHEN DOWNLOADED
Check The Master List To Verify That This Is The Correct Revision Before Use



| FAA Office of Rulemaking Quality Management System | QPM #<br>**ARM 020-004** | Revision<br>**3** |
|---|---|---|
| Title:    **Office of Rulemaking Headquarters Web Publishing** | Date: 5/03/05 | **Page 3 of 4** |

## PROCESS FLOW MAP



UNCONTROLLED COPY WHEN DOWNLOADED<br>**Check The Master List To Verify That This Is The Correct Revision Before Use**

| ![FAA logo] | **FAA Office of Rulemaking Quality Management System** | QPM # ARM 020-004 | Revision 3 |
|---|---|---|---|
| Title: | Office of Rulemaking Headquarters Web Publishing | Date: 5/03/05 | Page 4 of 4 |

### Procedure – Web Publishing

1.0 General – Washington headquarters divisions and staffs provide two forms of web content: documents and other information for public or employee in section 2.0 and frequently asked questions (FAQs) in section 3.0.

2.0   Documents and other information

2.1 General – Documents and other information can reside on the Internet or Intranet. Content that is for employee use only will reside on the Intranet.

2.2 Content review and Approval – All web content must be reviewed and approved by Division management or responsible analyst for accuracy, and to determine whether the content is destined for the Internet or Intranet.

2.3 Format – All information should be provided electronically in Word or PDF format as email attachments, hardcopy or on CD, network drives, or by other means.   Powerpoint presentations and Excel files are acceptable, so long as these formats are necessary (not used to convey basic text information).  Forward to ARM Web Manager.

2.4 Destination for Internet/Intranet content, for nonurgent postings – The ARM Web Manager forwards Internet/Intranet content to the AVS Webmaster. Allow 2-3 days for updates to information, and up to 2 calendar weeks for development of large websites pending work priority or out-of-office conflicts with the ARM Web Manager.

2.5 Destination for Internet content, for urgent postings – The ARM Web Manager must attempt to contact the following Web Developers in the order listed: Steven Nicholas (AVS-11, 202-267-7570); Carmen Marco (APA-40; 202-267-8859); Mike Hickson (APA-40; 301-233-5525); and Manav Manu (AIR-200, 202-493-4628).  If none of the Web Developers are available, the ARM Web Manager posts Internet content directly to the FAA production server. Allow 4 hours for updates to information.  When the ARM Webmaster is not in the office, call the AVS Webmaster to inform of the urgent posting, and forward the Internet content to the AVS Webmaster as a high priority email.

3.0  Frequently Asked Questions (FAQs)

3.1 General –Emails to the Office of Rulemaking receive replies from within the office or are forwarded to appropriate FAA office.  A small percentage of questions require a headquarters response, either because of resident expertise, or to standardize a response for inclusion into FAA.gov's FAQ database.

3.2 Receipt of questions – The ARM Web Manager will analyze the question received in the Right Now application.

3.3 Replies to emails – If the question pertains to rulemaking, then the ARM Web Manager will reply.  If the question does not pertain to rulemaking, then the ARM Web Manager will forward the question to the appropriate office.  Replies should be made within 10 working days of receipt to ensure timely public service.



# Federal Aviation Administration

# Memorandum

Date: July 19, 2005

To: Randy Carter, AVS-11
From: Tony Fazio, ARM-1

About: Office of Rulemaking's (ARM) Public Web Page Compliance

The FAA Web Management Order 1379.93 requires all Lines of Business and Staff Offices to:

- Ensure all web pages comply with the FAA web standards and requirements; and
- Certify compliance an annual basis.

AVS supplemented this Order with the FAAs Content and Developer standards. Each office performed a complete web page review to ensure timely compliance. (A compliance exception is any application requiring contractor funding. These applications will remain on the web.)

Because of the extent of this task, AVS chose to focus on the public website during 2005. Our goal is to make navigating the FAA web site easier for our customers. We will migrate and certify compliant all Intranet web pages in August 2006.

This memorandum certifies that as of August 1, 2005, ARMs website will meet the FAA web standards and requirements with current and accurate public web pages. I have verified a detailed list of ARMs web pages, maintained by Judine Slaughter. The only public web page that does not comply with the requirements is the Automatic Exemption System (AES). AES meets the exemption because it is an application, which requires contractor funding.

EXHIBIT 9
(page

**Certificate of Service**

I certify that on this 28th day of May I caused the above and foregoing Supplemental Information and Objection to Defendant's Motion to Dismiss to be mailed postage paid to:

Raymond A. Martinez
Assistant United States Attorney
Judiciary Center Building, Rm E4208
555 Fourth Street, N.W.
Washington, D.C. 20530

Respectfully Submitted

Judine Slaughter
6104 Osborn Road
Cheverly, MD 20785
(301) 219-9378