UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDINE E. SLAUGHTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-02201 (JMF) |
| | ) |
| MARY E. PETERS | ) ECF |
| U.S. Department of Transportation | ) |
| | ) |
| Defendant. | ) |

PLAINTIFF'S NOTICE OF FILING

In the Supplemental Information and Objection to Defendant's Motion to Dismiss, submitted on May 28, 2008, I did not include my Declaration Statement. Please include this Declaration of Judine E. Slaughter as an additional Exhibit to the Supplemental Information and Objection to Defendant's Motion to Dismiss.

Respectfully submitted,

*Judine Slaughter*

Judine Slaughter
6104 Osborn Road
Cheverly, MD 20785
(301) 386-4033 or (301) 219-9378

RECEIVED
JUN - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDINE E. SLAUGHTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-CV-02201 (JMF) |
| | ) |
| MARY E. PETERS | ) ECF |
| U.S. Department of Transportation | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF JUDINE E. SLAUGHTER

I, Judine E. Slaughter, voluntarily and knowingly, make the following statement.

1. On January 26, 2005, Ms. Eve Adams, Office of Rulemaking, Program Analysis Staff Manager, showed me 2 documents for review of my desk audit. These documents did not have the final decision of the audit from Ms. Agnes Brooks.

2. Because I believed Ms. Brooks was still evaluating my desk audit, I sent her an email, and a copy to Ms. Adams, with additional information on February 2005. Neither Ms. Brooks nor Ms. Adams replied to the message.

3. Ms. Brooks completed the desk audit on January 26, 2005, however Ms. Adams did not give me the final decision of the desk audit until the end of April 2005.

4. As a related event in untimely notification, I was not informed by anyone in the Office of Rulemaking about being the Contracting Officer Technical Representative (COTR) for the scanning contract (DTFAWA-04-F-00074). I did not sign any invoices.

5. As a related event in untimely notification, in 2004, I was not informed of the reason why my position title for the job announcement AWA-ARM-04- QB40011-74199 was changed from a Management and Program Analyst (See Ex. 1) to a Program Analyst (See Ex. 2).

6. The Equal Employment Act of 1964 (The Act) Section 2000e-16(c) of states, "Within **90** days of receipt of notice of final action taken by a department, agency, or unit referred to in subsection (a) of this section or by the Equal Employment Opportunity Commission *[Civil Service Commission]* upon an appeal from a decision or order of such department, agency, or unit on a complaint of discrimination based on race, color, religion, sex or national origin, brought pursuant to subsection (a) of this section, Executive Order 11478 or any succeeding Executive orders, or after one hundred and eighty days from the filing of the initial charge with the department, agency, or unit or with the Equal Employment Opportunity Commission *[Civil Service Commission]* on appeal from a decision or order of such department, agency, or unit until such time as final action may be taken by a department, agency, or unit, an employee or applicant for employment, if aggrieved by the final disposition of his complaint, or by the failure to take final action on his complaint, may file a civil action as provided in section 2000e-5 of this title *[section 706]*, in which civil action the head of the department, agency, or unit, as appropriate, shall be the defendant."

7. I have filed a timely complaint according to the Act Section 2000e-16(c).

8. In the Act, Section 2000e-2(a)(2) states, "It shall be an unlawful employment practice for an employer to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin."

9. Ms. Nancy Trembley (Caucasian, GS-13, Program Analyst) performed duties with the Department of Transportation's Rulemaking Management System application from 2002 thru June 2003. I performed the same duties from May 2003 up to the present.

10. Ms. Gerri Robinson (Caucasian, GS-13, Program Analyst) served as the primary person for the web content duties from December 2000 until June 2001. I have served as the primary person for the web content duties from June 2001 up to the present.

11. Mr. Steven Nichols (Caucasian, Contractor, salary unknown) served as the Office of Rulemaking's (ARM) primary web developer from January 2003 until January 2004. I served ARM's primary web developer from January 2004 until November 2005.

12. Ms. Joan Allen (Caucasian, GS-13, Program Analyst) performed duties with the Office of Management and Budget's ROCIS application from May 2004 until June 2006. I have performed the same duties from June 2006 up to the present.

13. Ms. Allen served as a rulemaking analyst from 2003 until she was promoted to a GS-14 in 2006. Mr. Pat Boyd (Caucasian, GS-14, Program Analyst) served as a rulemaking analyst from December 2000 until he retired in 2008. I performed the same duties as Mr. Boyd's backup from May 2003 until May 2004. I also wrote and served as a point of contact for one rule in February 2005.

14. Mr. Boyd served as a Plain Language Instructor from December 2000 until he retired in 2008. I served as a Plain Language Instructor from June 2004 until April 2005.

15. Mr. Boyd and I edited ARM's Rulemaking Manual from March 2003 until April 2004.

16. From October 2003 to the present, my Performance Plan has had the same first three core competencies (Facilitation/Communication, Writing and Program Management) as the other Program Analysts in ARM.

17. I am alleging the results of the desk audit in January 2005 by Ms. Brooks is disparate treatment against me according to the Act Section 2000e-2(a)(2) because of my race. The desk audit classified my duties as distinctly different from that of my Caucasian peers on ARM's Program Analysis Staff, which deprived me of employment promotion potential.

Pursuant to 28 USC § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed in the District of Columbia, Washington, DC on the 5th day of June [~~April~~] in 2008.

Respectfully submitted,

*Judine Slaughter*

Judine E. Slaughter
6104 Osborn Road
Cheverly, MD 20785
(301) 219-9378

## Certificate of Service

I certify that on this 5th day of ~~May~~ June I caused the above and foregoing Declaration of Judine E. Slaughter to be mailed postage paid to:

Raymond A. Martinez
Assistant United States Attorney
Judiciary Center Building, Rm E4208
555 Fourth Street, N.W.
Washington, D.C.  20530

                                                    Respectfully Submitted,

                                                    Judine E. Slaughter
                                                    6104 Osborn Road
                                                    Cheverly, MD  20785
                                                    (301) 219-9378

# Judine Bishop Slaughter

6104 Osborn Road, Cheverly, MD 20785
Day Phone (202) 493-4698, Email: Judine.Slaughter@faa.gov

---

Social Security No.: 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,
Federal Status: FG-301-09
Citizenship: USA, Veterans Preference: N/A

Announcement No: AWA-ARM-04-QB40011-74199
Position: Management and Program Analyst
Grade: FG-343-11

---

### Web and Print Design & Writer-Editor & Database Administrator

---

*Ms. Slaughter is always researching for new technology or innovative methods for improving office automation.*

*~ Carolina Forrester
Acting ARM-20 Manager*

*I recommend Ms. Slaughter for any position that is looking for eager, creative talent in writing, graphics and display.*

*~ Marcia Cory
TWO National President*

*Thanks to Ms. Slaughter's efforts, we have received many compliments from industry about our webpage.*

*~ Florence Hamn
ARM-20 Manager*

## Work Experience

**Program Support Specialist**                04/2003 to Present
Federal Aviation Administration (FAA)         40 hours per week
Office of Rulemaking (ARM)                    Salary: $37,694 per year
Supervisor: Florence Hamn; (202) 267-3625     Supervisor may be contacted.

- Establish and monitor ARM's website as Web Content Liaison.
- Purge and validate 1,500+ web pages, on a daily basis.
- Track 30 rulemaking projects in the Rulemaking Management Systems (RMS) as RMS Database Administrator.
- Consolidate RMS administrative updates in weekly statistical report.
- Prepare 2 electronic management requirements, 5 sets of instructions for administrative operations, 2 Freedom of Information Act response letters.
- Act as a Transportation Regulations Analyst for one rulemaking project.
- Analyzed 5 proposals for AVR Helpdesk contract.
- Researched and analyzed responses to the Aviation Rulemaking Advisory Committee Usability Study.
- Recommended consistency and design edits for Rulemaking Manual.

**Transportation Regulations Assistant**      06/2000 to 04/2003
Federal Aviation Administration (FAA)         40 hours per week
Office of Rulemaking (ARM)                    Salary: $33,877 per year
Supervisor: Florence Hamn; (202) 267-3625     Supervisor may be contacted.

- Purge and validate ARM's Bulletin Board to current Internet site.
- Researched, scanned and posted 420+ ARAC recommendation documents.
- Served as Director's proxy for FAA's Web Usability Study.
- Analyzed 5 participant responses from ARM's Web Usability Study.
- Ensured data entry of 15 exemption dispositions per week in the Automated Exemption System database.
- Prepared 8 Freedom of Information Act response letters.
- Gathered rulemaking data for 10 PowerPoint presentations.

EXHIBIT 1
7 pages

*Work Experience continued...*

*Thank you for the great review of "More Than Money, True Prosperity." We have posted it to our web site and will continue to use it to promote the book.*

*~ Wendy Roads*

*I liked how Judine really did make self-publishing a realistic and attainable goal.*

*~ Kenya Abney
Universalclass Graduate*

*Congratulations to you for all your talent, effort and patience in winning the Blue Ridge Region's 2004 Newsletter Award.*

*~ Dorothy Mason
Illuminators Club*

**Owner/Sole Proprietor**  01/2001 to Present
RAH Distributors  20 hours per week

- Establish, and monitor 150+ pages for www.EYBooks.com.
- Research articles for monthly 1-page electronic newsletter.
- Prepare book reviews for self-published authors.
- Publish the instructional book "Do-It-Yourself Publishing."
- Conduct analysis of media kits, to include press release, author profile and specification sheet.

**Instructor**  01/2004 to Present
UniversalClass.com  5 hours per week

- Establish the on-line noncredit course "Self-Publishing Made Easy."
- Track student activity with weekly "Class Coaching" forum.
- Prepared 5 lessons, assignments, midterm and final exam.
- Researched and analyzed syllabus, polls and promotional content.
- Graduated 3 students.

## Volunteer Experience

**President**  07/2003 to Present
Black Writers' Guild, MD – PG Chapter  2 hours per week

- Establish new chapter.
- Research and analyze monthly workshops with authors to speak at PG County Libraries, Borders Books & Music, and Karibu Bookstores.
- Sponsor and monitor 2004 Afrocentric Literary Conference.

**Editor – Ten Talks Newsletter**  08/2003 to 06/2004

International Training in Communication  2 hours per week
Blue Ridge Region – Council 10

- Monitor article submission with 80 members for 8-page newsletter.
- Prepare articles for grammar, consistency and design layout of content
- Write monthly columns "Thoughts from the Editor" and "Book Watch."

**Women's Mission Communicator**  04/2002 to Present
National Capitol Presbytery  2 hours per week

- Establish the "Harvest Season," a 4-page quarterly newsletter
- Research and analyze mission opportunities for women's
- Prepare articles for "The Channel," a quarterly newsletter

## Education

| | |
|---|---|
| Systems Thinking -- FAA's Center for Management Development | 07/04 |
| Section 508 of the Rehabilitation Act of 1973 Workshops | 03/04 & 01/03 |
| Macromedia Dreamweaver course | 12/03 |
| FAA's Technical Women's Organization Mentor Program | 01/03 - 06/03 |
| Introduction to HTML course -- USDA Grad School | 10/02 |
| Effective Business Writing course -- USDA Grad School | 01/02 |
| FAA's Plain Language course | 12/01 |
| | |
| Bachelor's in Organizational Management -- Columbia Union College | 01/01 - 12/02 |
| Candidate for BS in Civil Engineering -- Bowie State University | 08/00 - 05/84 |

## Job Related Skills

Proficient with:
- Macromedia Dreamweaver
- Adobe Acrobat and PageMaker
- Microsoft Office Suites and VISIO
- Internet Explorer and Netscape Navigator
- IRMIS, CyberDocs, RMS, ROCIS and Right Now software

## Job Related Awards and Special Achievements

| | |
|---|---|
| Cash Award for Group Special Achievement | 08/2004 |
| 1st place Newsletter Award – International Training in Communication | 05/2004 |
| Time-off Incentive Award | 08/2003 |
| 1st place Speech Contest | 02/2003 |
| Golden Web Award | 10/2002 |
| Cash Award for Special Achievement | 09/2001 |
| Toastmaster's International Certificate (CTM) | 06/2001 |
| Cash Award for Outstanding Performance | 04/2001 |

## Member Organizations

National Black Coalition of Federal Aviation Employees
FAA's Technical Women's Organization
DC Web Women
International Reading Association's Book Proposal and Manuscript Review Board
Alpha Chi National Honor Scholarship Society
Who's Who Among American Colleges and Universities

Judine Slaughter            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            Management and Program Analyst
                                                    AWA-ARM-04-QB40011-74199

---

1.      The ability to research and analyze information.

The Office of Rulemaking (ARM) moved its electronic content from Bulletin Boards to the Internet in January 2001. Since then, the Federal Aviation Administration (FAA) has twice changed the template design of the primary pages. With these changes, ARM wanted to keep its electronic information current, and up-to-date with the national web standards. As a Transportation Regulations Assistant and Program Support Specialist for the FAA, this required me to research and analyze the following:

- Other government websites;
- Section 508 Rehabilitation Act of 1973 standards;
- Responses to the 2002 Aviation Rulemaking Advisory Committee Usability Study;
- Responses to the 2001 FAA Usability Study.

By using the knowledge from the classes I attended for a Bachelor's degree in Organizational Management and completing several FAA Section 508 workshops, I was instrumental in helping ARM with changing its web pages to provide easier access of regulatory information to the public. Because of my efforts, ARM has received many compliments from the industry about our web pages. And according to the American Customer Satisfaction Index in June 2004, the FAA was one of two government sites, which improved the most over a nine-month period.


In July 2003, I joined the Regulations and Certification (AVR) team responsible for implementing a new contract for the AVR Help Desk. AVR had several concerns with the present contractor, which we wanted to ensure would not be present for the new term. As a Program Support Specialist for the Federal Aviation Administration (FAA), I had to perform the following:

- Research the individual concerns about the present Help Desk contractor with my peers in ARM;
- Recommend updates to define the new Statement of Work requirements;
- Analyze 5 contract proposals;

Although the scheduled timeline was delayed because of a death in the team leaders family, and increment weather, by January 2004, AVR awarded the contract. Our accomplishments contributed significantly to preserving and improving AVR's Help Desk service. As a result, AVR-11A presented the team with a Group Special Achievement Award.

Judine Slaughter         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         Management and Program Analyst
                                             AWA-ARM-04-QB40011-74199

---

2. Knowledge of web site and database management systems sufficient to maintain update automated system.

In January 2001, the Office of Rulemaking (ARM) needed to establish and monitor an electronic repository for regulatory documents on the Internet. This required gathering and assembling Notice of proposed rulemakings, Final rules, Meeting notices and Aviation Rulemaking Advisory Committee (ARAC) documents so the public could easily access information, in as few "clicks" as possible. As a Transportation Regulations Assistant and Program Support Specialist for the Federal Aviation Administration (FAA), this required me to perform the following:

- Research the Docket Management System for missing documents;
- Analyze the ARAC files for tasks and recommendations;
- Track publication of current rulemaking projects;
- Prepare web pages using Hypertext Markup Language (HTML).

Using the knowledge from the computer courses as a Bachelor's candidate in Civil Engineering, an Introduction to HTML course and becoming a member of DC Web Women, I continue to successfully purge, update and validate more than 1500 pages on the ARM web site. Because of my efforts, ARM accurately converts regulatory information to the new web pages. In August 2001, I received a Special Achievement Award for my efforts.

ARM stores its regulatory project information in the Integrated Rulemaking Management Information System (IRMIS). The Department of Transportation's (DOT) and ARM have not agreed on effectively electronically transferring IRMIS data to DOT's Rulemaking Management System (RMS). Since February 2002, ARM has had to manually update regulatory projects in RMS on a monthly basis. As a Transportation Regulations Assistant and then a Program Support Specialist for the Federal Aviation Administration (FAA), this required the following:

- Tracking rulemaking project schedules in IRMIS for accuracy;
- Updating project schedules in RMS with current dates;
- Advising ARM Division managers of RMS/IRMIS discrepancies.

In July 2003, I received a Time Off Incentive Award for my efforts. Unfortunately, the monthly updates did not reflect real-time changes to the project schedules in RMS, and there was confusion on the reason of certain updates. Therefore in April 2004, I started a weekly status workbook in Microsoft Excel to track the reasons ARM updates the projects, and to track DOT's replies to the updates.

| Judine Slaughter | 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 | Management and Program Analyst |
|---|---|---|
| | | AWA-ARM-04-QB40011-74199 |

3.  Knowledge of the FAA's Rulemaking process.

It had been five years since the Office of Rulemaking's (ARM) Rulemaking Manual had been updated. Many processes had changed, which were not accurately reflected. This caused confusion for the new analysts in the office, and some of the seasoned analyst performed many procedures differently. In January 2003, I began to assist an ARM analyst with revising the Rulemaking Manual. As a Transportation Regulations Assistant and then a Program Support Specialist for the Federal Aviation Administration (FAA), this required the following:

- Consolidating the chapters for seamless consistency;
- Researching the best practices of certain procedures;
- Recommending a new graphic design for the electronic format;
- Analyzing the comments from FAA offices on the draft chapters.

By gathering programmatic information and data for the entire rulemaking process, we successfully revised the Rulemaking Manual in March 2004. Using my knowledge from an Effective Business Writing course and a Plain Language course in January 2002, I assisted with editing content, and I learned about how a rule goes from the Notice of proposed rulemaking stage to the Final rule. Because of my effort, the completed revised Rulemaking Manual is on ARM's Intranet site, and is used by many in the agency. And, I am successfully acting as an analyst for one rulemaking project.

In March 2004, the Office of the Chief Counsel (AGC) initiated a rulemaking project outside the routine process. AGC needed an analyst to add the project in the Integrated Rulemaking Management Information System (IRMIS), and track the project until publication. Because this project was an exception, the ARM Director asked me to follow the project. As a Program Support Specialist, I have to perform the following:

- Gather information about which office is holding the project;
- Monitor the schedule and notes in IRMIS;
- **Prepare an Executive Summary;**
- **Advise the ARM-100 Manager** on the project's status.

As a result, I have successfully monitored the project, and detailed the history in IRMIS. This ensures accurate documentation for future research.

Judine Slaughter				578-SS-1200			Management and Program Analyst
						AWA-ARM-04-QB40011-74199

---

4.  The ability to communicate effectively both orally and in writing.

From June 2001 to December 2002, I communicated both orally and in writing as the Web Liaison. Since the Regulations and Certifications (AVR) Webmaster updated the Office of Rulemaking (ARM) web pages, as a Transportation Regulations Assistant, I had to perform the following:

- E-mail written instructions to the AVR Webmaster detailing updates to the ARM web site on a daily basis;
- Discuss recommend updates with analysts and ARM management;
- Prepare a weekly report and discuss significant changes with my manager;
- Discuss follow-up discrepancies with the AVR Webmaster.

After the terrorist attacks on September 11th, there were six emergency rules, which ARM needed to post immediately. With my training in Toastmaster's International, I effectively explained the priority to the Office of Acquisitions (ASU) Director, and the AVR Webmaster, which ensured a quick posting of the urgent rulemakings. As a result, in December 2003 I attended a Macromedia Dreamweaver course, which allowed me to post directly to the ARM web site, instead of sending the information to the AVR Webmaster.


The Federal Aviation Administration (FAA) is my first government job. In fact for the last two generations, I'm the first in my immediate family to work for the Federal government. For my first three years, I struggled with the societal atmosphere, which is different from the industry. Then in December 2002, I became a mentee in the FAA's Technical Women's Organization's (TWO) Mentor program. As a TWO mentee, I learned to communicate effectively both orally and in writing by the following:

- Interview the Office of Rulemaking (ARM) Director, an ARM analyst, the Acting Assistant Administrator for Policy, Planning and International Aviation, Associate Administrator of Commercial Space Transportation, and another mentee;
- Discuss my goals with my mentor;
- Present a speech for the Professional Image workshop;
- Prepare an Individual Development Plan, and a final report.

After 6 months, I graduated from the TWO Mentor program with a better understanding of the government. As a result, the ARM Director and another co-worker could see an improvement in my attitude. Because I benefited from the TWO program, two other ARM employees attended and graduated in 2004.

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| SLAUGHTER, JUDINE E  S014 4353 | 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 | 12-07-62 | 10-17-04 |

## FIRST ACTION

| 5-A Code | 5-B Nature of Action |
|---|---|
| 2 | PROMOTION |

| 5-C Code | 5-D Legal Authority |
|---|---|
| ZVB | P.L. 104-50 |

| 5-E Code | 5-D Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6A Code | 6-B Nature of Action |
|---|---|
| | |

| 6-C Code | 6-D Legal Authority |
|---|---|
| | |

| 6-E Code | 6-F Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
PROGRAM SUPPORT SPEC
PD NO=WA-AA4549    BU NO=WARM2150
ORG=RM020          CST CNTR=B210

| 8 Pay Plan | 9 Occ. Code | 10 Grade/Level | 11 Step/Rate | 12 Total Salary | 13 Pay Basis |
|---|---|---|---|---|---|
| FG | 0301 | 09 | 02 | $43,209 | PA |

| 12A Basic Pay | 12B Locality Adj. | 12C Adj Basic Pay | 12D Other Pay |
|---|---|---|---|
| $37,694 | $5,515 | $43,209 | $0 |

**14. Name and Location of Position's Organization**
ASSOC ADMIN FOR REGS & CERTIFICATION
OFFICE OF RULEMAKING
ADMINISTRATIVE STAFF
WASHINGTON, DC 20591

**15. TO: Position Title and Number**
PROGRAM ANALYST
PD NO=WA-AA5967    BU NO=WARM2086
ORG=RM020          CST CNTR=B210

| 16 Pay Plan | 17 Occ. Code | 18 Grade/Level | 19 Step/Rate | 20 Total Salary/Award | 21 Pay Basis |
|---|---|---|---|---|---|
| FG | 0343 | 11 | 01 | $50,593 | PA |

| 20A Basic Pay | 20B Locality Adj | 20C Adj Basic Pay | 20D Other Pay |
|---|---|---|---|
| $44,136 | $6,457 | $50,593 | $0 |

**22. Name and Location of Position's Organization**
ASSOC ADMIN FOR REGS & CERTIFICATION
OFFICE OF RULEMAKING
ADMINISTRATIVE STAFF
WASHINGTON, DC 20591

## EMPLOYEE DATA

| 23. Veteran's Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10-Point/Disability  5-10-Point/Other  2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 2  0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  NO X |

| 27 FEGLI | 28 Annuitant Indicator | 29 Pay Rate Determinant |
|---|---|---|
| Q3  BASIC+OPT B(3X)+OPT C(3X) | 9  NOT APPLICABLE | 0 |

| 30 Retirement Plan | 31 Service Comp Date (Leave) | 32 Work Schedule | 33 Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| FERS & FICA | 06-18-00 | F | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | N  E-Exempt  N-Nonexempt | SEE REMARKS BELOW | 0155 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 1 |

**45 Remarks**
APPROP = 501 .0 /000/455 /B210 /1111
SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 14.63%. SALARY IN BLOCK 20C INCLUDES A LOCALITY-BASED PAYMENT OF 14.63%.
SELECTED FROM AWA-ARM-04-QB40011-74199, DATED$09/28/2004. LS.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |

| 47 Agency Code | 48. Personnel Office ID | 49 Approval Date |
|---|---|---|
| TD-03 | 1675 | 10-28-04 |

AUTHORIZING OFFICIAL HR SERVICES

TURN OVER FOR IMPORTANT INFORMATION    1 - Employee Copy - Keep for Future Reference

EXHIBIT 2

## Certificate of Service

I certify that on this 5th day of June I caused the above and foregoing Plaintiff's Notice of Filing to be mailed postage paid to:

Raymond A. Martinez

Assistant United States Attorney

Judiciary Center Building, Rm E4208

555 Fourth Street, N.W.

Washington, D.C. 20530

 

Respectfully submitted,

*Judine Slaughter*

Judine E. Slaughter

6104 Osborn Road

Cheverly, MD 20785

(301) 219-9378