**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GARY REYNOLDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | )    **Case No: 07-00499 (RCL)** |
| | ) |
| **MICHAEL MUKASEY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Cindy S. Owens, Special

Assistant United States Attorney, and remove the appearance of Raymond A. Martinez, Special

Assistant United States Attorney, as counsel for Defendant.


Respectfully submitted,


_____/s/_____
Cindy S. Owens, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 23nd day of July, 2008, a copy of the foregoing was served via

first-class mail, postage pre-paid, addressed as follows.

GARY IRVING REYNOLDS
2403 Olson Street
Temple Hills, MD 20748
PRO SE

        /s/

Cindy S. Owens, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov